B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Foods, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>DBA Dahl's Foods; DBA Dahl's Fuels; FDBA Dahl's Food Markets; DBA Dahl's Holdings I, LLC; DBA Dahl's Food Mart, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>42-0803702 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4343 Merle Hay Road<br>Des Moines, IA<br>ZIP Code 50310 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Polk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Several locations in Polk and Dallas Counties |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Foods, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>  See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Foods, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Jeffrey D. Goetz
Signature of Attorney for Debtor(s)

Jeffrey D. Goetz IS #9999366
Printed Name of Attorney for Debtor(s)

Bradshaw, Fowler, Proctor & Fairgrave PC
Firm Name

801 Grand Avenue,  Suite 3700
Des Moines, IA 50309-8004

Address

515-243-4191  Fax: 515-246-5808
Telephone Number

November  9, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Craig Moore
Signature of Authorized Individual

Craig Moore
Printed Name of Authorized Individual

CEO
Title of Authorized Individual

November  9, 2014
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code.
Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re     Foods, Inc. _____ ,      Case No. _____
                                                    Debtor

## FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| Dahl's Food Mart, Inc.<br>Southern District Iowa | Subsidiary | 11/09/14 |
| Dahl's Holdings I, LLC<br>Southern District Iowa | Subsidiary | 11/09/14 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Foods, Inc.                            Case No. _____

                               Debtor(s)           Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| HOLMES MURPHY<br>3001 WESTOWN PARKWAY<br>WEST DES MOINES, IA<br>50266 | | Umbrella insurance policy | | 364,707.65 |
| THRIFTY WHITE PHARMACY<br>6055 Nathan Lane N. Suite 2000<br>Minneapolis, MN 55442 | | | | 266,591.78 |
| ANDERSON/ERICKSON DAIRY INC.<br>2420 EAST UNIVERSITY AVE<br>DES MOINES, IA 50317 | | | | 255,872.02 |
| DAKOTA DRUG INC.<br>PO BOX 5009<br>MINOT, ND 58702 | | | | 242,956.15 |
| MID AMERICAN ENERGY COMPANY<br>P.O. BOX 8020<br>DAVENPORT, IA 52808 | | | | 126,682.40 |
| United Healthcare Ins. Co.<br>22561 Network Place<br>Chicago, IL 60673-1225 | | | | 90,965.56 |
| SHULLSBURG CREAMERY II, LLC<br>PO BOX 398<br>SHULLSBURG, WI 53586 | | | | 84,192.37 |
| FRITO-LAY INC.<br>PO BOX 300025<br>DULUTH, GA 30096 | | | | 79,842.27 |
| IOWA DES MOINES SUPPLY INC.<br>1680 GUTHRIE AVE<br>DES MOINES, IA 50316 | | | | 73,885.41 |
| OLD DUTCH FOODS INC.<br>P.O. BOX 64627<br>ST PAUL, MN 55164 | | | | 68,938.69 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Foods, Inc.                                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| HUSSMANN SERVICES CORP.<br>26372 NETWORK PLACE<br>CHICAGO, IL 60673-1263 | | | | 66,500.07 |
| JOHNSON BROTHERS WINE CO.<br>2515 DEAN AVE.<br>DES MOINES, IA 50317 | | | | 57,401.28 |
| PEPSI<br>LOCKBOX# 75948<br>CHICAGO, IL 60675-5948 | | | | 57,085.18 |
| PAN-O-GOLD BAKING CO.<br>ST CLOUD<br>P.O. BOX 848<br>ST CLOUD, MN 56302-0848 | | | | 54,198.94 |
| MARTIN BROS.<br>DISTRIBUTING CO<br>PO BOX 69<br>CEDAR FALLS, IA 50613 | | | | 54,171.14 |
| ALLIANCE HARSHA ADVERTISING<br>306 NORTHCREEK BLVD<br>GOODLETTSVILLE, TN 37072 | | | | 50,787.64 |
| LEVEL 10<br>820 NORTH 20TH AVENUE<br>HIAWATHA, IA 52233 | | | | 50,767.20 |
| BLUE RHINO CORPORATION<br>P.O. BOX 281956<br>ATLANTA, GA 30384-1956 | | | | 49,970.70 |
| KOEHLER & DRAMM<br>2407 E. HENNEPIN<br>MINNEAPOLIS, MN 55413 | | | | 46,172.02 |
| AMERICAN BOTTLING CO<br>23214 NETWORK PLACE<br>CHICAGO, IL 60673 | | | | 45,879.06 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Foods, Inc.                                          Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    November  9, 2014                    Signature    /s/ Craig Moore
                                                          Craig Moore
                                                          CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

### Southern District of Iowa

In re    Foods, Inc.                                            ,     Case No. _____

                               Debtor     Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 43,614,500.00 | | |
| B - Personal Property | Yes | 4 | 1,115,235.83 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 37,105,361.63 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 329,932.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 52 | | 3,701,001.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 67 | | | |
| Total Assets | | | 44,729,735.83 | | |
| Total Liabilities | | | | 41,136,294.93 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Southern District of Iowa

In re    Foods, Inc.                                      ,    Case No. _____

                                      Debtor

                                               Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re        Foods, Inc.                                                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| East 33rd Store<br>3330/3400 E. 33rd Street<br>Des Moines, Iowa 50317 | Operating Lease | - | 3,900,000.00 | 3,900,000.00 |
| Johnston Store<br>5440 N.W. 86th St.<br>Johnston, Iowa 50131 | Capital Lease | - | 7,040,000.00 | 7,040,000.00 |
| Beaver Store<br>1819 Beaver Avenue<br>Des Moines, Iowa 50310 | Capital Lease | - | 1,564,900.00 | 1,564,900.00 |
| Euclid Store<br>1320 E. Euclid Avenue<br>Des Moines, Iowa 50316 | Fee simple | - | 2,450,000.00 | 2,450,000.00 |
| Fleur Store<br>4121 Fleur Drive<br>Des Moines, Iowa 50321 | Capital Lease | - | 3,350,000.00 | 3,350,000.00 |
| Hickman Store<br>8700 Hickman Road<br>Clive, Iowa 50325 | Fee simple | - | 3,050,000.00 | 3,050,000.00 |
| West Hickman Store<br>15500 W. Hickman Road<br>Clive, Iowa 50325 | Capital Lease | - | 6,639,600.00 | 6,639,600.00 |
| Ingersoll Store, C-Store, Car Wash,<br>and MetaBank<br>3425 Ingersoll Avenue<br>Des Moines, Iowa 50312 | Capital Lease | - | 9,920,000.00 | 9,920,000.00 |
| Merle Hay Store/Corporate,<br>C-Store, and Car Wash<br>4343 Merle Hay Road<br>Des Moines, Iowa 50310 | Operating Lease | - | 5,700,000.00 | 5,700,000.00 |

Sub-Total >        43,614,500.00        (Total of this page)

___1___ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Warehouse location 20,000 sq. ft 1700 E. Aurora Ave. Des Moines, Iowa | Month to Month Lease | - | 0.00 | 1,677.42 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 43,614,500.00 | |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Foods, Inc.                                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | See Exhibit B1 (as of close of business, Saturday, Nov. 8, 2014) | - | 421,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | UMB Bank, NA Kansas City, MO<br><br>General, Flex, Draft, and sub accounts for all stores<br><br>.<br><br>Wells Fargo Bank, N.A.<br><br>Checking, Reserve, Payroll, Draft, deposit accounts, and sub accounts for all stores | -<br><br><br><br><br><br>- | 18,398.07<br><br><br><br><br><br>594,968.84 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Commercial Property Lease Security Deposit for East 33rd Store Landlord:  Grayslake Eastwood, LLC and Eastwood Investors, LLC | - | 16,110.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      1,050,476.91
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Foods, Inc.                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Dahl's Holdings I, LLC Value of property is undetermined at this time subject to continuing accounting audit and valuation | - | Unknown |
| | | Dahl's Food Mart, Inc. Value of property is undetermined at this time subject to continuing accounting audit and valuation | - | Unknown |
| | | Associated Wholesale Grocers Patronage and Stock Interests | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Foods, Inc.
                                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential class-action interest in In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, USDC EDNY Case No. 05-md-01720 | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Exhibit B22 | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See Exhibit B23 | - | 64,758.92 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Incorporated in Exhibit B29 | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Exhibit B29 | - | 0.00 |
| 30. Inventory. | | See Exhibit B30 | - | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >   64,758.92
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Foods, Inc.                                          ,          Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached                    Total >         1,115,235.83
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Foods, Inc.                               ,    Case No. _____

                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Associated Wholesale Grocers, Inc. <br> 5000 Kansas Ave <br> Kansas City, KS 66106 | X | - | Lease Agreements <br><br> UMB Bank, NA <br> Kansas City, MO <br><br> General, Flex, Draft, and sub accounts for all stores <br> . <br> Value $       18,398.07 | | | | 33,402,119.00 | Unknown |
| Account No. <br><br> Associated Wholesale Grocers, Inc. <br> c/o Mark Benedict, Esq. <br> Husch Blackwell <br> 4801 Main St., Ste. 1000 <br> Kansas City, MO 64112 | | | Additional notice/representing <br> Associated Wholesale Grocers, Inc. <br><br><br> Value $ | | | | Notice Only | |
| Account No. <br><br> Associated Wholesale Grocers, Inc. <br> 5000 Kansas Ave <br> Kansas City, KS 66106 | | - | Purchase Money Security <br><br> Wells Fargo Bank, N.A. (Checking, Reserve, Payroll, Draft, deposit accounts, and sub accounts); equipment loan <br><br> Value $      594,968.84 | | | | 353,848.00 | Unknown |
| Account No. <br><br> Associated Wholesale Grocers, Inc. <br> 5000 Kansas Ave <br> Kansas City, KS 66106 | | - | UCC Financing Statement <br><br> Operating loan <br><br><br> Value $        0.00 | | | | 2,478,993.00 | Unknown |

   _2_   continuation sheets attached

                                Subtotal        36,234,960.00        0.00

                             (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Foods, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Lease Agreements (8) | | | | | |
| BANKERS LEASING COMPANY PO BOX 7740 URBANDALE, IA 50323 | - | | | | Fax machines, printers, Coin-ops, office bizhub, server | | | | | |
| | | | | | Value $          Unknown | | | | 10,709.08 | Unknown |
| Account No. | | | | | lease for property on Merle Hay Road | | | | | |
| CENTRO GA HAYMARKET SQUARE C/O CENTRO GA WATERBURY PO BOX 713465 CINCINNATI, OH 45271-3465 | - | | | | | | | | | |
| | | | | | Value $          16,666.67 | | | | 16,666.67 | 0.00 |
| Account No. 10493-MM001-0 | | | | | Lease Agreement | | | | | |
| CISCO SYSTEMS CAPITAL CORP P.O. BOX 742927 LOS ANGELES, CA 90074 | - | | | | WAN (closed end lease) | | | | | |
| | | | | | Value $          Unknown | | | | 13,269.36 | Unknown |
| Account No. #1000849001, 002 & 003 | | | | | Lease Agreements (3) | | | | | |
| Commerce Bank 1000 Walnut St. (BB17-3) Kansas City, MO 64106 | - | | | | Ingersoll Store Equipment | | | | | |
| | | | | | Value $          Unknown | | | | 51,943.39 | Unknown |
| Account No. | | | | | Lease Agreement | | | | | |
| Ford Building, LLC 5700 University Ave Suite 2200 West Des Moines, IA 50266 | - | | | | Warehouse location 20,000 sq. ft 1700 E. Aurora Ave. Des Moines, Iowa | | | X | | |
| | | | | | Value $          0.00 | | | | 1,677.42 | 1,677.42 |
| Sheet  1   of  2   continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | Subtotal (Total of this page) | | | | 94,265.92 | 1,677.42 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Foods, Inc.                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase Money Security | | | | | |
| GE Capital Commercial, Inc. PO Box 644648 Pittsburgh, PA 15219-4648 | - | | Various supermarket equipment | | | | | |
| | | | Value $              720,316.54 | | | | 720,316.54 | 0.00 |
| Account No. | | | Lease Agreement | | | | | |
| Grayslake Eastwood, LLC Eastwood Investors, LLC 1901 Avenue of the Stars Suite 820 Los Angeles, CA 90067 | - | | Shopping center lease for building Eastwood Village Shopping Center 3330/3400 East 33rd St. Des Moines, Iowa | | | | | |
| | | | Value $                    0.00 | | | | 47,199.59 | 47,199.59 |
| Account No. | | | Lesae Agreements | | | | | |
| M & M SALES COMPANY 4201 NW URBANDALE DR URBANDALE, IA 50322-7916 | - | | Copies | | | | | |
| | | | Value $                    0.00 | | | | 8,619.58 | 8,619.58 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 776,135.71 | 55,819.17 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 37,105,361.63 | 57,496.59 |

B6E (Official Form 6E) (4/13)

.

