## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Case No.: 14-02689-11 |
| ) | Affiliated Case Nos: 14-02690 & 14-02691 |
| **FOODS, INC. dba DAHL'S FOODS,** ) | |
| ) | Chapter 11 |
| Debtor and Debtor in Possession. ) | |
| ) | Hon. |
| 4343 Merle Hay Road ) | |
| Des Moines, IA  50310 ) | ***FIRST DAY MOTION*** |
| ) | |
| EIN: 42-0803702 ) | ***EX PARTE* MOTION FOR JOINT** |
| ) | **ADMINISTRATION OF ESTATES** |
| ) | |
| _____ ) | No Hearing Set |

COMES NOW Foods, Inc. dba Dahl's Foods, the Debtor and Debtor in Possession herein, by and through its proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and hereby respectfully files the instant *Ex Parte* Motion for Joint Administration of Chapter 11 Estates and would show this Honorable Court as follows:

1. On November 9, 2014, Foods, Inc. dba Dahl's Foods ("Dahl's"), incorporated and duly authorized to do business in the State of Iowa, filed its voluntary petition under Chapter 11 of the Bankruptcy Code, which case is now pending before this Court as Case No.14-02689-11, and in which the Debtor is duly operating as a Debtor in Possession, pursuant to Bankruptcy Sections 1107 and 1108.

2. On November 9, 2014, Dahl's Holdings I, LLC, wholly owned by Foods, Inc., organized and duly authorized to do business in the State of Iowa, filed its voluntary petition under Chapter 11 of the Bankruptcy Code, which case is now pending before this Court as Case No. 14-02691-11, and in which the Debtor is duly operating as a Debtor in Possession, pursuant to

Bankruptcy Sections 1107 and 1108. Dahl's Holdings I, LLC, owns one parcel of real estate, which is subject to a lease agreement with its parent corporation, Foods, Inc. dba Dahl's Foods.

3. On November 9, 2014, Dahl's Food Mart, Inc. wholly owned by Foods, Inc., organized and duly authorized to do business in the State of Iowa, filed its voluntary petition under Chapter 11 of the Bankruptcy Code, which case is now pending before this Court as Case No. 14-02690-11, and in which the Debtor is duly operating as a Debtor in Possession, pursuant to Bankruptcy Sections 1107 and 1108. Dahl's Food Mart, Inc. holds title to all the vehicles which are driven by officers and directors of its parent corporation, Foods, Inc. dba Dahl's Foods.

4. The above-stated Chapter 11 cases are substantially related in that Craig Moore is the CEO of Foods, Inc. dba Dahl's Foods; and Foods, Inc. wholly owns each of the three entities, and therefore there is a common ownership between Foods, Inc.; Dahl's Food Mart, Inc.; and Dahl's Holdings I, LLC.

5. Collectively, Foods, Inc., Dahl's Food Mart, Inc., and Dahl's Holdings, LLC, all involve property used in retail grocery operations, either directly or through leases to others, and immediately prior to the Petition Date in Foods, Inc. dba Dahl's, and subsequently through the Petition Dates of Dahl's Food Mart, Inc., and Dahl's Holdings I, Inc., operated their respective businesses under one unified business operation. The assets of each are expected to be included in the proposed sale of substantially all assets in the sale motion.

WHEREFORE, Craig Moore, in his capacity as CEO of Foods, Inc., which is the owner of Dahl's Food Mart, Inc. and Dahl's Holdings I, LLC, respectfully requests that this Court enter an Order for Joint Administration of all three Chapter 11 Cases identified herein, and that the Court designate Foods, Inc. dba Dahl's Foods, Inc., Case No. 14-02689-11, as the Lead Case, and for such other and further relief as may be just and equitable under the circumstances.

Dated:  November 9, 2014          */s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS# 9999366
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

Proposed General Reorganization Counsel for
Foods, Inc. dba Dahl's Foods; Dahl's Food Mart,
Inc.; and Dahl's Holdings I, LLC,
Chapter 11 Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

    */s/    Barbara Warner*