THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>FOODS, INC.,<br><br>Debtor. | Case No. 14-02689<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

The undersigned attorneys hereby enter their appearance as counsel for Associated Wholesale Grocers, Inc., a secured creditor and interested party, and pursuant to Rule 2002, requests that copies of all papers filed or served in this case be sent to:

>    Mr. Jeffrey W. Courter
>    Ms. Kristina M. Stanger
>    Nyemaster Goode, P.C.
>    700 Walnut Street, Suite 1600
>    Des Moines, IA  50309-3899

Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Notice of Appearance and Request for Service of Papers does not constitute consent to any violation of Bankruptcy 9003.  This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. §157.

NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3189
Fax: (515) 283-8045
Email: jwc@nyemaster.com
kms@nyemaster.com

By: /s/ Jeffrey W. Courter
Jeffrey W. Courter, AT0001740

By: /s/ Kristina M. Stanger
Kristina M. Stanger, AT0000255

**ATTORNEYS FOR CREDITOR ASSOCIATED WHOLESALE GROCERS, INC.**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. Bankruptcy Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 10th day of November, 2014.

/s/ Missy Satre

Original Filed
Copy to:

Jeffrey D. Goetz
Chet A. Mellema
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Ave., Ste. 3700
Des Moines, IA 50309-8004
bankruptcyefile@bradshawlaw.com
Mellema.chet@bradshawlaw.com
**ATTORNEYS FOR DEBTOR**

USTPRegion12.DM.ECF@usdoj.gov
**U.S. TRUSTEE**

3478244