# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Foods, Inc., | ) | Case No. 14-02689-als11 |
| | ) | |
| dba Dahl's Foods; Dahl's Fuels | ) | |
|     Dahl's Food Mart, Inc. | ) | |
| | ) | |
| fdba Dahl's Food Markets; Dahl's | ) | |
|     Holdings I, LLC | ) | |
| | ) | **APPOINTMENT OF COMMITTEE** |
| Debtor | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby appoints the following person / entities to the Official Committee of Unsecured Creditors in the above case:

    Creditor:    Anderson Erickson Dairy Co, Inc.
                     Attn:  Warren Erickson
                     2420 E. University Avenue
                     Des Moines, IA 50317
                     Ph:    (515) 265-2521
                     Fax:   (515) 471-7898
                     warren@aedairy.com

    Creditor:    Thrifty Drug Stores, Inc.
                     Attn:  Mark Basco
                     6055 Nathan Lane N, Suit 200
                     Plymouth, MN 55442
                     Ph:    (763) 513-4345
                     Fax:   (763) 513-4395
                     mbasco@thriftywhite.com

    Creditor:    Johnson Brothers Liquor Co.
                     Dba Johnson Brothers of Iowa
                     Attn:  Fred Richards
                     2515 Dean Avenue
                     Des Moines, IA 50317
                     Ph:    (651) 637-3343
                     Fax:   (651) 637-3240
                     frichards2@johnsonbrothers.com

///

    Creditor:    PepsiCo, Inc.
                    Attn:  Taylor Ricketts
                    1100 Reynolds Blvd
                    Winston-Salem, NC 27105
                    Ph:     (336) 896-5863
                    Fax:    (336) 896-6003
                    taylor.ricketts2@pepsico.com

Taylor Ricketts is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

As this committee was appointed at the earliest opportunity and as the United States Trustee expects to receive additional requests to serve on the committee, the right to add members to the committee is specifically reserved.

                                                    **Daniel M. McDermott,**
                                                    United States Trustee
                                                    Region 12

                                                    By:/s/ James L. Snyder
                                                         **James L. Snyder**
                                                         Assistant U.S. Trustee
                                                         I.D. #IS9999967
                                                         210 Walnut Street, Room 793
                                                         Des Moines, IA 50309-2108
                                                         Ph: (515) 284-4982 / Fax: (515) 284-4986
                                                         James.L.Snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was sent to the parties below on November 18, 2014.

Parties receiving electronic service:

    Mark T Benedict    mark.benedict@huschblackwell.com
    Jeffrey W Courter    jwc@nyemaster.com, mks@nyemaster.com
    John J Cruciani    john.cruciani@huschblackwell.com
    Clinton E Cutler    ccutler@fredlaw.com
    Lisa E Dade    leppsdade@spencerfane.com,
        ccarpenter@spencerfane.com;lwright@spencerfane.com
    Matthew J Gartner    matthew.gartner@huschblackwell.com
    Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com,
        goetz.jeffrey@bradshawlaw.com;cromer.pamela@bradshawlaw.com;
        warner.barbara@bradshawlaw.com
    Chet A Mellema    mellema.chet@bradshawlaw.com,
        warner.barbara@bradshawlaw.com;gilbert.luann@bradshawlaw.com
    Sarah M Olson    solson@fredlaw.com
    David L Pollack    pollack@ballardspahr.com
    Kristina M Stanger    kmstanger@nyemaster.com
    Timothy J Van Vliet    tim@dsmialaw.com
    Mark D Walz    markwalz@davisbrownlaw.com, markwalz@davisbrownlaw.com
    John E Waters    IDRBankruptcy@iowa.gov
    Latonia C Williams    lwilliams@goodwin.com,
        bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Parties receiving hand or mailed service:

    Foods, Inc.                                            Bimbo Bakeries USA, Inc.
    4343 Merle Hay Road                          255 Business Center Drive
    Des Moines, IA 50310                       Horsham, PA 19044

    Roger A Stong
    324 North Robinson Ave., Suite100
    Oklahoma City, OK 73102

                                                          By:/s/ Shelly W. Fellner
                                                           **Shelly W. Fellner**
                                                           Legal Clerk
                                                           United States Trustee's Office