**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-02689 |
| FOODS, INC. d/b/a DAHL'S FOODS *et al.*, ) | (Joint administration Pending) |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |
| ) | Hon. Anita L. Shodeen |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| ) | **REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Tonita M. Helton[1] of the law firm of Freeborn & Peters LLP appears herein as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned case. Pursuant to Bankruptcy Rule 9010(b), Ms. Helton requests, pursuant to Rules 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342, and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon her and/or e-mailed to her at the following addresses:

    Tonita M. Helton
    Helton Law Offices, PLLC
    501 NW Church Street
    Leon, IA 50144
    Telephone: 641.446.8664

    Tonita M. Helton
    Freeborn & Peters LLP
    311 S. Wacker Drive, Suite 3000
    Chicago, Illinois 60606
    Telephone: 312.360.6000
    Facsimile: 312.360.6559
    E-mail: thelton@freeborn.com

---

[1] Ms. Helton is admitted to practice in the United States District Court for the Southern District of Iowa.

Ms. Helton further requests that her name at the above address be entered upon the mailing matrix in this proceeding and that her name and e-mail be placed on the list to receive all notices pursuant to the Court's CM/ECF noticing system.

        Respectfully submitted,

        /s/ Tonita M. Helton

        Tonita M. Helton
        Helton Law Offices, PLLC
        501 NW Church Street
        Leon, IA 50144
        Telephone: 641.446.8664

        And

        Freeborn & Peters LLP
        311 South Wacker Drive, Suite 3000
        Chicago, Illinois 60606
        Telephone:  312.360.6000
        Facsimile:   312.360.6559
        E-mail: thelton@freeborn.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 24, 2014, a copy of the forgoing was electronically filed and served upon all those who receive electronic notification.

/s/ Tonita M. Helton