UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14-02689-11-als |
| **FOODS, INC.,** | ) (Joint Administration Pending) |
| an Iowa corporation | ) |
| | ) Case No. 14-02690-11-als |
| **DAHL'S FOOD MART, INC.,** | ) (Joint Administration Pending) |
| an Iowa corporation, | ) |
| | ) Case No. 14-02691-11-als |
| **DAHL'S HOLDINGS I, LLC,** | ) (Joint Administration Pending) |
| an Iowa limited liability company | ) |
| | ) Chapter 11 |
| Debtors. | ) Honorable Anita L. Shodeen |
| | ) |
| | ) **LIMITED OBJECTION TO ENTRY** |
| | ) **OF FINAL ORDER APPROVING** |
| | ) **DEBTORS' EMERGENCY** |
| | ) **FINANCING MOTION** |
| | ) |

West Coast Life Insurance Company ("West Coast") states as follows for its Limited Objection to Entry of Final Order Approving Debtors' Emergency Financing Motion (Doc. No. 22) filed on November 10, 2014 ("Debtors' Motion to Obtain Secured Credit"):

1. West Coast is a secured creditor of Dahl's Holdings I, LLC ("Dahl's Holdings") in the amount of approximately $4,550,405 as of the filing date and the holder of a first mortgage which was recorded on December 5, 2008, on the EP True Real Property owned by Dahl's Holdings and leased to Foods, Inc. d/b/a Dahl's Foods ("Dahl's Foods"), located at 5003 EP True Parkway, West Des Moines, Iowa 50265. In addition to the first mortgage on the EP True Real Property, West Coast holds an absolute and unconditional assignment of all rents and leases, also recorded on December 5, 2008, pursuant to which Dahl's Holdings assigned to West Coast all of its right, title and interest in the rents, leases, operating agreements and similar agreements on the EP True Real Property ("Rents"). Pursuant to a Subordination Agreement

#2534989

dated as of December 2, 2008, Dahl's Foods, as tenant under a certain lease with Dahl's Holdings, as landlord ("Lease"), subordinated its rights as tenant under the Lease to West Coast's mortgage.

2. Dahl's Holdings defaulted under the note and mortgage in favor of West Coast by failing to pay the monthly payment in the amount of $49,873.90 due November 1, 2014, consisting of principal and interest in the amount of $35,167.40 and tax escrow of $14,706.50.

3. Dahl's Holdings lists the EP True Real Property in its Schedule A of Real Property as having a current value of $5,170,000, with secured claims of $11,033,975.01 against it. Dahl's Holdings lists West Coast's first mortgage claim in the amount of $4,550,405 as fully secured in its Schedule D. Schedule D also lists a second mortgage in favor of Associated Wholesale Grocers, Inc. ("AWG") dated March 19, 2013, in the amount of $6,483,570.01 as only partially secured (to the extent of $619,595.00), with $5,863,975.01 being unsecured.

4. Dahl's Holdings has failed to offer West Coast adequate protection of its first mortgage interest in the EP True Real Property and its interest in the Rents under the Lease with Dahl's Foods, which Rents constitute cash collateral of the property under Section 363(a). The Budget attached to the Interim Order (Doc. No. 21) shows only the monthly Rents in the amount of $51,943 payable from Dahl's Foods to Dahl's Holdings commencing the week ending December 5, 2014, but shows no mortgage and tax escrow payments payable from Dahl's Holdings to West Coast.

5. On Saturday, November 22, 2014, the Debtors filed a 41-page "Support Document" containing many pages of Disclosure Schedules with respect to the DIP Credit Agreement.

6. In light of this Court's Notice and Order entered on November 12, 2014, requiring that Objections to the Debtors' Motion to Obtain Secured Credit, together with Objections to not less than four (4) other Motions filed by the Debtor, must be filed no later than 12:00 p.m. C.S.T. on Monday, November 24, 2014, it is questionable whether sufficient notice of the Support Document filed on Saturday with respect to the Debtors' Motion to Obtain Secured Credit has been provided to all interested parties under the circumstances.

7. For the reasons stated herein, West Coast files this Limited Objection to the Debtors' Motion to Obtain Secured Credit.

WHEREFORE, West Coast requests that any final Order on the Debtors' Motion to Obtain Secured Credit provide protection to West Coast's first mortgage lien on the EP True Real Property owned by Dahl's Holdings and its interest in the Rents from the Lease with Dahl's Foods and for the immediate resumption of the first mortgage note payments and tax escrow to West Coast as provided herein.

Dated: November 24, 2014.

Respectfully submitted,

/s/ Julie Johnson McLean
Julie Johnson McLean (AT#005185)
Davis, Brown, Koehn,
Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
juliemclean@davisbrownlaw.com
ATTORNEY FOR WEST COAST LIFE
INSURANCE COMPANY

Electronically filed.

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served electronically upon all parties to the above cause and each of the attorneys of record herein based upon the Notice of Electronic Filing received from CM_ECF @iasb.uscourts.gov on November 24, 2014, upon the parties listed on the Electronic Service List herein.

Signature: /s/ Julie Johnson McLean
Julie Johnson McLean