**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Foods, Inc.** | Case No. **14-02689-als11 (lead case)** |
| Debtor | |
| **Dahls Food Mart, Inc.** | Case No. **14-02690-als11** |
| Debtor | |
| **Dahls Holdings I, LLC** | Case No. **14-02691-als11** |
| Debtor | |

November 25, 2014 Hearing on:
**Motion to Obtain Secured Credit (#22), Objections (#31, 76, 97, 104, 114)
and Joinder (#112)**

Appearances were noted on the record.

Exhibits: AWG 1-44, 45 (as revised), 46-48
   Debtor's 1

Witnesses: Craig Moore
   David Schoeder

**ORDER**
(date entered on docket: November 26, 2014)

The above matters came before the Court at hearing conducted on November 24, 2014.  Based upon the evidence, arguments and discussion conducted on the record the Court hereby FINDS that a number of the pending objections have been resolved by agreement between the parties.

**It is hereby ORDERED that:**

1. The record is closed.

2. The terms and conditions under which the objections have been resolved are to be incorporated into a proposed order which is subject to consent by parties filing objections, and the Office of the United States Trustee.

3. A redlined version and final draft of the proposed order shall be submitted to the Court no later than December 1, 2014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: