# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Lead Case No.   14-02689-als11 |
| | ) Affiliated Cases: 14-02690-als11 |
| **FOODS, INC. dba DAHL'S FOODS** | )                             14-02691-als11 |
| | ) |
| Debtor and Debtor in Possession | ) Chapter 11 (Jointly Administered) |
| | ) |
| 4343 Merle Hay Rd. | ) Hon. Anita S. Shodeen |
| Des Moines, IA  50310 | ) |
| | ) **DEBTORS' NOTICE RE: CURE AMOUNTS** |
| EIN: 42-0803702 | ) **TO ASSUME AND ASSIGN CERTAIN** |
| | ) **EXECUTORY CONTRACTS AND** |
| | ) **UNEXPIRED LEASES IN CONNECTION** |
| And Affiliated Cases | ) **WITH SALE OF ASSETS** |
| | ) |
| | ) Deadline for Objections:  January 12, 2015 |

Foods, Inc. d/b/a Dahl's Foods and Dahl's Holdings I, LLC (collectively "Dahl's" or "Debtors"), Debtors and Debtors in Possession in the above-entitled jointly administered cases herein, by and through their duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., have filed a Motion for Order (A) Approving the Bidding Procedures and Bid Protections, Including a Break-Up Fee, in Connection with the Auction and Sale of Assets and Scheduling an Auction and Sale Hearing; (B) Approving Assumption of Asset Purchase Agreement; (C) Approving Form and Manner of Notice; (D) Approving Procedures for Determining Cure Amounts; and (E) Granting Other Related Relief [Docket No. 19] (the "Sale Motion").  An order approving the Sale Motion was entered on December 3, 2014 (Docket Item 157) (the "Bidding Procedures Order").

**PLEASE TAKE NOTICE** that pursuant to the Sale Motion and Bidding Procedures Order (and subject to the provisions of the Stalking Horse APA[1]), the Debtors may assume and

---

[1] Capitalized terms used but not defined in this Notice shall have the meaning ascribed to them in the Bidding

assign to the Stalking Horse Bidder (or to such other successful bidder ultimately selected by the Debtors pursuant to the Bidding Procedures), subject to a Closing of the sale of the Assets, those executory contracts and unexpired leases related to the Assets (the "Contracts") listed on Exhibit "A" attached hereto, pursuant to Bankruptcy Code Sections 363 and 365 and Federal Rule of Bankruptcy Procedure 6006.  All Contracts (not limited to those Contracts designated by the Stalking Horse Bidder to be assumed) are subject to assumption and assignment pursuant to the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have indicated on Exhibit "A" the cure amounts as of the Petition Date, November 9, 2014, that the Debtors believe must be paid to cure all monetary defaults under the Contracts to which you are or may be a party (in each instance, the "Cure Amount").  The Debtors believe there are no non-monetary defaults (other than the filing of these chapter 11 cases) or monetary defaults which will not be cured by payment of the Cure Amount by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors propose that the obligation to pay the amounts arising under the Contracts after the Closing constitutes adequate assurance of future performance of the assigned Contracts in accordance with Bankruptcy Code Section 365(f)(2)(b).

**PLEASE TAKE FURTHER NOTICE** that any party seeking (i) to object to the Cure Amount as determined by the Debtors, or otherwise assert that any other amounts, defaults, conditions, or pecuniary losses must be cured or satisfied under any of the assigned Contracts in order for such Contract to be assumed and/or assigned, or (ii) to object to the assumption and assignment of any Contract on any other basis, must file a written objection (an "Assumption/Assignment Objection") setting forth the cure amount the objector asserts to be

Procedures Order.

due, the specific types and dates of the alleged defaults, pecuniary losses and conditions to assumption and assignment and the support therefor, and the basis for the objection.  Moreover, any party filing an Assumption/Assignment Objection with respect to any unliquidated damages claims or adjustments for percentage rent, real estate taxes, common area maintenance or similar adjustable charges (the "Unliquidated Charges") must provide in such Assumption/Assignment Objection a good faith estimate (if possible) of the amount of such Unliquidated Charges and a description of the factors used in calculating such charges (in all cases with appropriate documentation in support thereof).  **All Assumption/Assignment Objections must be filed and served so as to be *received* no later than 5:00 p.m., (prevailing Central Time) on January 12, 2015 (the "Assumption/Assignment Deadline")** by (a) each person who receives electronic notice in the Debtors' bankruptcy cases, and (b) counsel for the Debtors at the address below, and (c) counsel for the Stalking Horse Bidder, Mark Benedict, Esq., Husch Blackwell, LLP, 4801 Main St., Suite 1000, Kansas City, MO 64112.

      **PLEASE TAKE FURTHER NOTICE** that unless an Assumption/Assignment Objection is filed and served before the Assumption/Assignment Deadline, all parties shall (i) be forever barred from asserting any cure or other amounts with respect to the Contracts, except as set forth on Exhibit "A", and the Debtors and Stalking Horse Bidder or other Winning Bidder shall be entitled to rely on the absence of any cure amount requiring payment; (ii) be deemed to have consented to the assumption and assignment of the Contracts; and (iii) be forever barred and estopped from asserting or claiming against the Debtors or Stalking Horse Bidder or other Winning Bidder that any additional amounts are due or other defaults exist, that any conditions to assumption and assignment remain to be satisfied under such Contracts or that there is any objection or defense to the assumption and assignment of such Contracts.

