# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Lead Case No.:   14-02689-als-11 |
| ) | Affiliated Cases: 14-02690-als-11 |
| **FOODS, INC. dba DAHL'S FOODS** ) | 14-02691-als-11 |
| ) | |
| Debtor and Debtor in Possession. ) | Chapter 11 (Jointly Administered) |
| ) | |
| 4343 Merle Hay Road ) | Hon.  Anita L. Shodeen |
| Des Moines, IA  50310 ) | |
| ) | **MOTION FOR ORDER TO SHORTEN** |
| EIN: 42-0803702 ) | **TIME FOR OBJECTIONS AND TO** |
| ) | **SET HEARING** |
| ) | |
| AND AFFILIATED CASES ) | No Hearing Set |
| ) | |

COMES NOW Foods, Inc. dba Dahl's Foods ("Dahl's" or "Debtor"), the Debtor and Debtor in Possession herein, by and through its duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw Fowler Proctor & Fairgrave, P.C., and respectfully files this Motion for an Order Shortening Time for Objections and to Set Hearing on the Debtor's Motion for Order (I) Authorizing Sale of Real Estate, Buildings and Fixtures Free and Clear of Liens, Claims and Encumbrances (8700 Hickman) and (II) Approving Amended Asset Purchase Agreement With the Stalking Horse Bidder ("Motion"), and in support of this Motion, the Debtor would show this Honorable Court as follows:

1. The Debtor filed its Motion on January 6, 2015 (Docket Item 248).

2. The proposed Buyer is prepared to close the sale on or before March 16, 2015.

3. Time is of the essence for the Motion, and any possible objections thereto, to come before the Court as soon as possible, as such is critical to the sale of the real property referenced therein.  The consummation of the proposed sale transaction in a timely manner will

be very advantageous to the Debtor and its ability to move toward proposal and confirmation of a plan by helping reduce the Debtor's post-petition expenses.

4.   The Debtor respectfully requests the Court issue an Order shortening the usual and customary time for objections to the Motion to fourteen (14) days from the date of the filing of the Motion or until January 20, 2015, and to set a hearing to consider objections, if any, and to approve the Motion, on January 30, 2015, a date already reserved by this Court for another hearing in this matter.

WHEREFORE, the Debtor prays for an Order from the Court granting Debtor's Motion for Order Shortening Time for Objections to Motion for Order Authorizing Sale of Real Estate, Buildings, and Fixtures Free and Clear of Liens, Claims and Encumbrances to fourteen (14) days or until January 20, 2015, and scheduling a hearing on said Motion for January 30, 2014, and for such other and further relief as is just and proper under the circumstances.

Dated:  1/6/2015

*/s/ Jeffrey Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave, PC
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8007
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel for
Foods, Inc. dba Dahl's Foods

CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by first class mail on the following:
*/s/ Barbara Warner*