## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Lead Case No.:    14-02689-11als |
| ) | Affiliated Cases:    14-02690-als11 |
| **FOODS, INC. dba DAHL'S FOODS,** ) | 14-02691-als11 |
| ) | |
| Debtor and Debtor in Possession. ) | Chapter 11 (Jointly Administered) |
| ) | |
| 4343 Merle Hay Road ) | Hon. Anita L. Shodeen |
| Des Moines, IA  50310 ) | |
| ) | **NOTICE OF BAR DATE FOR** |
| EIN:  42-0803702 ) | **OBJECTIONS  AND HEARING TO** |
| ) | **DEBTOR'S MOTION FOR ORDER (I)** |
| ) | **AUTHORIZING SALE OF REAL ESTATE,** |
| ) | **BUILDINGS, AND FIXTURES, FREE AND** |
| And Affiliated Cases ) | **CLEAR OF LIENS, CLAIMS, AND** |
| ) | **ENCUMBRANCES AND (II) APPROVING** |
| ) | **AMENDED ASSET PURCHASE** |
| ) | **AGREEMENT WITH THE STALKING** |
| ) | **HORSE BIDDER** |
| ) | |
| ) | Date: January 30, 2015 |
| ) | Time: 10:00 a.m. |
| ) | Courtroom: 1, 4th Floor |

**TO ALL CREDITORS, THE U.S. TRUSTEE, AND INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Debtor's Motion for Order (I) Authorizing Sale of Real Estate, Buildings, and Fixtures, Free and Clear of Liens, Claims, and Encumbrances and (II) Approving Amended Asset Purchase Agreement with the Stalking Horse Bidder (Docket No. 248) was filed with the Court on January 6, 2015, on behalf of Foods, Inc. dba Dahl's Foods ("Dahl's" or the "Debtor").

NOTICE IS FURTHER GIVEN that objections to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 110 East Court Ave, Des Moines, IA 50309, with a copy to Jeffrey D. Goetz, Esq. at Bradshaw, Fowler, Proctor & Fairgrave, P.C., 801 Grand Ave, Suite 3700, Des Moines, IA  50309, on or before the close of business on January 21, 2015.

If a copy of the Motion is not included with this Notice, a complete copy of the Motion will be provided to you at no cost by overnight mail, regular first class mail, by email, or you can download a complete copy of the Motion from a secure Public ShareFile set up in this case, by contacting the Debtor's General Reorganization Counsel below.

NOTICE IS FURTHER GIVEN that a Hearing on any objections will be conducted on January 30, 2015 at 10:00 a.m. in Courtroom 1, 4th Floor, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa 50309.

Dated: January 8, 2015

/s/      Jeffrey D. Goetz
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel
for Foods, Inc. dba Dahl's Foods, Debtor and
Debtor in Possession

CERTIFICATE OF SERVICE This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and sent by regular first class mail, postage fully prepaid.

/s/      Barbara Warner