In re    Foods, Inc.                            ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re      Foods, Inc.                                              ,          Case No. _____
                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Iowa Department of Revenue <br> Hoover State Office Building <br> PO Box 10471 <br> Des Moines, IA 50306-0471 | - | | 2014 <br><br> Sales and excise taxes <br> subject to ongoing accounting <br> (sales taxes to be paid 11-10-14) | | | | 87,166.00 | 0.00 | 87,166.00 |
| Account No. <br><br> Polk County Treasurer <br> 111 Court Ave. <br> Des Moines, IA 50309-2298 | - | | 9-30-2014 <br><br> Real estate taxes | | | | 242,766.00 | 0.00 | 242,766.00 |
| Account No. <br><br><br><br> | | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 329,932.00 |  329,932.00 |
| | Total | 0.00 |
| | (Report on Summary of Schedules) | 329,932.00 |  329,932.00 |

B6F (Official Form 6F) (12/07)

In re　　Foods, Inc.　　　　　　　　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ACCENT TAG & LABEL INC 2201 RITTENHOUSE STREET DES MOINES, IA 50321 | - | | | | | | 215.66 |
| Account No. | | | | | | | |
| ADHESIVE LABEL 2916 NEVADA AVE. NORTH NEW HOPE, MN 55427 | | | | | | | 647.79 |
| Account No. | | | | | | | |
| ADO-IMPORT 4312 68TH STREET URBANDALE, IA 50322 | - | | | | | | 7,937.73 |
| Account No. | | | | | | | |
| ADP INC. PO BOX 0500 CAROL STREAM, IL 60132 | - | | | | | | 9,424.87 |

| | | | | | Subtotal (Total of this page) | 18,226.05 |
|---|---|---|---|---|---|---|

__51__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                        ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ADVANCED SURFACES 950 OFFICE PARK ROAD SUITE 131 WEST DES MOINES, IA 50265 | - | | | | | | | 32,430.70 |
| Account No. | | | | | | | | |
| ADVANTAGE TAPE ADVERTISING INC 7400 METRO BLVD STE. 220 EDINA, MN 55439 | - | | | | | | | 1,604.00 |
| Account No. | | | | | | | | |
| AGELITY INC. 115 BROAD HOLLOW RD STE 325 MELVILLE, NY 11747 | - | | | | | | | 55.25 |
| Account No. | | | | | | | | |
| AIR FILTER SALES & SERVICE INC 108 SE 4TH STREET DES MOINES, IA 50309 | - | | | | | | | 5,484.18 |
| Account No. | | | | | | | | |
| AIRGAS CARBONIC/DRY ICE PO Box 951873 Dallas, TX 75395-1873 | - | | | | | | | 26.77 |

Sheet no. __1__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,600.90

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. AIRGAS USA LLC PO BOX 802576 CHICAGO, IL 60680-2576 | - | | | | | | 1,214.94 |
| Account No. ALLIANCE HARSHA ADVERTISING 306 NORTHCREEK BLVD GOODLETTSVILLE, TN 37072 | - | | | | | | 50,787.64 |
| Account No. ALLIED CONSTRUCTION SERVICES P.O. BOX 937 DES MOINES, IA 50304 | - | | | | | | 28,437.00 |
| Account No. ALTOONA HERALD P.O. BOX 957 DES MOINES, IA 50304 | - | | | | | | 8.40 |
| Account No. AMERICAN BOTTLING CO 23214 NETWORK PLACE CHICAGO, IL 60673 | - | | | | | | 45,879.06 |

Sheet no. __2__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,327.04

B6F (Official Form 6F) (12/07) - Cont.

In re   Foods, Inc. _____ ,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| AMERIGAS-BAXTER IA PO BOX 371473 PITTSBURGH, PA 15250-7473 | - | | | | | | 88.10 |
| Account No. | | | | | | | |
| AMES LOCK & SECURITY 507 MAIN STREET SUITE 2 AMES, IA 50010-6078 | - | | | | | | 101.65 |
| Account No. | | | | | | | |
| CITY OF AMES CITY CLERKS OFFICE P.O. BOX 811 AMES, IA 50010 | - | | | | | | 7,222.02 |
| Account No. | | | | | | | |
| ANDA INC. P.O. BOX 930219 ATLANTA, GA 31193-0219 | - | | | | | | 13,964.35 |
| Account No. | | | | | | | |
| ANDERSON/ERICKSON DAIRY INC. 2420 EAST UNIVERSITY AVE DES MOINES, IA 50317 | - | | | | | | 255,872.02 |

Sheet no. _3__ of _51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    277,248.14

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ARAMARK UNIFORM SERVICES INC. 26667 NETWORK PLACE CHICAGO, IL 60673-1266 | - | | | | | | | 4,321.00 |
| Account No. | | | | | | | | |
| ARCTIC GLACIER USA INC. PAYMENT PROCESSING CENTER PO BOX 856530 MINNEAPOLIS, MN 55485 | - | | | | | | | 22,031.69 |
| Account No. | | | | | | | | |
| ATEB INC. P.O. BOX 890231 CHARLOTTE, NC 28289 | - | | | | | | | 4,435.20 |
| Account No. | | | | | | | | |
| ATLANTIC BOTTLING COMPANY P.O. BOX 110 ATLANTIC, IA 50022 | - | | | | | | | 32,356.39 |
| Account No. | | | | | | | | |
| ATLANTIC PRESCRIPTION SERVICES PO BOX 24279 WINSTON SALEM, NC 27114 | - | | | | | | | 918.44 |

Sheet no. __4__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,062.72

B6F (Official Form 6F) (12/07) - Cont.

In re     Foods, Inc.                                                                ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AUTOMATIC DOOR GROUP INC. 6200 THORNTON AVENUE SUITE 190 DES MOINES, IA 50321 | - | | | | | | | 6,879.96 |
| Account No. | | | | | | | | |
| BAKERY N LLC 2712 DOUGLAS AVE DES MOINES, IA 50310 | - | | | | | | | 700.52 |
| Account No. | | | | | | | | |
| BATTERIES INCLUDED P.O. BOX 264 SWISHER, IA 52338 | - | | | | | | | 2,644.19 |
| Account No. | | | | | | | | |
| BEATTIE PRODUCE 11961 S.E. 36TH AVENUE RUNNELLS, IA 50237 | - | | | | | | | 15,264.90 |
| Account No. | | | | | | | | |
| BERRES BROTHERS COFFEE P.O. BOX 578 WATERTOWN, WI 53094 | - | | | | | | | 795.05 |

Sheet no. __5__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,284.62

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| BILL DORAN COMPANY 619 WEST JEFFERSON STREET ROCKFORD, IL 61103 | - | | | | | | 606.99 |
| Account No. | | | | | | | |
| BIMBO FOODS INC. PO BOX 643544 PITTSBURGH, PA 15264-3544 | - | | | | | | 13,881.08 |
| Account No. | | | | | | | |
| BIO SCRIP 10050 CROSSTOWN CIRCLE STE 300 EDEN PRAIRIE, MN 55344 | - | | | | | | 111.02 |
| Account No. | | | | | | | |
| BISHOP ENGINEERING 3501 104TH STREET DES MOINES, IA 50322 | - | | | | | | 1,172.50 |
| Account No. | | | | | | | |
| BLUE RHINO CORPORATION P.O. BOX 281956 ATLANTA, GA 30384-1956 | - | | | | | | 49,970.70 |

Sheet no. __6__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,742.29

B6F (Official Form 6F) (12/07) - Cont.

In re      Foods, Inc.                                                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** BOB BROWN CHEVROLET 3600 111TH ST URBANDALE, IA 50322 | - | | | | | | | 2,237.90 |
| **Account No.** BOETJE FOODS INC 2736 12TH ST ROCK ISLAND, IL 61201 | | | | | | | | 246.84 |
| **Account No.** BULLMOOSE BAKERY SUPPLIES PO BOX 1312 DES MOINES, IA 50305 | - | | | | | | | 19,000.66 |
| **Account No.** BURTEK DRY ICE LLC PO BOX 27 ALTOONA, IA 50009 | - | | | | | | | 68.00 |
| **Account No.** Cable Tech, Inc. 16185 Laurel St. Waukee, IA 50263 | - | | | | | | | 2,494.39 |

Sheet no. __7__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,047.79

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| CAPITAL CITY EQUIPMENT CO 5461 NW 2ND STREET DES MOINES, IA 50313 | - | | | | | | | 411.95 |
| Account No. | | | | | | | | |
| CAPITAL SANITARY SUPPLY CO INC P.O. BOX 41310 DES MOINES, IA 50311 | - | | | | | | | 7,616.16 |
| Account No. | | | | | | | | |
| CARBON'S GOLDEN MALTED PO BOX 71 BUCHANAN, MI 49107 | - | | | | | | | 595.00 |
| Account No. | | | | | | | | |
| CENTURYLINK PO BOX 91154 SEATTLE, WA 98111-9254 | - | | | | | | | 14,916.93 |
| Account No. | | | | | | | | |
| CENTURYLINK P.O. BOX 29080 PHOENIX, AZ 85038 | - | | | | | | | 27,302.76 |

Sheet no. __8__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,842.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                            ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CENTURYLINK BUSINESS SERVICES PO BOX 52187 PHOENIX, AZ 85072-2187 | - | | | | | | | 1,189.67 |
| Account No. | | | | | | | | |
| CHESTNUT SIGNS 9714 NE BROADWAY AVE DES MOINES, IA 50313 | - | | | | | | | 2,797.50 |
| Account No. | | | | | | | | |
| CHOCOLATERIE STAM 2901 BELL AVE DES MOINES, IA 50321 | - | | | | | | | 193.20 |
| Account No. | | | | | | | | |
| CITY OF CLIVE 1900 NW 114TH ST Clive, IA 50325 | - | | | | | | | 3,846.84 |
| Account No. | | | | | | | | |
| CLS DISTRIBUTORS LLC 1017 54TH ST WEST DES MOINES, IA 50266 | - | | | | | | | 851.40 |

Sheet no. __9__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,878.61

B6F (Official Form 6F) (12/07) - Cont.

In re  Foods, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CO2 TECHNOLOGIES<br>10625 JUSTIN DRIVE<br>URBANDALE, IA 50322 | | - | | | | | 63.60 |
| Account No.<br><br>COLOR FX LLC<br>ACCOUNTS RECEIVABLE<br>P.O. BOX 3538<br>URBANDALE, IA 50323 | | | | | | | 3,833.00 |
| Account No.<br><br>COMMUNITY GREETINGS<br>P.O. BOX 128<br>GRIMES, IA 50111 | | - | | | | | 1,456.00 |
| Account No.<br><br>CONTINUUM RETAIL ENERGY SRVCS<br>POB 26706 SECTION 4133<br>OKLAHOMA CITY, OK 73126 | | - | | | | | 18,770.25 |
| Account No.<br><br>CRYSTAL CLEAR WATER COMPANY<br>3717 DELAWARE AVENUE<br>DES MOINES, IA 50313 | | - | | | | | 33,236.78 |

Sheet no. __10__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,359.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CUSTOMIZED RETAIL SOLUTIONS 1640 N. CORRINGTON AVE KANSAS CITY, MO 64120 | - | | | | | | | 12,527.59 |
| Account No. | | | | | | | | |
| DAKOTA DRUG INC. PO BOX 5009 MINOT, ND 58702 | - | | | | | | | 242,956.15 |
| Account No. | | | | | | | | |
| DAKOTA NEWS INC. P.O. BOX 88020 SIOUX FALLS, SD 57109 | - | | | | | | | 2,156.44 |
| Account No. | | | | | | | | |
| DAKOTA SECURITY 201 SE SHURFINE DR #3 ANKENY, IA 50021 | - | | | | | | | 581.46 |
| Account No. | | | | | | | | |
| DAVE TANNER DISTRIBUTING LLC 20551 HWY 92 ACKWORTH, IA 50001 | - | | | | | | | 3,618.52 |

Sheet no. __11__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    261,840.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____ ,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| DEJONG GREENHOUSES PO BOX 28 PELLA, IA 50219 | | - | | | | | | 14,917.03 |
| **Account No.** | | | | | | | | |
| DEJONG HARDWARE 1126 MAIN STREET HULL, IA 51239 | | - | | | | | | 1,317.75 |
| **Account No.** | | | | | | | | |
| DELL MARKETING L.P. C/O DELL USA L.P. PO BOX 802816 CHICAGO, IL 60680 | | - | | | | | | 306.33 |
| **Account No.** | | | | | | | | |
| Des Moines Area Regional Transit Auth. 620 Cherry St. Des Moines, IA 50309-4530 | | - | | | | | | 28,152.50 |
| **Account No.** | | | | | | | | |
| DES MOINES BACON COMPANY 26511 PRAIRIE CIRCLE ADEL, IA 50003 | | - | | | | | | 225.00 |

Sheet no. __12__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 44,918.61

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                              ,       Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DES MOINES FEED COMPANY 2010 HUBBELL AVENUE DES MOINES, IA 50317 | - | | | | | | | 314.72 |
| Account No. | | | | | | | | |
| DES MOINES STAMP MFG. COMPANY P.O. BOX 1798 DES MOINES, IA 50306 | - | | | | | | | 916.58 |
| Account No. | | | | | | | | |
| DES MOINES WATER WORKS 2201 GEORGE FLAGG PKWY DES MOINES, IA 50321 | - | | | | | | | 17,446.16 |
| Account No. | | | | | | | | |
| CITY OF DES MOINES CITY CLERK 400 ROBERT D. RAY DRIVE DES MOINES, IA 50309 | - | | | | | | | 5,800.00 |
| Account No. | | | | | | | | |
| City of Des Moines Treasurers Office PO Box 1633 Des Moines, IA 50306-1633 | - | | | | | | | 2,700.00 |

Sheet no. __13__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,177.46

B6F (Official Form 6F) (12/07) - Cont.