**PLEASE TAKE FURTHER NOTICE** that hearings with respect to the Assumption/Assignment Objection may be held (i) at the Sale Hearing or (ii) on such other date as the Court may designate upon motion by the Debtors, provided that, if the subject Contracts are assumed and assigned and the Cure Amount is disputed, the assumption and assignment shall be approved so long as the amount of the disputed Cure Amount or such other lesser amount agreed to by the parties or fixed by the Court is deposited into a segregated escrow account pending further order of the Court or mutual agreement of the parties.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' assumption and assignment of the Contracts to the Stalking Horse Bidder or other Winning Bidder is subject to Bankruptcy Court approval and consummation of the Closing of the sale of the Assets.  Further, those Contracts to be assumed and assigned are subject to change.  Accordingly, and subject to the Designation Rights during the Designation Period, the Debtors shall be deemed to have assumed and assigned each of the Contracts as of the date of and effective only on the Closing of the sale of the Assets and the Stalking Horse Bidder's or other Winning Bidder's decision to take assignment of the Contracts.  Absent such Closing, and the Stalking Horse Bidder's or other Wining Bidder's decision to take assignment of the Contracts, each of the Contracts shall not be assumed at that time, and in all respects be subject to further administration under the Bankruptcy Code.  The inclusion of any agreement on the list of Contracts shall not constitute or be deemed to be a determination or admission by the Debtors, the Official Committee of Unsecured Creditors or Stalking Horse Bidder or other Winning Bidder that such agreement is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved) or that such Contract will indeed be assumed and assigned at the Closing.  The Debtors reserve all rights to revise and amend Exhibit

"A".

**PLEASE TAKE FURTHER NOTICE** that any inquiries regarding information contained in this Notice should be directed to Jeffrey D. Goetz, Esq., General Reorganization Counsel for the Debtor, at (515) 246-5817 or via email at goetz.jeffrey@bradshawlaw.com.

Date: December 22, 2014                    Respectfully submitted,

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel
for Debtors and Debtors in Possession

CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/        Barbara  Warner*

Exhibit A

| Contracts | Counterpart | Cure Amount |
|---|---|---|
| That certain Sublease dated June 15, 2011 for Property located at 4121 Fleur Drive, Des Moines, IA; and Supply Agreement, Use Restriction for the exclusive use of a grocery store between Associated Wholesale Grocers, Inc. and Foods, Inc. | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That Certain Sublease dated June 15, 2011 for property located at 3425 Ingersoll Ave, Des Moines IA; and Supply Agreement, Use Restriction for the exclusive use or a grocery store between Associated Wholesale Grocers, Inc. and Foods, Inc. | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Sublease dated June 15, 2011 for the fuel center located at 5440 NW 86th St., Johnston, IA; and Supply Agreement, Use Restriction for the exclusive use of a grocery store between Associated Wholesale Grocers, Inc. and Foods, Inc. | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Sublease dated September 23, 2011 for the fuel center located at 15500 W. Hickman Rd, Clive, IA ; and Supply Agreement, Use Restriction for the exclusive use of a grocery store between Associated Wholesale Grocers, Inc. and Foods, Inc. | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Sublease dated June 15, 2011 for property located at 1819 Beaver Ave, Des Moines, IA ; and Supply Agreement, Use Restriction, and 20 year triple net lease beginning June 15, 2011 for the exclusive use of a grocery store between Associated Wholesale Grocers, Inc. and Foods, Inc. | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Supply Agreement dated June 15, 2011 and Use Restriction dated June 2011 between Associated Wholesale Grocers, Inc. and Foods, Inc. for the exclusive use of a grocery store located at 3330/3400 E. 33rd St., Des Moines, IA | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Supply Agreement and Use Restriction dated June 15, 2011 between Associated Wholesale Grocers, Inc. and Foods, Inc. for the exclusive use of a grocery store located at 1320 E. Euclid, Des Moines, IA | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Supply Agreement and Use Restriction dated June 15, 2011 between | Associated Wholesale Grocers, Inc. | No Monetary Cure |