In re   Foods, Inc. _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| DESIGN DESIGN INC 19 LA GRAVE GRAND RAPIDS, MI 49503 | - | | | | | | 191.90 |
| Account No. | | | | | | | |
| Diversified Distributing 1055 SE 28th Grimes, IA 50111 | - | | | | | | 179.05 |
| Account No. | | | | | | | |
| DM MERCHANDISING, INC 835 N CHURCH COURT ELMHURST, IL 60126 | - | | | | | | 2,736.00 |
| Account No. | | | | | | | |
| Doll Distributing LLC 1901 Dewolf Des Moines, IA 50316 | - | | | | | | 14,408.05 |
| Account No. | | | | | | | |
| DOOR COUNTY COFFEE & TEA CO. PO BOX 638 STURGEON BAY, WI 54235 | - | | | | | | 5,774.35 |

Sheet no. __14__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    23,289.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                   ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Doors, Inc. 300 SW 6th St. Des Moines, IA 50309 | | - | | | | | | 108.12 |
| Account No. | | | | | | | | |
| DR MYCOMMERCE, INC 10380 BREN ROAD WEST MINNETONKA, MN 55343 | | - | | | | | | 48.45 |
| Account No. | | | | | | | | |
| DUERSON CORPORATION 601 1ST AVE N ALTOONA, IA 50009 | | - | | | | | | 1,000.12 |
| Account No. | | | | | | | | |
| DUPEY EQUIPMENT COMPANY 2048 NW 92ND CT. CLIVE, IA 50325 | | - | | | | | | 14,541.74 |
| Account No. | | | | | | | | |
| EARTHGRAINS BAKING COMPANIES P.O. BOX 842437 BOSTON, MA 02284-2437 | | - | | | | | | 14,591.44 |

Sheet no. __15__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             30,289.87

B6F (Official Form 6F) (12/07) - Cont.

In re      Foods, Inc.                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| EBERT HONEY 14808 S. 102ND AVE. E. LYNNVILLE, IA 50153 | | - | | | | | 134.94 |
| Account No. | | | | | | | |
| EMBASSY CLUB 666 GRAND AVE FLOORS 33-34 DES MOINES, IA 50309 | | - | | | | | 302.51 |
| Account No. | | | | | | | |
| EMC RISK SERVICES INC. P.O. BOX 9399 DES MOINES, IA 50306-9399 | | - | | | | | 33,112.55 |
| Account No. | | | | | | | |
| EMDEON LOCKBOX PO BOX 572490 MURRAY, UT 84157-2490 | | - | | | | | 15,825.90 |
| Account No. | | | | | | | |
| ENTERPRISE FM TRUST ENTERPRISE FLEET MNGMNT P.O. BOX 800089 KANSAS CITY, MO 64180 | | - | | | | | 2,880.50 |

Sheet no. __16__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,256.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ET VIDEO INC P.O. BOX 327 COON RAPIDS, IA 50058 | | - | | | | | 6,636.12 |
| Account No. | | | | | | | |
| F & A FOOD SALES INC PO BOX 651 CONCORDIA, KS 66901 | | - | | | | | 24,115.10 |
| Account No. | | | | | | | |
| FARMER BROTHERS COFFEE PO BOX 934237 ATLANTA, GA 31193-4237 | | - | | | | | 4,170.34 |
| Account No. | | | | | | | |
| Farmers Best Gourmet Popcorn 3155 Norridge Ave. Rockwell City, IA 50579 | | - | | | | | 1,120.80 |
| Account No. | | | | | | | |
| FARNER-BOCKEN CO. P.O. BOX 368 CARROLL, IA 51401 | | - | | | | | 13,413.52 |

| | | |
|---|---|---|
| Sheet no. __17__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 49,455.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                              ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> FEDEX <br> P.O. BOX 94515 <br> PALATINE, IL 60094 | | - | | | | | 365.66 |
| Account No. <br><br> FERRELLGAS <br> P.O. BOX 173940 <br> DENVER, CO 80217-3940 | | - | | | | | 2,037.15 |
| Account No. <br><br> FESSLER CARBONIC GAS COMPANY <br> 2012 E OVID <br> DES MOINES, IA 50313 | | - | | | | | 152.55 |
| Account No. <br><br> FLAVORX INC. <br> PO BOX 890855 <br> CHARLOTTE, NC 28289-0855 | | - | | | | | 136.75 |
| Account No. <br><br> FMS Solutions, Inc. <br> 8028 Ritchie Hwy Suite 212 <br> Pasadena, MD 21122 | | - | | | | | 3,478.05 |

Sheet no. __18__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            6,170.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FRIEDRICHS COFFEE <br> 2781 99TH STREET <br> URBANDALE, IA 50322 | | - | | | | | | 804.60 |
| Account No. 0000004378 <br><br> FRITO-LAY INC. <br> PO BOX 300025 <br> DULUTH, GA 30096 | | - | | | | | | 79,842.27 |
| Account No. <br><br> FROM THE EARTH FARM <br> 27746 130TH STREET <br> WOODWARD, IA 50276 | | - | | | | | | 77.80 |
| Account No. <br><br> G & K SERVICES <br> 7813 SOLUTION CENTER <br> CHICAGO, IL 60677-7008 | | - | | | | | | 6,797.80 |
| Account No. <br><br> GATEWAY MARKET <br> 2002 WOODLAND AVE. <br> DES MOINES, IA 50312 | | - | | | | | | 14,047.71 |

Sheet no. __19__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,570.18

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| GE Capital PO Box 740425 Atlanta, GA 30374-0425 | | - | | | | | 39,644.06 |
| Account No. | | | | | | | |
| GENEVA FOODS LLC 2664 JEWETT LANE SANFORD, FL 32771 | | - | | | | | 156.00 |
| Account No. | | | | | | | |
| GLAZER'S WHOLESALE 4377 NW 112TH STREET URBANDALE, IA 50322 | | - | | | | | 4,037.70 |
| Account No. | | | | | | | |
| GLOBAL SPECTRUM IOWA EVENTS CENTER 730 3RD STREET DES MOINES, IA 50309 | | - | | | | | 27,093.60 |
| Account No. | | | | | | | |
| GLOBAL WINES IOWA 2908 OLD ORCHARD RD NE CEDAR RAPIDS, IA 52402 | | - | | | | | 1,150.20 |

Sheet no. __20__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,081.56

B6F (Official Form 6F) (12/07) - Cont.

In re   Foods, Inc.                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GOJI GOURMET PO BOX 12094 DES MOINES, IA 50312 | - | | | | | | | 129.60 |
| Account No. | | | | | | | | |
| GOODWIN TUCKER GROUP P.O. BOX 3285 DES MOINES, IA 50316-0285 | - | | | | | | | 469.26 |
| Account No. | | | | | | | | |
| Graziano Brothers, Inc. 1601 Union Des Moines, IA 50315 | - | | | | | | | 929.90 |
| Account No. | | | | Proceeds due from sale of merchandise at closed stores | | | | |
| Great American Group 9 Parkway North, Suite 300 Deerfield, IL 60015 | - | | | | | | | 33,852.26 |
| Account No. | | | | | | | | |
| HALLMARK MARKETING CO. LLC P.O. BOX 73642 CHICAGO, IL 60673-7642 | - | | | | | | | 11,463.86 |

| Sheet no. __21__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 46,844.88 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                              **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Hartford Group Benefits PO Box 25944 Overland Park, KS 66225 | | - | | | | | 3,518.63 |
| Account No. | | | | | | | |
| HEARTLAND CREAMERY RR 1 BOX 78A NEWARK, MO 63458 | | - | | | | | 752.00 |
| Account No. | | | | | | | |
| HEARTLAND FLAGPOLES 3719 S.W. 9TH ST SUITE 2 DES MOINES, IA 50315 | | - | | | | | 495.30 |
| Account No. | | | | | | | |
| HILAND DAIRY P.O. BOX 3825 OMAHA, NE 68103 | | - | | | | | 30,266.65 |
| Account No. | | | | | | | |
| HOBART SERVICE ITW FOOD EQUIPMENT GROUP PO BOX 2517 CAROL STREAM, IL 60132 | | - | | | | | 1,205.43 |

Sheet no. __22__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    36,238.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| HOLIDAY INN HOTEL/SUITES NW 4800 MERLE HAY RD. DES MOINES, IA 50322 | - | | | | | | | 100.00 |
| Account No. | | | | Umbrella insurance policy | | | | |
| HOLMES MURPHY 3001 WESTOWN PARKWAY WEST DES MOINES, IA 50266 | - | | | | | | | 364,707.65 |
| Account No. | | | | | | | | |
| HOODZ OF CENTRAL IOWA 5327 NW 2ND ST DES MOINES, IA 50313 | - | | | | | | | 3,061.50 |
| Account No. | | | | | | | | |
| CARLA J HORNER GRAPHIC DESIGNER 2401 MARION ST DES MOINES, IA 50321 | - | | | | | | | 337.50 |
| Account No. | | | | | | | | |
| HTP Pharmaceuticals 8131 University Blvd Clive, IA 50325 | - | | | | | | | 210.71 |

Sheet no. __23__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    368,417.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| HUSSMANN SERVICES CORP. 26372 NETWORK PLACE CHICAGO, IL 60673-1263 | - | | | | | | 66,500.07 |
| Account No. | | | | | | | |
| IMAGE SOLUTIONS 301 EAST COURT AVE DES MOINES, IA 50309 | - | | | | | | 237.87 |
| Account No. | | | | | | | |
| IOWA AUDIO VIDEO 1510 NW 86TH STREET CLIVE, IA 50325 | - | | | | | | 468.00 |
| Account No. | | | | | | | |
| IOWA BASKETBALL LLC 730 3RD ST DES MOINES, IA 50309 | - | | | | | | 20,500.00 |
| Account No. | | | | | | | |
| IOWA BEER & LIQUOR CONTROL Iowa Alcoholic Beverage Division 1918 SE Ponds Edge Lane Ankeny, IA 50021 | - | | | | | | 3,392.05 |

Sheet no.  __24__  of  __51__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,097.99

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> IOWA BEVERAGE SYSTEMS <br> 2115 NORTHEAST 58TH AVE <br> DES MOINES, IA 50313 | - | | | | | | 1,286.12 |
| Account No. <br><br> IOWA CHOICE HARVEST <br> P.O. BOX 812 <br> MARSHALLTOWN, IA 50158 | - | | | | | | 1,756.62 |
| Account No. <br><br> IOWA DES MOINES SUPPLY INC. <br> 1680 GUTHRIE AVE <br> DES MOINES, IA 50316 | - | | | | | | 73,885.41 |
| Account No. <br><br> Iowa Pharmacy Association <br> 8515 Douglas Suite 16 <br> Urbandale, IA 50322 | - | | | | | | 5,500.00 |
| Account No. <br><br> IOWA SUN CONTROL INC <br> 2721 99TH STREET <br> URBANDALE, IA 50322 | - | | | | | | 867.47 |

Sheet no. __25__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    83,295.62

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re      Foods, Inc.                                                  ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. IOWA WATER MANAGEMENT CORP P.O. BOX 157 MEAD, NE 68041 | - | | | | | | 3,975.00 |
| Account No. J&B GROUP NW 6090 PO BOX 1450 MINNEAPOLIS, MN 55485 | - | | | | | | 827.50 |
| Account No. JACK GUTTMAN INC. DBA BAKERY CRAFTS P O BOX 37 WEST CHESTER, OH 45071 | - | | | | | | 1,300.84 |
| Account No. JASPER WINERY 2400 GEORGE FLAGG PARKWAY DES MOINES, IA 50321 | - | | | | | | 4,103.30 |
| Account No. JELLY BELLY CANDY COMPANY P.O. BOX 742799 LOS ANGELES, CA 90074 | - | | | | | | 1,748.60 |

Sheet no. __26__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,955.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                     ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JL CREATIONS 5205 LAKELAND AVE N CRYSTAL, MN 55429 | | - | | | | | 1,724.14 |
| Account No. | | | | | | | |
| JOHNSON BROTHERS WINE CO. 2515 DEAN AVE. DES MOINES, IA 50317 | | - | | | | | 57,401.28 |
| Account No. | | | | | | | |
| JOHNSTON LIONS CLUB PO BOX 52 JOHNSTON, IA 50131 | | - | | | | | 155.00 |
| Account No. | | | | | | | |
| JUST TOMATOES COMPANY P.O. BOX 807 WESTLEY, CA 95387 | | - | | | | | 178.80 |
| Account No. | | | Gas distributor | | | | |
| KECK, INC. 501 S.W. 7TH ST SUITE D DES MOINES, IA 50309 | | - | | | | | 25,172.96 |

Sheet no. __27__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,632.18

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| KEHE DISTRIBUTORS TREE OF LIFE 24973 NETWORK PLACE CHICAGO, IL 60673 | - | | | | | | | 2,605.64 |
| Account No. | | | | | | | | |
| KELLOGG'S SNACKS 25714 NETWORK PLACE CHICAGO, IL 60673-1257 | | | | | | | | 4,337.83 |
| Account No. | | | | | | | | |
| KNESS MANUFACTURING CO. INC. P.O. BOX 70 ALBIA, IA 52531 | - | | | | | | | 257.89 |
| Account No. | | | | | | | | |
| KOEHLER & DRAMM 2407 E. HENNEPIN MINNEAPOLIS, MN 55413 | - | | | | | | | 46,172.02 |
| Account No. | | | | | | | | |
| La Casa Ltd. 4914 Dolphin Dr. SE Unit B Iowa City, IA 52240 | - | | | | | | | 327.00 |

Sheet no. __28__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            53,700.38

B6F (Official Form 6F) (12/07) - Cont.

In re   Foods, Inc. _____ ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| LA RUE COFFEE P.O. BOX 451119 OMAHA, NE 68145-6119 | - | | | | | | 259.68 |
| Account No. | | | | | | | |
| LATHROP & GAGE 2345 GRAND BOULEVARD KANSAS CITY, MO 64108 | - | | | | | | 2,616.50 |
| Account No. | | | | | | | |
| LAWSON ENTERPRISES, INC 4910 URBANDALE AVE SUITE 303 DES MOINES, IA 50310 | - | | | | | | 525.00 |
| Account No. | | | | | | | |
| LEANIN' TREE INC. P.O. BOX 9500W BOULDER, CO 80301 | - | | | | | | 6,925.92 |
| Account No. | | | | | | | |
| LEVEL 10 820 NORTH 20TH AVENUE HIAWATHA, IA 52233 | - | | | | | | 50,767.20 |

Sheet no. __29__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      61,094.30

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| LEWRIGHT MEATS INCORPORATED 108 NORTH IOWA EAGLE GROVE, IA 50533 | - | | | | | | | 1,335.47 |
| Account No. | | | | | | | | |
| LIFEPICS 5777 CENTRAL AVE SUITE 120 BOULDER, CO 80301 | - | | | | | | | 2,876.24 |
| Account No. | | | | | | | | |
| MADISON COUNTY WINERY 4507 98TH STREET URBANDALE, IA 50322 | - | | | | | | | 149.40 |
| Account No. | | | | | | | | |
| MAMA BOSSO PIZZA 507 34TH AVENUE ROCK ISLAND, IL 61201 | - | | | | | | | 10,493.73 |
| Account No. | | | | | | | | |
| MARIPOSA FARMS INC. 4351 32ND STREET GRINNELL, IA 50112 | - | | | | | | | 7,813.58 |

Sheet no. __30__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            22,668.42

B6F (Official Form 6F) (12/07) - Cont.