| | | |
|---|---|---|
| Associated Wholesale Grocers, Inc. and Foods, Inc. for the exclusive use of a grocery store located at 8700 Hickman, Clive, IA | 5000 Kansas Ave Kansas City, KS 66106 | |
| That certain Supply Agreement and Use Restriction dated June 15, 2011 between Associated Wholesale Grocers, Inc. and Foods, Inc. for the exclusive use of a grocery store located at 5003 EP True Parkway, West Des Moines, IA | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| That certain Supply Agreement and Use Restriction dated June 15, 2011 between Associated Wholesale Grocers, Inc. and Foods, Inc. for the exclusive use of a grocery store located at 4343 Merle Hay Road, Des Moines, IA | Associated Wholesale Grocers, Inc. 5000 Kansas Ave Kansas City, KS 66106 | No Monetary Cure |
| Those certain Lease Agreements between Bankers Leasing, Co. and Foods, Inc. for leases on fax machines, printers, Office Bizhub, Coin-op, and DL380 server. Expiration dates vary. | Bankers Leasing Co. PO Box 7740 Urbandale, IA 50323 | $12,623.43 |
| Those certain ATM Lease Agreements dated April 18, 2002, between Wells Fargo Bank, Iowa, N.A. and Foods, Inc. for Leases of the ATM machines located within the Ingersoll, Fleur Dr., NW 86th, and Beaver Ave stores. | Wells Fargo Bank NA Attn: Commercial Banking 666 Walnut St. Des Moines, IA 50309 | No Monetary Cure |
| That certain Lease Agreement between Centro GA Haymarket Square LLC and Foods, Inc. for property at 4343 Merle Hay Road, Des Moines, IA | Centro GA Haymarket Square PO Box 713465 Cincinnati, OH 45271 | $16,666.67 |
| That certain Lease Agreement between Cisco Systems Capital Corp. and Foods, Inc. for a Wide Area Network that expires April 16, 2016. | Cisco Systems Capital Corp. PO Box 742927 Los Angeles, CA 90074 | $4,423.12 |
| That certain Lease Agreement between Commerce Bank and Foods, Inc. for equipment at the Ingersoll Store and Ingersoll Convenience Store . Lease Schedule No. 001 to Master Lease 1000849003 dated July 14, 2008. Assigned to Merchant Capital Resources. Lease expires in June 2016. | Commerce Bank 1000 Walnut St. (BB17-3) Kansas City, MO 64106 | $10,991.04 |

| | | |
|---|---|---|
| That certain Lease Agreement between Commerce Bank and Foods, Inc. for new retail grocery refrigeration and furniture, fixtures, and equipment under Lease Schedule No. 002 to Master Lease Agreement No. 1000849 Assigned to Merchant Capital Resources. Dated July 14, 2008 | Commerce Bank<br>1000 Walnut St. (BB17-3)<br>Kansas City, MO 64106 | $28,806.00 |
| That certain Lease Agreement between Commerce Bank and Foods, Inc. for equipment for the food store, furniture, and fixtures leased under Lease Schedule No. 003 to Master Lease Agreement No. 1000849 assigned to Merchant Capital Resources, dated July 14, 2008. | Commerce Bank<br>1000 Walnut St. (BB17-3)<br>Kansas City, MO 64106 | $12,146.35 |
| That certain Lease Agreement between Dahls Holdings I, LLC and Foods, Inc. for Property at 5003 EP True Parkway, West Des Moines, IA | Dahl's Holdings I, LLC<br>4343 Merle Hay Rd.<br>Des Moines, IA | No Monetary Cure |
| That certain 5 month Lease Agreement between Ford Building, LLC and Foods, Inc. for 20,000 sq. ft. of warehouse space, designated as Space "T", dated September 18, 2014, located at Ford Industrial Park 1700 East Aurora Ave, Des Moines, IA  50313. Expires February 18, 2015 | Ford Building, LLC<br>5700 University Ave, Ste 2200<br>West Des Moines, IA  50266 | No Monetary Cure |
| That certain Equipment Purchase Agreement No. 90136112252 between GE Capital and Foods, Inc. for lease of the Equipment used in the Ames Store. Lease expires June 30, 2016. | GE Capital Commercial<br>PO Box 644648<br>Pittsburgh, PA 15219 | $39,644.06 |
| That certain Lease Agreement between Grayslake Eastwood, LLC, Eastwood Investors, LLC and Foods, Inc., dated June 24, 2009 for a shopping center building located at Eastwood Village Shopping Center 3330/3400 East 33rd St, Des Moines Iowa | Grayslake Eastwood, LLC<br>Eastwood Investors, LLC<br>1901 Ave. of the Stars<br>Suite 820<br>Los Angeles, CA 90067 | $47,199.59 |
| That certain Lease Agreement between M&M Sales Co. and Foods, Inc. for the lease of copiers | M&M Sales Col<br>4201 NW Urbandale Dr.<br>Urbandale, IA  50322 | $12,709.52 |
| That certain Lease Agreement dated November 13, 2009 between Mercy Clinics, Inc. and Foods, Inc. to establish a limited medical clinic within the store premises at 3425 Ingersoll | Mercy Clinics, Inc.<br>207 Crocker St. #200<br>Des Moines, IA  50309 | No Monetary Cure |

| | | |
|---|---|---|
| That certain Sublease Agreement dated August 16, 2010 between Mercy Clinics, Inc. and Foods, Inc. to establish a limited medical clinic within the store premises at 15500 Hickman, Des Moines, IA | Mercy Clinics, Inc.<br>207 Crocker St. #200<br>Des Moines, IA  50309 | No Monetary Cure |
| That certain Build to Suit Leasing Agreement between MetaBank and Foods, Inc. for building a banking facility located at 3425 Ingersoll, Des Moines, IA | MetaBank<br>Attn: Troy Moore, COO<br>418 6th Ave #205<br>Des Moines, IA  50309 | No Monetary Cure |