In re   Foods, Inc. _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MARLIN BUSINESS BANK PO BOX 13604 PHILADELPHIA, PA 19101-3604 | - | | | | | | 252.42 |
| Account No. | | | | | | | |
| MARTIN BROS. DISTRIBUTING CO PO BOX 69 CEDAR FALLS, IA 50613 | - | | | | | | 54,171.14 |
| Account No. | | | | | | | |
| Mayflower Distributing co. 1155 Medallion Dr. Saint Paul, MN 55120 | - | | | | | | 159.47 |
| Account No. | | | | | | | |
| McGladrey, LLP 5155 Paysphere Circle Chicago, IL 60674 | - | | | | | | 1,375.00 |
| Account No. | | | | | | | |
| MCS TRUCKING LLC 1600 GUTHRIE AVE DES MOINES, IA 50316-1874 | - | | | | | | 1,117.15 |

Sheet no. __31__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    57,075.18

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| MCWILLIAMS APPLE ORCHARD 9773 NE 158TH AVENUE MAXWELL, IA 50161 | - | | | | | | | 3,520.00 |
| **Account No.** | | | | | | | | |
| MERCK SHARP & DOHME CORP PO BOX 5254 CAROL STREAM, IL 60197 | - | | | | | | | 8,524.80 |
| **Account No.** | | | | | | | | |
| MICHAEL FOODS INC 27890 NETWORK PLACE CHICAGO, IL 60673 | - | | | | | | | 1,984.12 |
| **Account No.** | | | | | | | | |
| MID AMERICAN ENERGY COMPANY P.O. BOX 8020 DAVENPORT, IA 52808 | - | | | | | | | 126,682.40 |
| **Account No.** | | | | | | | | |
| MID-IOWA SOLID WASTE EQUIP CO. 5105 N.W. BEAVER DRIVE JOHNSTON, IA 50131 | - | | | | | | | 1,644.19 |

Sheet no. _32_ of _51_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,355.51

B6F (Official Form 6F) (12/07) - Cont.

In re  Foods, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MIDWEST AUTOMATIC FIRE SPRINKLER COMPANY 2001 DEWOLF STREET DES MOINES, IA 50316-2761 | - | | | | | | 736.98 |
| Account No. | | | | | | | |
| MIDWEST BEST WATER INC. P.O. BOX 270743 ST PAUL, MN 55127 | - | | | | | | 7,272.36 |
| Account No. | | | | | | | |
| MIDWEST CARWASH SYSTEMS 1201 2ND AVENUE MARION, IA 52302 | - | | | | | | 3,846.58 |
| Account No. | | | | | | | |
| MIDWEST L & I INC 8929 ASHWORTH RD WEST DES MOINES, IA 50266 | - | | | | | | 1,043.04 |
| Account No. | | | | | | | |
| Midwest Solid Waste, Inc. 221 SE Magazine Rd. PO Box 487 Ankeny, IA 50021 | - | | | | | | 150.00 |

Sheet no. __33__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,048.96

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| MILLER'S SPREADS c/o JOSEPH OVERHOLT 1026 ORANGE AVE. KALONA, IA 52247 | | | | | | | | 2,590.00 |
| Account No. | | - | | | | | | |
| MISSION FOODS P.O. BOX 843781 DALLAS, TX 75284-3781 | | | | | | | | 30,046.08 |
| Account No. | | - | | | | | | |
| MONDELEZ GLOBAL LLC PO BOX 70064 CHICAGO, IL 60673-0064 | | | | | | | | 29,343.90 |
| Account No. | | - | | | | | | |
| NATIONAL HEALTH INFO NETWORK DEPT 0494 P.O. BOX 120494 DALLAS, TX 75312-0494 | | | | | | | | 4,565.48 |
| Account No. | | - | | | | | | |
| NELSON ELECTRIC 239 S BELL AVENUE AMES, IA 50010 | | | | | | | | 3,116.50 |

Sheet no. __34__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,661.96

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NESTLE DSD 3852 COLLECTIONS CNTR DR CHICAGO, IL 60693 | - | | | | | | | 44,129.11 |
| Account No. | | | | | | | | |
| NETHERLAND BULB COMPANY 13 MCFADDEN RD EASTON, PA 18045 | - | | | | | | | 1,434.00 |
| Account No. | | | | | | | | |
| Office Depot PO Box 88040 Chicago, IL 60680-1040 | - | | | | | | | 84.67 |
| Account No. | | | | | | | | |
| OLD DUTCH FOODS INC. P.O. BOX 64627 ST PAUL, MN 55164 | - | | | | | | | 68,938.69 |
| Account No. | | | | | | | | |
| ONNEN COMPANY P.O. BOX 3720 DES MOINES, IA 50323-0720 | - | | | | | | | 887.94 |

Sheet no. __35__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,474.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ORGILL INC PO BOX 1000--DEPT 7 MEMPHIS, TN 38148 | - | | | | | | 536.62 |
| Account No. | | | | | | | |
| PAN-O-GOLD BAKING CO. ST CLOUD P.O. BOX 848 ST CLOUD, MN 56302-0848 | - | | | | | | 54,198.94 |
| Account No. | | | | | | | |
| PARMED PHARMACEUTICALS INC. P.O. BOX 90272 CHICAGO, IL 60696-0272 | - | | | | | | 1,161.64 |
| Account No. | | | | | | | |
| PASQUALE'S FOOD SERVICE INC. 611 NORTH 13TH STREET HUMBOLDT, IA 50548 | - | | | | | | 3,083.80 |
| Account No. | | | | | | | |
| PAYNE PUBLISHERS 8707 EAST QUARRY ROAD MANASSAS, VA 20110 | - | | | | | | 3,880.17 |

Sheet no. __36__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,861.17

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> PDX INC. <br> DEPT 0494 <br> P.O. BOX 120494 <br> DALLAS, TX 75312-0494 | - | | | | | | 39,044.73 |
| Account No. <br><br> Penske Truck Leasing Co. LP <br> PO Box 802577 <br> Chicago, IL 60680-2577 | - | | | | | | 1,084.90 |
| Account No. <br><br> Penta Partners, LLC <br> 5700 University Suite 220 <br> West Des Moines, IA 50266 | - | | | | | | 16,496.82 |
| Account No. <br><br> PEPPERIDGE FARM INCORPORATED <br> P.O. BOX 640758 <br> PITTSBURGH, PA 15264 | - | | | | | | 391.63 |
| Account No. <br><br> PEPSI <br> LOCKBOX# 75948 <br> CHICAGO, IL 60675-5948 | - | | | | | | 57,085.18 |

Sheet no. __37__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,103.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> PERISHABLE DIST. OF IOWA LTD. <br> 2741 S.E. PDI PLACE <br> ANKENY, IA 50021 | | - | | | | | 14,785.23 |
| Account No. <br><br> PICKET FENCE CREAMERY <br> 14583 S AVE <br> WOODWARD, IA 50276 | | - | | | | | 404.00 |
| Account No. <br><br> PIKE MECHANICAL <br> 111 S.E. 7TH ST <br> DES MOINES, IA 50309 | | - | | | | | 1,754.40 |
| Account No. <br><br> PRAIRIE CAPITAL ADVISORS INC. <br> ONE MID AMERICA PLAZA SUITE 1000 <br> OAKBROOK TERRACE, IL 60181 | | - | | | | | 37,544.55 |
| Account No. <br><br> PRAIRIE MEADOWS <br> P.O. BOX 1000 <br> ALTOONA, IA 50009 | | - | | | | | 948.20 |

Sheet no. __38__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          55,436.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                    ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PREMIER A&B SERVICES P.O. BOX 3348 DES MOINES, IA 50316 | | - | | | | | | 146.28 |
| Account No. | | | | | | | | |
| PRINCIPAL FINANCIAL GROUP P.O. BOX 777 DES MOINES, IA 50303 | | - | | | | | | 1,150.00 |
| Account No. | | | | | | | | |
| PRODUCE LTD. 2644 MERINO AVENUE OSKALOOSA, IA 52577 | | - | | | | | | 2,560.00 |
| Account No. | | | | | | | | |
| Professional Fiduciary Service 111 E. Kilbourn Ave Ste 1600 Milwaukee, WI 53202 | | - | | | | | | 6,250.00 |
| Account No. | | | | | | | | |
| PROMEX LTD 5001 SOUTH 36TH STREET OMAHA, NE 68107 | | - | | | | | | 417.85 |

Sheet no. __39__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      10,524.13

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| PUGS INC. 215 North 1800 West Lindon, UT 84042 | - | | | | | | 515.81 |
| Account No. | | | | | | | |
| R.U.NUTS 134 HARWOOD CT LINCOLN, NE 68502 | - | | | | | | 2,551.71 |
| Account No. | | | | | | | |
| RASH PRO P.O. BOX 37315 DES MOINES, IA 50315 | - | | | | | | 80.00 |
| Account No. | | | | | | | |
| RGIS P.O. BOX 77631 DETROIT, MI 48277 | - | | | | | | 11,703.63 |
| Account No. | | | | | | | |
| RICHTMAN'S PRINTING 5150 PARK AVENUE DES MOINES, IA 50321-1247 | - | | | | | | 596.78 |

Sheet no. __40__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    15,447.93

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ROCHESTER ARMORED CAR CO. INC PO BOX 8 - DTS OMAHA, NE 68101 | | - | | | | | 21,740.00 |
| Account No. | | | | | | | |
| ROTELLA'S ITALIAN BAKERY 6949 SO. 108TH STREET LA VISTA, NE 68128 | | - | | | | | 15,059.89 |
| Account No. | | | | | | | |
| RUG DOCTOR P.O. BOX 849958 DALLAS, TX 75284 | | - | | | | | 8,050.83 |
| Account No. | | | | | | | |
| RUSS DAVIS WHOLESALE INC 266 4TH STREET NE WADENA, MN 56482 | | - | | | | | 20.85 |
| Account No. | | | | | | | |
| RUSSELL STOVER CANDIES P.O. BOX 802231 KANSAS CITY, MO 64180 | | - | | | | | 2,684.79 |

Sheet no. __41__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       47,556.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| RYKO SOLUTIONS INC 3217 MOMENTUM PLACE CHICAGO, IL 60689-5332 | | - | | | | | 4,345.78 |
| Account No. | | | | | | | |
| SACKS 120 W SHAW #29 OSCEOLA, IA 50213 | | - | | | | | 920.00 |
| Account No. | | | | | | | |
| SANTA MARIA WINERY 208 W. 6TH STREET CARROLL, IA 51401 | | - | | | | | 745.64 |
| Account No. | | | | | | | |
| SCHWAN'S CONSUMER BRANDS P.O. BOX 532066 ATLANTA, GA 30353 | | - | | | | | 10,741.98 |
| Account No. | | | | | | | |
| SENECA COMPANIES P.O. BOX 3360 DES MOINES, IA 50316 | | - | | | | | 856.32 |

Sheet no. __42__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    17,609.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                                ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SHANKS WINDOW CLEANING P.O. BOX 110 JOHNSTON, IA 50131 | | - | | | | | | 1,547.60 |
| Account No. | | | | | | | | |
| SHEEDER CLOVERLEAF DAIRY LLC 1665 210th STREET GUTHRIE CENTER, IA 50115 | | - | | | | | | 3,245.42 |
| Account No. | | | | | | | | |
| SHRED-IT USA INC D/B/A SHRED-IT DES MOINES 2101 DIXON ST DES MOINES, IA 50316 | | - | | | | | | 3,463.02 |
| Account No. | | | | | | | | |
| SHULLSBURG CREAMERY II, LLC PO BOX 398 SHULLSBURG, WI 53586 | | - | | | | | | 84,192.37 |
| Account No. | | | | | | | | |
| SMITH'S SEWER SERVICE INC. P.O. BOX 351 JOHNSTON, IA 50131 | | - | | | | | | 1,552.63 |

Sheet no. __43__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,001.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** SPARBOE FARMS INC P.O. BOX 309 LITCHFIELD, MN 55355 | | - | | | | | | 18,254.45 |
| **Account No.** SPECK PLUMBING INC 1805 E LINCOLNWAY AMES, IA 50010 | | - | | | | | | 94.48 |
| **Account No.** SPRINGER PEST SOLUTIONS 1320 N.E. 60TH AVE DES MOINES, IA 50313 | | - | | | | | | 5,169.44 |
| **Account No.** STAPLES PRINT SOLUTIONS PO BOX 71805 CHICAGO, IL 60694 | | - | | | | | | 2,321.80 |
| **Account No.** STONE CITY DISTRIBUTION 23989 RIDGE ROAD ANAMOSA, IA 52205 | | - | | | | | | 469.75 |

Sheet no. __44__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,309.92

B6F (Official Form 6F) (12/07) - Cont.

In re      Foods, Inc.                                                                          ,      Case No. _____
                                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| STONE CLIFF WINERY 600 STAR BREWERY DR DUBUQUE, IA 52001 | - | | | | | | | 1,440.28 |
| Account No. | | | | | | | | |
| STONEHOUSE MARKETING SVCS. P.O. BOX 6138 NORMAN, OK 73070 | - | | | | | | | 814.33 |
| Account No. | | | | | | | | |
| STONEWALL KITCHEN 2 STONEWALL LANE YORK, ME 03909 | - | | | | | | | 2,193.98 |
| Account No. | | | | | | | | |
| STOREY-KENWORTHY COMPANY 309 LOCUST DES MOINES, IA 50308 | - | | | | | | | 2,363.10 |
| Account No. | | | | | | | | |
| STRATEGIC CUSTOM SOLUTIONS 7825 WASHINGTON AVE SUITE 450 MINNEAPOLIS, MN 55439 | - | | | | | | | 1,750.00 |

Sheet no. __45__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,561.69

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| STRAUSS LOCK COMPANY PO BOX 42367 URBANDALE, IA 50323 | | - | | | | | | 1,755.90 |
| Account No. | | | | | | | | |
| Summerset Winery 15101 Fairfax Indianola, IA 50125 | | - | | | | | | 61.60 |
| Account No. | | | | | | | | |
| SUPER LUBE SERVICE CENTER 5358 MERLE HAY ROAD JOHNSTON, IA 50131 | | - | | | | | | 90.45 |
| Account No. | | | | | | | | |
| SUPERIOR LIGHTING INC. 2121 SOUTH 24TH STREET OMAHA, NE 68108 | | - | | | | | | 23,212.81 |
| Account No. | | | | | | | | |
| SWEET HONEY PO BOX 7512 URBANDALE, IA 50323 | | - | | | | | | 6,655.00 |

Sheet no. __46__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,775.76

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>TASSEL RIDGE WINERY<br>1681 220TH STREET<br>LEIGHTON, IA 50143 | - | | | | | | 1,574.30 |
| Account No.<br><br>TASTE OF PELLA DISTRIBUTING<br>632 228TH PL.<br>PELLA, IA 50219 | - | | | | | | 126.00 |
| Account No.<br><br>TASTES OF BRASIL, LLC<br>5707 WENTWORTH<br>JOHNSTON, IA 50131 | - | | | | | | 587.40 |
| Account No.<br><br>Taylor Industries, Inc.<br>2392 Collection Ctr. Dr.<br>Chicago, IL 60693-2392 | - | | | | | | 44,084.84 |
| Account No.<br><br>TELESUPPORT INC.<br>660 N.E. 54TH AVE<br>DES MOINES, IA 50313 | - | | | | | | 1,908.00 |

Sheet no. __47__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    48,280.54

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                      ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| TESDELL ELECTRIC LTD. 1514 NE 69 PL ANKENY, IA 50021 | | - | | | | | 7,226.26 |
| Account No. | | | | | | | |
| THRIFTY WHITE PHARMACY 6055 Nathan Lane N. Suite 2000 Minneapolis, MN 55442 | | - | | | | | 266,591.78 |
| Account No. | | | | | | | |
| TIGER DIRECT INC PO BOX 935313 ATLANTA, GA 31193-5313 | | - | | | | | 2,546.97 |
| Account No. | | | | | | | |
| TOMRA OF NORTH AMERICA PO BOX 200192 PITTSBURGH, PA 15251-0192 | | - | | | | | 9,269.18 |
| Account No. | | | | | | | |
| TOPLINE - IOWA BOX 337 HERMITAGE, TN 37076 | | - | | | | | 4,030.22 |

Sheet no. __48__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

289,664.41

B6F (Official Form 6F) (12/07) - Cont.

In re     Foods, Inc. _____,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TRES MENTES P.O. BOX 794 GRIMES, IA 50111 | - | | | | | | | 294.00 |
| Account No. | | | | | | | | |
| TRUGREEN CHEMLAWN ATTN: JESSI IVERSON 301 SW ORALABOR ROAD ANKENY, IA 50023 | | | | | | | | 8,120.66 |
| Account No. | | | | | | | | |
| TRUSTWAVE HOLDINGS INC. 75 REMITTANCE DRIVE SUITE 6000 CHICAGO, IL 60675 | - | | | | | | | 3,535.00 |
| Account No. | | | | | | | | |
| TWO POINT CONVERSIONS, INC 1820 W WEBSTER SUITE 450 CHICAGO, IL 60614 | - | | | | | | | 3,000.00 |
| Account No. | | | | | | | | |
| TYCO INTEGRATED SECURITY PO BOX 371994 PITTSBURGH, PA 15250-7994 | - | | | | | | | 341.32 |

Sheet no. _49_ of _51_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,290.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| United Healthcare Ins. Co. 22561 Network Place Chicago, IL 60673-1225 | | | | | | | | 90,965.56 |
| Account No. | | - | | | | | | |
| US CELLULAR DEPT 0205 PALATINE, IL 60055-0205 | | | | | | | | 1,533.75 |
| Account No. | | - | | | | | | |
| VAXSERVE 12566 COLLECTIONS CENTER DR CHICAGO, IL 60693 | | | | | | | | 5,342.37 |
| Account No. | | - | | | | | | |
| VERENA STREET COFFEE COMPANY 10529 HIGHWAY 52N DUBUQUE, IA 52001 | | | | | | | | 7,653.10 |
| Account No. | | - | | | | | | |
| VERIZON WIRELESS PO BOX 25505 LEHIGH VALLEY, PA 18002 | | | | | | | | 185.48 |

Sheet no. _50_ of _51_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105,680.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Foods, Inc.                                                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| VICTORIA DRY CLEANING 2164 NW 108TH STREET DES MOINES, IA 50325 | | - | | | | | 28,976.17 |
| Account No. | | | | | | | |
| VITAL SUPPORT SYSTEMS LLC 11191 AURORA AVENUE URBANDALE, IA 50322 | | - | | | | | 17,898.79 |
| Account No. | | | | | | | |
| VOSS DISTRIBUTING LLC. 5109 NE 17TH STREET DES MOINES, IA 50313 | | - | | | | | 23,615.50 |
| Account No. | | | | | | | |
| WASTE MANAGEMENT OF IOWA PO BOX 9001797 LOUISVILLE, KY 40290-1797 | | - | | | | | 1,691.87 |
| Account No. | | | | | | | |
| WEST DES MOINES WATER WORKS P.O. BOX 402002 DES MOINES, IA 50940 | | - | | | | | 484.80 |

| | | |
|---|---|---|
| Sheet no. __51__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 72,667.13 |
| | Total (Report on Summary of Schedules) | 3,701,001.30 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Foods, Inc.                                                           ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Sublease for property located at 4121 Fleur Drive, Des Moines, IA; Supply Agreement dated June 2011, and Use Restriction for the exclusive use of a grocery store; |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Sublease for property located at 3425 Ingersoll, Des Moines, IA; Supply Agreement dated June 2011, and Use Restriction for the exclusive use of a grocery store; |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Sublease for fuel center located at 5440 NW 86th St., Johnston, Iowa; Supply Agreement dated June 2011, and Use Restriction for the exclusive use of a grocery store; |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Sublease for the fuel center located at 15500 W. Hickman Rd., Clive, IA; Supply Agreement dated June 2011, and and Use Restriction for the exclusive use of a grocery store; |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Sublease for property located at 1819 Beaver Ave, Des Moines, IA; Supply Agreement dated June 2011, and and Use Restriction for the exclusive use of a grocery store; 20 year  triple net lease beginning 6/15/2011. |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Supply Agreement dated June 2011 and Use Restriction by and between Foods, Inc. and Associated Wholesale Grocers, Inc. for the exclusive use of a grocery store located at 3330/3400 E. 33rd St., Des Moines, IA. |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Supply Agreement dated June 2011 and Use Restriction by and between Foods, Inc. and Associated Wholesale Grocers, Inc. for the exclusive use of a grocery store located at 1320 E. Euclid, Des Moines, IA |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Supply Agreement dated June 2011 and Use Restriction by and between Foods, Inc. and Associated Wholesale grocers, Inc. for the exclusive use of a grocery store located at 8700 Hickman, Clive, IA |

2
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Foods, Inc.                                                            ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Supply Agreement dated June 2011 and Use Restriction by and between Foods, Inc. and Associated Wholesale Grocers, Inc. for the use of a grocery store located at 5003 EP True Parkway, West Des Moines, IA. |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 | Supply Agreement dated June 2011 and Use Restriction by and between Foods, Inc. and Associated Wholesale Grocers, Inc. for the use of a grocery store located at 4343 Merle Hay Road, Des Moines, IA. |
| Bankers Leasing Co.<br>PO Box 7740<br>Urbandale, IA 50323 | Lease agreements for leases on Fax machines, printers, Office Bizhub, Coin-op, and DL380 server. Expiration dates vary. |
| Centro GA Haymarket Square LLC<br>C/O Centro GA Waterbury<br>PO Box 713465<br>Cincinnati, OH 45271-3465 | Lease for property at Merle Hay store. |
| Cisco Systems Capital Corporation<br>7025-3 Kit Creek Road<br>Durham, NC 27709-4987 | Lease for Wide Area Network (WAN) expires 4/16/16 |
| Commerce Bank<br>PO Box 11309<br>Saint Louis, MO 63105 | Lease of equipment at the Ingersoll and Ingersoll convenience store.  Leases expire in June 2016. |
| Commerce Bank<br>PO Box 11309<br>Saint Louis, MO 63105 | Lease of new retail grocery refrigeration and furniture, fixtures, and equipment under lease schedule no. 001 to Master Lease Agreement No. 1000849 dated July 14, 2008 |
| Commerce Bank<br>PO Box 11309<br>Saint Louis, MO 63105 | Equipment leased under Lease schedule No. 002 to Master Lease Agreement No. 1000849 dated July 14, 2008.  Equipment is described as furniture, fixtures, and equipment for food store. |
| Dahls Holdings I, LLC<br>4343 Merle Hay Rd.<br>Des Moines, IA 50310 | Lease for Property located at 5003 EP True Parkway, West Des Moines, Iowa; |
| Ford Building, LLC<br>5700 University Ave, Suite 2200<br>West Des Moines, IA 50266 | 20,000 sq. ft. of warehouse space, designated Space "T" located at Ford Industrial Park 1700 East Aurora Ave, Des Moines IA 50313 |
| GE Capital<br>PO Box 740425<br>Atlanta, GA 30374-0425 | Lease for Ames Store equipment.  Lease expires June 30, 2016 |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    Foods, Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Grayslake Eastwood, LLC<br>Eastwood Investors, LLC<br>1901 Avenue of the Stars, Suite 820<br>Los Angeles, CA 90067 | Shopping Center Lease for building located at Eastwood Village Shopping Center 3330/3400 East 33rd St., Des Moines, Iowa. |
| M&M Sales Co.<br>4201 NW Urbandale Dr.<br>Urbandale, IA 50322 | Lease of copiers |
| Merchants Capital Resources, Inc.<br>7600 Parklawn Ave #384<br>Minneapolis, MN 55435 | Assignee of lease from Commerce Bank for all equipment under lease schedule No. 003 to Master Lease Agreement no. 1000879 dated July 14, 2008 |
| Mercy Clinics, Inc.<br>207 Crocker St., #200<br>Des Moines, IA 50309 | Lease between Foods, Inc. (lessor) and Mercy Clinics, Inc. (lessee) to establish a limited medical clinic within the store premises at 3425 Ingersoll Ave. |
| Mercy Clinics, Inc.<br>207 Crocker St., #200<br>Des Moines, IA 50309 | Lease between Foods, Inc. (lessor) and Mercy Clinics, Inc. (lessee) to establish a limited medical clinic within the store premises at 15500 W. Hickman Rd., Clive |
| Mercy Clinics, Inc.<br>207 Crocker St., #200<br>Des Moines, IA 50309 | Sublease to establish a limited medical clinic within the premises located at at 3330/3400 E 33rd St., Des Moines, Iowa |
| MetaBank<br>Attn: Troy Moore, COO<br>418 6th Ave #205<br>Des Moines, IA 50309 | Build to Suit Leasing Agreement with Foods, Inc., (Lessor) for banking facility located at 3425 Ingersoll, Des Moines, IA |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Foods, Inc.                                                                                      ,     Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dahl's Food Mart, Inc.<br>4343 Merle Hay Road<br>Des Moines, IA 50310 | Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 |
| Dahl's Holdings I, LLC<br>4343 Merle Hay Road<br>Des Moines, IA 50310 | Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave<br>Kansas City, KS 66106 |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re   Foods, Inc. _____    Case No. _____
                                    Debtor(s)          Chapter    11 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___69___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November  9, 2014 _____        Signature   /s/ Craig Moore _____
                                                        Craig Moore
                                                        CEO

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Southern District of Iowa

| In re | Foods, Inc. | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $183,222,503.00 | Gross sales for FYE Sept. 28, 2013 |
| $158,620,186.00 | Gross sales for FYE Sept. 27, 2014 |
| $12,112,130.70 | Gross sales from Sept. 28, 2014 - Nov. 6, 2014 |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

---

B7 (Official Form 7) (04/13)

2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Various food vendors | See SOFA Exhibit 3b | $18,662,496.90 | $4,842,508.57 |
| Great American Group, LLC<br>21860 Burbank Boulevard, Ste. 300 South<br>Woodland Hills, CA 91367 | Various since August 25, 2014, for liquidation of debtor's inventory | $199,154.72 | $33,852.26 |

**None**
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See SOFA Exhibit 3c | | $0.00 | $0.00 |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| David W. Sinnwell<br>v.<br>Foods, Inc. d/b/a Dahl's Foods<br><br>Case No. LACL 131368 | Breach of Contract | Polk County District Court Des Moines, Iowa | Pending |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                      3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Associated Wholesale Grocers, Inc. et al v. United Egg Producers, et al Case No. 10-CV-2171 | Violation of the Kansas Restraint of Trade Act | Wyandatte County District Court Kansas | Foods, Inc. dba Dahl's Foods was dismissed from the case |
| James A. Turner v. Foods, Inc. Case No. ICRC CP#05-12-62548, EEOC #26A-2012-00729C | Discrimination | ICRC and EEOC | Administrative closing; no further action taken by James Turner |
| Carol Moss v. Dahl's Food Mart, Inc. #C101314, ICRC CP#10-13-64979, EEOC#26A-2014-00111C | Discrimination | Des Moines Human Rights Commission | Unknown |
| Potential class-action interest in In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation USDC EDNY Case No. 05-md-01720 | Antitrust | U.S. District Court Eastern District New York | Litigation is pending; debtor may potentially participate in this class action litigation |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    4

None
■     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
      and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
      aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Roosevelt High School | | 10/12/13 | Football meal to team.  Value: $634.94 |
| Maple Street Missionary Baptist Church | | 11/9/2013 | Youth Department Dinner for Seniors.  Value: $783.87 |
| ZA GA ZIG Shrine Bowlers | | 12/07/2013 | Items for food baskets for needy in the metro.  Value: $289.00 |
| Maple Street Missionary Baptist | | 12/21/2013 | Fruit basket give away to families. Value: $345.54 |
| Unknown | | 1/04/2014 | Meat donation for chili dinner. Value: $242.52 |
| Unknown | | 03/01/2014 | Bakery donation for legislative day.  Value: $1,629.96 |
| Iowa Shrine All Star Football Game | | 04/12/2014 | Noon Meal on Media Day. Value: $2,219.48 |
| Iowa State Fair | | 08/05/2014 | Gift Cards for food department contest.  Value: $255.00 |

**8. Losses**

None
■     List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
      since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                5

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bradshaw Fowler Proctor & Fairgrave PC 801 Grand Ave Suite 3700 Des Moines, IA 50309 | 10/21/2014 | Retainer for attorney fees and costs of $100,000.00, of which $37,962.50 was paid for pre-petition attorney fees and $32.87 was paid for pre-petition costs; leaving $62,004.63 in trust for post-petition fees and costs |
| Thomas L. Flynn, Esq. Brick Gentry, P.C. 6701 Westown Parkway West Des Moines, IA 50266 | Over the past year | Attorney fees - $12,500.00 |
| Crowe & Dunlevy Law Firm c/o Roger Stong, Esq. Braniff Building 324 N. Robinson Ave, Suite 100 Oklahoma City, OK 73102 | Over the past year | Attorney fees - $16,000.00 |

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Conlin Development Group, L.L.C. Des Moines, IA 50309 None | November 17, 2012 | 3710 Hubbell Avenue Des Moines, Iowa $750,000.00 |
| PMR Realty Group, LLC None | June 19, 2014 | Vacant land 128th & Meredith Urbandale, Iowa and 12541 Meredith Drive Urbandale, Iowa $1,400,000.00 |
| Iowa Equity Exchange for Denny Elwell Family, L.C. 2401 SE Tones Dr., Ste. 17 Ankeny, IA 50021 None | July 1, 2014 | 1802 N. Ankeny Blvd. Ankeny, Iowa $3,783,000.00 |

B7 (Official Form 7) (04/13)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Penta Partners, LLC | July 2, 2014 | 1208 Prospect |
|  |  | West Des Moines, Iowa |
| None |  |  |
|  |  | and |
|  |  | 3121 Grand |
|  |  | Ames, Iowa |
|  |  | and |
|  |  | Vacant land |
|  |  | 15600 Hickman |
|  |  | Clive, Iowa |
|  |  | $2,950,000.00 |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Various Vendors | Incentives by vendors to reduce prices for a period of time, aka "Scan Money" | Varies |

**14. Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)                                                                                                          7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| DART (Des Moines Area Regional Transit)<br>620 Cherry St.<br>Des Moines, IA 50309-4530 | Bus passes<br>Value as of November 5, 2014<br>$28,152.50 | All store locations |
| Iowa Events Center<br>730 3rd St.<br>Des Moines, IA 50309 | Ticket sales for events around Des Moines<br>Value: $27,093.60 | All store locations |
| Victoria Cleaners | Dry cleaning services<br>Value: $28,976.17 | All store locations |
| Iowa Lottery<br>2323 Grand Ave.<br>Des Moines, IA 50312-5317 | Lottery ticket sales<br>Value: $-367.00 as of November 5, 2014 | All store locations; value changes daily as it is subject to ongoing lottery ticket consumer sales and winnings |
| DNR (Department of Natural Resources)<br>Wallace State Office Bldg<br>502 E. 9th St., 4th Floor<br>Des Moines, IA 50319-0034 | Fishing and hunting licenses<br>Value: $2,663.00 | All store locations |
| IOWA STATE FAIR<br>PO BOX 57130<br>DES MOINES, IA 50317 | Sales of Fair Tickets $125,348.00 | All store locations |

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1208 Prospect, West Des Moines, IA | Dahl's | |
| 1802 N. Ankeny Blvd, Ankeny, IA  50223 | Dahl's | |
| 3121 Grand Ave, Ames, IA  50010 | Dahl's | |
| 12541 Meredith Dr., Urbandale, IA | Dahl's | |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)                                                                                                    8

|  | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
|---|---|
| None ■ | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

|  | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|
| None ■ | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

|  | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|
| None ■ | |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

|  | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|
| None ☐ | |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Foods, Inc. dba Dahl's Foods | 42-0803702 | 4343 Merle Hay Rd. Des Moines, IA 50310 | Grocery stores | Ongoing |
| Dahl's Holdings I, LLC | 26-3377738 | 4343 Merle Hay Road Des Moines, IA 50310 | Subsidiary of debtor - holds one parcel of real estate | Ongoing |
| Dahl's Food Mart, Inc. | 42-1040714 | 4343 Merle Hay Road Des Moines, IA 50310 | Subsidiary of debtor - holds titles to all vehicles | Ongoing |

|  | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|
| None ■ | |

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                      9

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                    DATES SERVICES RENDERED
Gary Dean Longnecker, CFO

John Herold

Foods, Inc.                                                                         Monthly and ongoing
4343 Merle Hay Rd
Des Moines, IA 50312

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                           DATES SERVICES RENDERED
McGladrey LLP                     400 Locust St. Suite 640
                                  Des Moines, IA 50309

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS
Foods, Inc. dba Dahl's                              4343 Merle Hay Road
All available                                       Des Moines, IA 50310

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED
Wells Fargo Bank                                    Yearly
666 Walnut St.
PO Box 837
Des Moines, IA 50304

United Missouri Bank                                Yearly
1010 Grand Blvd.
Kansas City, MO 64106

Commerce Bank                                       Yearly
1000 Walnut St.
Kansas City, MO 64106

GE Capital Solutions                                Yearly
4401 Westown Pkwy.
West Des Moines, IA 50266

Associated Wholesale Grocers, Inc.                  Yearly
5000 Kansas Ave.
Kansas City, KS 66110-2932

B7 (Official Form 7) (04/13)                                                                                                     10

### 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Monthly for perishable departments, quarterly for non perishable departments | Various supervisors | Various |

None ☐  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Monthly for perishable departments, quarterly for non perishable departments | Foods, Inc. dba Dahl's 4343 Merle Hay Road Des Moines, IA 50310 |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Craig Moore | CEO/Director | |
| Gary Dean Longnecker | CFO/Director | |
| Tim Davis | Vice President/Director | Less than 5% |
| Kenny Kane | Director | Less than 5% |
| David Wilson | Director | Less than 5% |
| David Wilkerson | Director | |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| David Sinnwell | CEO/Director | 3/24/2014 |

B7 (Official Form 7) (04/13)                                                                                                11

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Mark Brase | President/Director | 6/18/2014 |
| Richard Rissman | Director | 6/6/2014 |
| Michael Hoffman | Director | 5/29/2014 |
| Marilyn Aldridge | Director | 7/12/2014 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See SOFA Exhibit 23 | | |

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Foods, Inc. | 42-0803702 |

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Dahl's 401(k) Plan | 42-0803702 |
| Dahl's Employee Stock Ownership Plan | 26-0049888 |

* * * * * *

B7 (Official Form 7) (04/13)

12

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   November  9, 2014                            Signature    /s/ Craig Moore
                                                                  Craig Moore
                                                                  CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Southern District of Iowa

In re    Foods, Inc.                                     ,    Case No. _____

Debtor                                   Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Marilyn J. Aldrich<br>4710 63rd Street<br>Urbandale, IA 50322 | Equity | 13,500 | Stock |
| Mark A. Brase<br>12822 Sunset Terrace Dr.<br>Clive, IA 50325 | Equity | 36,500 | Stock |
| Lillian Alice Crusan<br>6221 Sherrick Avenue<br>Des Moines, IA 50322 | Equity | 6,500 | Stock |
| Timothy G. Davis<br>4505 Colt Drive<br>West Des Moines, IA 50265 | Equity | 700 | Stock |
| ESOP/401K Trusts | Equity | 5,500,000 | Stock |
| Katherine M. Frame<br>14 Arrowhead Drive<br>Palm Coast, FL 32137 | Equity | 2,300 | Stock |
| John P. Herold<br>4231 64th Street<br>Urbandale, IA 50322 | Equity | 1,000 | Stock |
| Michael R. Hixson<br>6901 SE 14th St., Apt. #116<br>Des Moines, IA 50320 | Equity | 1,000 | Stock |
| Michael J. Hoffman<br>913 Adair Street<br>De Soto, IA 50069 | Equity | 3,000 | Stock |
| Kenneth Kane<br>2013 61st Street<br>Urbandale, IA 50322 | Equity | 500 | Stock |
| Larry Keleher<br>6695 Nokomis Circle<br>Colorado Springs, CO 80915 | Equity | 600 | Stock |

   1    continuation sheets attached to List of Equity Security Holders

In re    Foods, Inc.                              ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert R. Keleher<br>39554 Yuba Court<br>Fremont, CA 94538 | Equity | 600 | Stock |
| Donald W. Mark<br>5748 Linden Court<br>Johnston, IA 50131 | Equity | 21,000 | Stock |
| Joseph A. McDonald<br>1404 7th Avenue SE<br>Altoona, IA 50009 | Equity | 1,000 | Stock |
| Loyd Nickel<br>1221 Skylane Drive<br>Norwalk, IA 50211 | Equity | 750 | Stock |
| Non-Voting Stock | Equity | 10,000 | Stock |
| Jason Polich<br>101 Cyclone Lane<br>Madrid, IA 50156 | Equity | 200 | Stock |
| Richard S. Rissman<br>7908 Maple Drive<br>Urbandale, IA 50322 | Equity | 9,000 | Stock |
| Douglas L. Schreck<br>1545 Beaver Avenue<br>Des Moines, IA 50310 | Equity | 1,500 | Stock |
| David W. Sinnwell<br>7080 Forest Drive<br>Johnston, IA 50131 | Equity | 65,000 | Stock |
| David S. Wilson<br>4509 88th Street<br>Urbandale, IA 50322 | Equity | 3,338 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ November  9, 2014 _____        Signature _/s/ Craig Moore _____

                                                        Craig Moore<br>
                                                        CEO

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Iowa

In re   Foods, Inc. _____   Case No. _____

                                Debtor(s)   Chapter   11

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of   23   pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   November  9, 2014 _____        /s/ Craig Moore _____
                                               Craig Moore/CEO
                                               Signer/Title

VER_MTRX (Rev. 04/00)

ACCENT TAG & LABEL INC
2201 RITTENHOUSE STREET
DES MOINES, IA 50321

ADHESIVE LABEL
2916 NEVADA AVE. NORTH
NEW HOPE, MN 55427

ADO-IMPORT
4312 68TH STREET
URBANDALE, IA 50322

ADP INC.
PO BOX 0500
CAROL STREAM, IL 60132

ADVANCED SURFACES
950 OFFICE PARK ROAD SUITE 131
WEST DES MOINES, IA 50265

ADVANTAGE TAPE ADVERTISING INC
7400 METRO BLVD STE. 220
EDINA, MN 55439

AGELITY INC.
115 BROAD HOLLOW RD STE 325
MELVILLE, NY 11747

AIR FILTER SALES & SERVICE INC
108 SE 4TH STREET
DES MOINES, IA 50309

AIRGAS CARBONIC/DRY ICE
PO Box 951873
Dallas, TX 75395-1873

AIRGAS USA LLC
PO BOX 802576
CHICAGO, IL 60680-2576

Marilyn J. Aldrich
4710 63rd Street
Urbandale, IA 50322

ALLIANCE HARSHA ADVERTISING
306 NORTHCREEK BLVD
GOODLETTSVILLE, TN 37072

ALLIED CONSTRUCTION SERVICES
P.O. BOX 937
DES MOINES, IA 50304

ALTOONA HERALD
P.O. BOX 957
DES MOINES, IA 50304

AMERICAN BOTTLING CO
23214 NETWORK PLACE
CHICAGO, IL 60673

AMERIGAS-BAXTER IA
PO BOX 371473
PITTSBURGH, PA 15250-7473

AMES LOCK & SECURITY
507 MAIN STREET SUITE 2
AMES, IA 50010-6078

CITY OF AMES
CITY CLERKS OFFICE
P.O. BOX 811
AMES, IA 50010

ANDA INC.
P.O. BOX 930219
ATLANTA, GA 31193-0219

ANDERSON/ERICKSON DAIRY INC.
2420 EAST UNIVERSITY AVE
DES MOINES, IA 50317

ARAMARK UNIFORM SERVICES INC.
26667 NETWORK PLACE
CHICAGO, IL 60673-1266

ARCTIC GLACIER USA INC.
PAYMENT PROCESSING CENTER
PO BOX 856530
MINNEAPOLIS, MN 55485

Associated Wholesale Grocers, Inc.
5000 Kansas Ave
Kansas City, KS 66106

Associated Wholesale Grocers, Inc.
c/o Mark Benedict, Esq.
Husch Blackwell
4801 Main St., Ste. 1000
Kansas City, MO 64112

ATEB INC.
P.O. BOX 890231
CHARLOTTE, NC 28289

ATLANTIC BOTTLING COMPANY
P.O. BOX 110
ATLANTIC, IA 50022

ATLANTIC PRESCRIPTION SERVICES
PO BOX 24279
WINSTON SALEM, NC 27114

AUTOMATIC DOOR GROUP INC.
6200 THORNTON AVENUE SUITE 190
DES MOINES, IA 50321

BAKERY N LLC
2712 DOUGLAS AVE
DES MOINES, IA 50310

BANKERS LEASING COMPANY
PO BOX 7740
URBANDALE, IA 50323

BATTERIES INCLUDED
P.O. BOX 264
SWISHER, IA 52338

BEATTIE PRODUCE
11961 S.E. 36TH AVENUE
RUNNELLS, IA 50237

BERRES BROTHERS COFFEE
P.O. BOX 578
WATERTOWN, WI 53094

BILL DORAN COMPANY
619 WEST JEFFERSON STREET
ROCKFORD, IL 61103

BIMBO FOODS INC.
PO BOX 643544
PITTSBURGH, PA 15264-3544

BIO SCRIP
10050 CROSSTOWN CIRCLE STE 300
EDEN PRAIRIE, MN 55344

BISHOP ENGINEERING
3501 104TH STREET
DES MOINES, IA 50322

BLUE RHINO CORPORATION
P.O. BOX 281956
ATLANTA, GA 30384-1956

BOB BROWN CHEVROLET
3600 111TH ST
URBANDALE, IA 50322

BOETJE FOODS INC
2736 12TH ST
ROCK ISLAND, IL 61201

Mark A. Brase
12822 Sunset Terrace Dr.
Clive, IA 50325

BULLMOOSE BAKERY SUPPLIES
PO BOX 1312
DES MOINES, IA 50305

BURTEK DRY ICE LLC
PO BOX 27
ALTOONA, IA 50009

Cable Tech, Inc.
16185 Laurel St.
Waukee, IA 50263

CAPITAL CITY EQUIPMENT CO
5461 NW 2ND STREET
DES MOINES, IA 50313

CAPITAL SANITARY SUPPLY CO INC
P.O. BOX 41310
DES MOINES, IA 50311

CARBON'S GOLDEN MALTED
PO BOX 71
BUCHANAN, MI 49107

CENTRO GA HAYMARKET SQUARE
C/O CENTRO GA WATERBURY
PO BOX 713465
CINCINNATI, OH 45271-3465

Centro GA Haymarket Square LLC
C/O Centro GA Waterbury
PO Box 713465
Cincinnati, OH 45271-3465

CENTURYLINK
PO BOX 91154
SEATTLE, WA 98111-9254

CENTURYLINK
P.O. BOX 29080
PHOENIX, AZ 85038

CENTURYLINK
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072-2187

CHESTNUT SIGNS
9714 NE BROADWAY AVE
DES MOINES, IA 50313

CHOCOLATERIE STAM
2901 BELL AVE
DES MOINES, IA 50321

CISCO SYSTEMS CAPITAL CORP
P.O. BOX 742927
LOS ANGELES, CA 90074

Cisco Systems Capital Corporation
7025-3 Kit Creek Road
Durham, NC 27709-4987

CITY OF CLIVE
1900 NW 114TH ST
Clive, IA 50325

CLS DISTRIBUTORS LLC
1017 54TH ST
WEST DES MOINES, IA 50266

CO2 TECHNOLOGIES
10625 JUSTIN DRIVE
URBANDALE, IA 50322

COLOR FX LLC
ACCOUNTS RECEIVABLE
P.O. BOX 3538
URBANDALE, IA 50323

Commerce Bank
1000 Walnut St. (BB17-3)
Kansas City, MO 64106

Commerce Bank
PO Box 11309
Saint Louis, MO 63105

COMMUNITY GREETINGS
P.O. BOX 128
GRIMES, IA 50111

CONTINUUM RETAIL ENERGY SRVCS
POB 26706 SECTION 4133
OKLAHOMA CITY, OK 73126

Lillian Alice Crusan
6221 Sherrick Avenue
Des Moines, IA 50322

CRYSTAL CLEAR WATER COMPANY
3717 DELAWARE AVENUE
DES MOINES, IA 50313

CUSTOMIZED RETAIL SOLUTIONS
1640 N. CORRINGTON AVE
KANSAS CITY, MO 64120

Dahl's Food Mart, Inc.
4343 Merle Hay Road
Des Moines, IA 50310

DAKOTA DRUG INC.
PO BOX 5009
MINOT, ND 58702

DAKOTA NEWS INC.
P.O. BOX 88020
SIOUX FALLS, SD 57109

DAKOTA SECURITY
201 SE SHURFINE DR #3
ANKENY, IA 50021

DAVE TANNER DISTRIBUTING LLC
20551 HWY 92
ACKWORTH, IA 50001

Timothy G. Davis
4505 Colt Drive
West Des Moines, IA 50265

DEJONG GREENHOUSES
PO BOX 28
PELLA, IA 50219

DEJONG HARDWARE
1126 MAIN STREET
HULL, IA 51239

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 802816
CHICAGO, IL 60680

Des Moines Area Regional Transit Auth.
620 Cherry St.
Des Moines, IA 50309-4530

DES MOINES BACON COMPANY
26511 PRAIRIE CIRCLE
ADEL, IA 50003

DES MOINES FEED COMPANY
2010 HUBBELL AVENUE
DES MOINES, IA 50317

DES MOINES STAMP MFG. COMPANY
P.O. BOX 1798
DES MOINES, IA 50306

DES MOINES WATER WORKS
2201 GEORGE FLAGG PKWY
DES MOINES, IA 50321

CITY OF DES MOINES
CITY CLERK
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309

City of Des Moines
Treasurers Office
PO Box 1633
Des Moines, IA 50306-1633

DESIGN DESIGN INC
19 LA GRAVE
GRAND RAPIDS, MI 49503

Diversified Distributing
1055 SE 28th
Grimes, IA 50111

DM MERCHANDISING, INC
835 N CHURCH COURT
ELMHURST, IL 60126

Doll Distributing LLC
1901 Dewolf
Des Moines, IA 50316

DOOR COUNTY COFFEE & TEA CO.
PO BOX 638
STURGEON BAY, WI 54235

Doors, Inc.
300 SW 6th St.
Des Moines, IA 50309

DR MYCOMMERCE, INC
10380 BREN ROAD WEST
MINNETONKA, MN 55343

DUERSON CORPORATION
601 1ST AVE N
ALTOONA, IA 50009

DUPEY EQUIPMENT COMPANY
2048 NW 92ND CT.
CLIVE, IA 50325

EARTHGRAINS BAKING COMPANIES
P.O. BOX 842437
BOSTON, MA 02284-2437

EBERT HONEY
14808 S. 102ND AVE. E.
LYNNVILLE, IA 50153

EMBASSY CLUB
666 GRAND AVE FLOORS 33-34
DES MOINES, IA 50309

EMC RISK SERVICES INC.
P.O. BOX 9399
DES MOINES, IA 50306-9399

EMDEON LOCKBOX
PO BOX 572490
MURRAY, UT 84157-2490

ENTERPRISE FM TRUST
ENTERPRISE FLEET MNGMNT
P.O. BOX 800089
KANSAS CITY, MO 64180

ET VIDEO INC
P.O. BOX 327
COON RAPIDS, IA 50058

F & A FOOD SALES INC
PO BOX 651
CONCORDIA, KS 66901

FARMER BROTHERS COFFEE
PO BOX 934237
ATLANTA, GA 31193-4237

Farmers Best Gourmet Popcorn
3155 Norridge Ave.
Rockwell City, IA 50579

FARNER-BOCKEN CO.
P.O. BOX 368
CARROLL, IA 51401

FEDEX
P.O. BOX 94515
PALATINE, IL 60094

FERRELLGAS
P.O. BOX 173940
DENVER, CO 80217-3940

FESSLER CARBONIC GAS COMPANY
2012 E OVID
DES MOINES, IA 50313

FLAVORX INC.
PO BOX 890855
CHARLOTTE, NC 28289-0855

FMS Solutions, Inc.
8028 Ritchie Hwy Suite 212
Pasadena, MD 21122

Ford Building, LLC
5700 University Ave Suite 2200
West Des Moines, IA 50266

Katherine M. Frame
14 Arrowhead Drive
Palm Coast, FL 32137

FRIEDRICHS COFFEE
2781 99TH STREET
URBANDALE, IA 50322

FRITO-LAY INC.
PO BOX 300025
DULUTH, GA 30096

FROM THE EARTH FARM
27746 130TH STREET
WOODWARD, IA 50276

G & K SERVICES
7813 SOLUTION CENTER
CHICAGO, IL 60677-7008

GATEWAY MARKET
2002 WOODLAND AVE.
DES MOINES, IA 50312

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

GE Capital Commercial, Inc.
PO Box 644648
Pittsburgh, PA 15219-4648

GENEVA FOODS LLC
2664 JEWETT LANE
SANFORD, FL 32771

GLAZER'S WHOLESALE
4377 NW 112TH STREET
URBANDALE, IA 50322

GLOBAL SPECTRUM
IOWA EVENTS CENTER
730 3RD STREET
DES MOINES, IA 50309

GLOBAL WINES IOWA
2908 OLD ORCHARD RD NE
CEDAR RAPIDS, IA 52402

GOJI GOURMET
PO BOX 12094
DES MOINES, IA 50312

GOODWIN TUCKER GROUP
P.O. BOX 3285
DES MOINES, IA 50316-0285

Grayslake Eastwood, LLC
Eastwood Investors, LLC
1901 Avenue of the Stars, Suite 820
Los Angeles, CA 90067

Graziano Brothers, Inc.
1601 Union
Des Moines, IA 50315

Great American Group
9 Parkway North, Suite 300
Deerfield, IL 60015

HALLMARK MARKETING CO. LLC
P.O. BOX 73642
CHICAGO, IL 60673-7642

The Hartford Group Benefits
PO Box 25944
Overland Park, KS 66225

HEARTLAND CREAMERY
RR 1 BOX 78A
NEWARK, MO 63458

HEARTLAND FLAGPOLES
3719 S.W. 9TH ST SUITE 2
DES MOINES, IA 50315

John P. Herold
4231 64th Street
Urbandale, IA 50322

HILAND DAIRY
P.O. BOX 3825
OMAHA, NE 68103

Michael R. Hixson
6901 SE 14th St., Apt. #116
Des Moines, IA 50320

HOBART SERVICE
ITW FOOD EQUIPMENT GROUP
PO BOX 2517
CAROL STREAM, IL 60132

Michael J. Hoffman
913 Adair Street
De Soto, IA 50069

HOLIDAY INN HOTEL/SUITES NW
4800 MERLE HAY RD.
DES MOINES, IA 50322

HOLMES MURPHY
3001 WESTOWN PARKWAY
WEST DES MOINES, IA 50266

HOODZ OF CENTRAL IOWA
5327 NW 2ND ST
DES MOINES, IA 50313

CARLA J HORNER
GRAPHIC DESIGNER
2401 MARION ST
DES MOINES, IA 50321

HTP Pharmaceuticals
8131 University Blvd
Clive, IA 50325

HUSSMANN SERVICES CORP.
26372 NETWORK PLACE
CHICAGO, IL 60673-1263

IMAGE SOLUTIONS
301 EAST COURT AVE
DES MOINES, IA 50309

IOWA AUDIO VIDEO
1510 NW 86TH STREET
CLIVE, IA 50325

IOWA BASKETBALL LLC
730 3RD ST
DES MOINES, IA 50309

IOWA BEER & LIQUOR CONTROL
Iowa Alcoholic Beverage Division
1918 SE Ponds Edge Lane
Ankeny, IA 50021

IOWA BEVERAGE SYSTEMS
2115 NORTHEAST 58TH AVE
DES MOINES, IA 50313

IOWA CHOICE HARVEST
P.O. BOX 812
MARSHALLTOWN, IA 50158

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

IOWA DES MOINES SUPPLY INC.
1680 GUTHRIE AVE
DES MOINES, IA 50316

Iowa Pharmacy Association
8515 Douglas Suite 16
Urbandale, IA 50322

IOWA SUN CONTROL INC
2721 99TH STREET
URBANDALE, IA 50322

IOWA WATER MANAGEMENT CORP
P.O. BOX 157
MEAD, NE 68041

J&B GROUP
NW 6090
PO BOX 1450
MINNEAPOLIS, MN 55485

JACK GUTTMAN INC.
DBA BAKERY CRAFTS
P O BOX 37
WEST CHESTER, OH 45071

JASPER WINERY
2400 GEORGE FLAGG PARKWAY
DES MOINES, IA 50321

JELLY BELLY CANDY COMPANY
P.O. BOX 742799
LOS ANGELES, CA 90074

JL CREATIONS
5205 LAKELAND AVE N
CRYSTAL, MN 55429

JOHNSON BROTHERS WINE CO.
2515 DEAN AVE.
DES MOINES, IA 50317

JOHNSTON LIONS CLUB
PO BOX 52
JOHNSTON, IA 50131

JUST TOMATOES COMPANY
P.O. BOX 807
WESTLEY, CA 95387

Kenneth Kane
2013 61st Street
Urbandale, IA 50322

KECK, INC.
501 S.W. 7TH ST SUITE D
DES MOINES, IA 50309

KEHE DISTRIBUTORS
TREE OF LIFE
24973 NETWORK PLACE
CHICAGO, IL 60673

Larry Keleher
6695 Nokomis Circle
Colorado Springs, CO 80915

Robert R. Keleher
39554 Yuba Court
Fremont, CA 94538

KELLOGG'S SNACKS
25714 NETWORK PLACE
CHICAGO, IL 60673-1257

KNESS MANUFACTURING CO. INC.
P.O. BOX 70
ALBIA, IA 52531

KOEHLER & DRAMM
2407 E. HENNEPIN
MINNEAPOLIS, MN 55413

La Casa Ltd.
4914 Dolphin Dr. SE Unit B
Iowa City, IA 52240

LA RUE COFFEE
P.O. BOX 451119
OMAHA, NE 68145-6119

LATHROP & GAGE
2345 GRAND BOULEVARD
KANSAS CITY, MO 64108

LAWSON ENTERPRISES, INC
4910 URBANDALE AVE SUITE 303
DES MOINES, IA 50310

LEANIN' TREE INC.
P.O. BOX 9500W
BOULDER, CO 80301

LEVEL 10
820 NORTH 20TH AVENUE
HIAWATHA, IA 52233

LEWRIGHT MEATS INCORPORATED
108 NORTH IOWA
EAGLE GROVE, IA 50533

LIFEPICS
5777 CENTRAL AVE SUITE 120
BOULDER, CO 80301

M & M SALES COMPANY
4201 NW URBANDALE DR
URBANDALE, IA 50322-7916

MADISON COUNTY WINERY
4507 98TH STREET
URBANDALE, IA 50322

MAMA BOSSO PIZZA
507 34TH AVENUE
ROCK ISLAND, IL 61201

MARIPOSA FARMS INC.
4351 32ND STREET
GRINNELL, IA 50112

Donald W. Mark
5748 Linden Court
Johnston, IA 50131

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604

MARTIN BROS. DISTRIBUTING CO
PO BOX 69
CEDAR FALLS, IA 50613

Mayflower Distributing co.
1155 Medallion Dr.
Saint Paul, MN 55120

Joseph A. McDonald
1404 7th Avenue SE
Altoona, IA 50009

McGladrey, LLP
5155 Paysphere Circle
Chicago, IL 60674

MCS TRUCKING LLC
1600 GUTHRIE AVE
DES MOINES, IA 50316-1874

MCWILLIAMS APPLE ORCHARD
9773 NE 158TH AVENUE
MAXWELL, IA 50161

Merchants Capital Resources, Inc.
7600 Parklawn Ave #384
Minneapolis, MN 55435

MERCK SHARP & DOHME CORP
PO BOX 5254
CAROL STREAM, IL 60197

Mercy Clinics, Inc.
207 Crocker St., #200
Des Moines, IA 50309

MetaBank
Attn: Troy Moore, COO
418 6th Ave #205
Des Moines, IA 50309

MICHAEL FOODS INC
27890 NETWORK PLACE
CHICAGO, IL 60673

MID AMERICAN ENERGY COMPANY
P.O. BOX 8020
DAVENPORT, IA 52808

MID-IOWA SOLID WASTE EQUIP CO.
5105 N.W. BEAVER DRIVE
JOHNSTON, IA 50131

MIDWEST AUTOMATIC
FIRE SPRINKLER COMPANY
2001 DEWOLF STREET
DES MOINES, IA 50316-2761

MIDWEST BEST WATER INC.
P.O. BOX 270743
ST PAUL, MN 55127

MIDWEST CARWASH SYSTEMS
1201 2ND AVENUE
MARION, IA 52302

MIDWEST L & I INC
8929 ASHWORTH RD
WEST DES MOINES, IA 50266

Midwest Solid Waste, Inc.
221 SE Magazine Rd.
PO Box 487
Ankeny, IA 50021

MILLER'S SPREADS
c/o JOSEPH OVERHOLT
1026 ORANGE AVE.
KALONA, IA 52247

MISSION FOODS
P.O. BOX 843781
DALLAS, TX 75284-3781

MONDELEZ GLOBAL LLC
PO BOX 70064
CHICAGO, IL 60673-0064

NATIONAL HEALTH INFO NETWORK
DEPT 0494
P.O. BOX 120494
DALLAS, TX 75312-0494

NELSON ELECTRIC
239 S BELL AVENUE
AMES, IA 50010

NESTLE DSD
3852 COLLECTIONS CNTR DR
CHICAGO, IL 60693

NETHERLAND BULB COMPANY
13 MCFADDEN RD
EASTON, PA 18045

Loyd Nickel
1221 Skylane Drive
Norwalk, IA 50211

Office Depot
PO Box 88040
Chicago, IL 60680-1040

OLD DUTCH FOODS INC.
P.O. BOX 64627
ST PAUL, MN 55164

ONNEN COMPANY
P.O. BOX 3720
DES MOINES, IA 50323-0720

ORGILL INC
PO BOX 1000--DEPT 7
MEMPHIS, TN 38148

PAN-O-GOLD BAKING CO. ST CLOUD
P.O. BOX 848
ST CLOUD, MN 56302-0848

PARMED PHARMACEUTICALS INC.
P.O. BOX 90272
CHICAGO, IL 60696-0272

PASQUALE'S FOOD SERVICE INC.
611 NORTH 13TH STREET
HUMBOLDT, IA 50548

PAYNE PUBLISHERS
8707 EAST QUARRY ROAD
MANASSAS, VA 20110

PDX INC.
DEPT 0494
P.O. BOX 120494
DALLAS, TX 75312-0494

Penske Truck Leasing Co. LP
PO Box 802577
Chicago, IL 60680-2577

Penta Partners, LLC
5700 University Suite 220
West Des Moines, IA 50266

PEPPERIDGE FARM INCORPORATED
P.O. BOX 640758
PITTSBURGH, PA 15264

PEPSI
LOCKBOX# 75948
CHICAGO, IL 60675-5948

PERISHABLE DIST. OF IOWA LTD.
2741 S.E. PDI PLACE
ANKENY, IA 50021

PICKET FENCE CREAMERY
14583 S AVE
WOODWARD, IA 50276

PIKE MECHANICAL
111 S.E. 7TH ST
DES MOINES, IA 50309

Jason Polich
101 Cyclone Lane
Madrid, IA 50156

Polk County Treasurer
111 Court Ave.
Des Moines, IA 50309-2298

PRAIRIE CAPITAL ADVISORS INC.
ONE MID AMERICA PLAZA SUITE 1000
OAKBROOK TERRACE, IL 60181

PRAIRIE MEADOWS
P.O. BOX 1000
ALTOONA, IA 50009

PREMIER A&B SERVICES
P.O. BOX 3348
DES MOINES, IA 50316

PRINCIPAL FINANCIAL GROUP
P.O. BOX 777
DES MOINES, IA 50303

PRODUCE LTD.
2644 MERINO AVENUE
OSKALOOSA, IA 52577

Professional Fiduciary Service
111 E. Kilbourn Ave Ste 1600
Milwaukee, WI 53202

PROMEX LTD
5001 SOUTH 36TH STREET
OMAHA, NE 68107

PUGS INC.
215 North 1800 West
Lindon, UT 84042

R.U.NUTS
134 HARWOOD CT
LINCOLN, NE 68502

RASH PRO
P.O. BOX 37315
DES MOINES, IA 50315

RGIS
P.O. BOX 77631
DETROIT, MI 48277

RICHTMAN'S PRINTING
5150 PARK AVENUE
DES MOINES, IA 50321-1247

Richard S. Rissman
7908 Maple Drive
Urbandale, IA 50322

ROCHESTER ARMORED CAR CO. INC
PO BOX 8 - DTS
OMAHA, NE 68101

ROTELLA'S ITALIAN BAKERY
6949 SO. 108TH STREET
LA VISTA, NE 68128

RUG DOCTOR
P.O. BOX 849958
DALLAS, TX 75284

RUSS DAVIS WHOLESALE INC
266 4TH STREET NE
WADENA, MN 56482

RUSSELL STOVER CANDIES
P.O. BOX 802231
KANSAS CITY, MO 64180

RYKO SOLUTIONS INC
3217 MOMENTUM PLACE
CHICAGO, IL 60689-5332

SACKS
120 W SHAW #29
OSCEOLA, IA 50213

SANTA MARIA WINERY
208 W. 6TH STREET
CARROLL, IA 51401

Douglas L. Schreck
1545 Beaver Avenue
Des Moines, IA 50310

SCHWAN'S CONSUMER BRANDS
P.O. BOX 532066
ATLANTA, GA 30353

SENECA COMPANIES
P.O. BOX 3360
DES MOINES, IA 50316

SHANKS WINDOW CLEANING
P.O. BOX 110
JOHNSTON, IA 50131

SHEEDER CLOVERLEAF DAIRY LLC
1665 210th STREET
GUTHRIE CENTER, IA 50115

SHRED-IT USA INC
D/B/A SHRED-IT DES MOINES
2101 DIXON ST
DES MOINES, IA 50316

SHULLSBURG CREAMERY II, LLC
PO BOX 398
SHULLSBURG, WI 53586

David W. Sinnwell
7080 Forest Drive
Johnston, IA 50131

SMITH'S SEWER SERVICE INC.
P.O. BOX 351
JOHNSTON, IA 50131

SPARBOE FARMS INC
P.O. BOX 309
LITCHFIELD, MN 55355

SPECK PLUMBING INC
1805 E LINCOLNWAY
AMES, IA 50010

SPRINGER PEST SOLUTIONS
1320 N.E. 60TH AVE
DES MOINES, IA 50313

STAPLES PRINT SOLUTIONS
PO BOX 71805
CHICAGO, IL 60694

STONE CITY DISTRIBUTION
23989 RIDGE ROAD
ANAMOSA, IA 52205

STONE CLIFF WINERY
600 STAR BREWERY DR
DUBUQUE, IA 52001

STONEHOUSE MARKETING SVCS.
P.O. BOX 6138
NORMAN, OK 73070

STONEWALL KITCHEN
2 STONEWALL LANE
YORK, ME 03909

STOREY-KENWORTHY COMPANY
309 LOCUST
DES MOINES, IA 50308

STRATEGIC CUSTOM SOLUTIONS
7825 WASHINGTON AVE SUITE 450
MINNEAPOLIS, MN 55439

STRAUSS LOCK COMPANY
PO BOX 42367
URBANDALE, IA 50323

Summerset Winery
15101 Fairfax
Indianola, IA 50125

SUPER LUBE SERVICE CENTER
5358 MERLE HAY ROAD
JOHNSTON, IA 50131

SUPERIOR LIGHTING INC.
2121 SOUTH 24TH STREET
OMAHA, NE 68108

SWEET HONEY
PO BOX 7512
URBANDALE, IA 50323

TASSEL RIDGE WINERY
1681 220TH STREET
LEIGHTON, IA 50143

TASTE OF PELLA DISTRIBUTING
632 228TH PL.
PELLA, IA 50219

TASTES OF BRASIL, LLC
5707 WENTWORTH
JOHNSTON, IA 50131

Taylor Industries, Inc.
2392 Collection Ctr. Dr.
Chicago, IL 60693-2392

TELESUPPORT INC.
660 N.E. 54TH AVE
DES MOINES, IA 50313

TESDELL ELECTRIC LTD.
1514 NE 69 PL
ANKENY, IA 50021

THRIFTY WHITE PHARMACY
6055 Nathan Lane N. Suite 2000
Minneapolis, MN 55442

TIGER DIRECT INC
PO BOX 935313
ATLANTA, GA 31193-5313

TOMRA OF NORTH AMERICA
PO BOX 200192
PITTSBURGH, PA 15251-0192

TOPLINE - IOWA
BOX 337
HERMITAGE, TN 37076

TRES MENTES
P.O. BOX 794
GRIMES, IA 50111

TRUGREEN CHEMLAWN
ATTN: JESSI IVERSON
301 SW ORALABOR ROAD
ANKENY, IA 50023

TRUSTWAVE HOLDINGS INC.
75 REMITTANCE DRIVE SUITE 6000
CHICAGO, IL 60675

TWO POINT CONVERSIONS, INC
1820 W WEBSTER SUITE 450
CHICAGO, IL 60614

TYCO INTEGRATED SECURITY
PO BOX 371994
PITTSBURGH, PA 15250-7994

United Healthcare Ins. Co.
22561 Network Place
Chicago, IL 60673-1225

US CELLULAR
DEPT 0205
PALATINE, IL 60055-0205

VAXSERVE
12566 COLLECTIONS CENTER DR
CHICAGO, IL 60693

VERENA STREET COFFEE COMPANY
10529 HIGHWAY 52N
DUBUQUE, IA 52001

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002

VICTORIA DRY CLEANING
2164 NW 108TH STREET
DES MOINES, IA 50325

VITAL SUPPORT SYSTEMS LLC
11191 AURORA AVENUE
URBANDALE, IA 50322

VOSS DISTRIBUTING LLC.
5109 NE 17TH STREET
DES MOINES, IA 50313

WASTE MANAGEMENT OF IOWA
PO BOX 9001797
LOUISVILLE, KY 40290-1797

WEST DES MOINES WATER WORKS
P.O. BOX 402002
DES MOINES, IA 50940

David S. Wilson
4509 88th Street
Urbandale, IA 50322

# United States Bankruptcy Court
## Southern District of Iowa

In re   Foods, Inc.                                                     Case No.

                                          Debtor(s)          Chapter      11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Foods, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  9, 2014                           /s/ Jeffrey D. Goetz
Date                                        Jeffrey D. Goetz
                                            Signature of Attorney or Litigant
                                            Counsel for   Foods, Inc.
                                            Bradshaw, Fowler, Proctor & Fairgrave PC
                                            801 Grand Avenue,  Suite 3700
                                            Des Moines, IA 50309-8004
                                            515-243-4191 Fax:515-246-5808