United States Bankruptcy Court
Southern District of Iowa

In re:                                                                       Case No. 14-02689-als
Foods, Inc.                                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4          User: mrw                  Page 1 of 2                Date Rcvd: Jan 15, 2015
                              Form ID: NTCBDBK           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2015.
db             +Foods, Inc.,   4343 Merle Hay Road,   Des Moines, IA 50310-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2015 at the address(es) listed below:
              Abram V Carls    on behalf of Creditor    Merchants Capital Resources, Inc. abram@drpjlaw.com,
               laurie@drpjlaw.com;acarls.ecf@gmail.com
              Abram V Carls    on behalf of Creditor    Commerce Bank abram@drpjlaw.com,
               laurie@drpjlaw.com;acarls.ecf@gmail.com
              Adam D Otto    on behalf of Creditor    Mariposa Farms, Inc. adam@ottolawyers.com
              Benjamin J Court    on behalf of Creditor    Merchants Capital Resources, Inc.
               bcourt@messerlikramer.com,    cmoum@messerlikramer.com
              Bradley R Kruse    on behalf of Creditor    Eastwood Investors, LLC brk@brownwinick.com,
               tns@brownwinick.com
              Bradley R Kruse    on behalf of Creditor    Alliance Harsha Advertising brk@brownwinick.com,
               tns@brownwinick.com
              Bradley R Kruse    on behalf of Creditor    Grayslake Eastwood, LLC brk@brownwinick.com,
               tns@brownwinick.com
              Chet A Mellema    on behalf of Debtor    Foods, Inc. mellema.chet@bradshawlaw.com,
               warner.barbara@bradshawlaw.com;gilbert.luann@bradshawlaw.com
              Clinton E Cutler    on behalf of Creditor    Thrifty Drug Stores, Inc. ccutler@fredlaw.com
              David L Pollack    on behalf of Creditor    Brixmor GA Haymarket Square LLC pollack@ballardspahr.com
              David L Pollack    on behalf of Creditor    Brixmor Property Group, Inc. pollack@ballardspahr.com
              Devon J Eggert    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               deggert@freeborn.com,    bkdocketing@freeborn.com
              Elizabeth L Janczak    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               ejanczak@freeborn.com,    bkdocketing@freeborn.com
              Erin M Clanton    on behalf of Creditor    Iowa Des Moines Supply, Inc.
               erin.clanton@brickgentrylaw.com,    katherine.hanson@brickgentrylaw.com
              Gary A Norton    on behalf of Creditor    EMC Risk Services, LLC norton@whitfieldlaw.com,
               stephens@whitfieldlaw.com
              Gary A Norton    on behalf of Creditor    Employers Mutual Casualty Company norton@whitfieldlaw.com,
               stephens@whitfieldlaw.com
              Gary A Norton    on behalf of Creditor    Advanced Surfaces, LLC norton@whitfieldlaw.com,
               stephens@whitfieldlaw.com
              Gary A Norton    on behalf of Creditor    Atlantic Bottling norton@whitfieldlaw.com,
               stephens@whitfieldlaw.com
              Gary A Norton    on behalf of Creditor    MetaBank norton@whitfieldlaw.com,
               stephens@whitfieldlaw.com
              James L Snyder    on behalf of U.S. Trustee    United States Trustee USTPRegion12.DM.ECF@usdoj.gov
              Jeffrey D Goetz    on behalf of Debtor    Dahls Holdings I, LLC bankruptcyefile@bradshawlaw.com,
               goetz.jeffrey@bradshawlaw.com;cromer.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
              Jeffrey D Goetz    on behalf of Debtor    Foods, Inc. bankruptcyefile@bradshawlaw.com,
               goetz.jeffrey@bradshawlaw.com;cromer.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
              Jeffrey D Goetz    on behalf of Debtor    Dahls Food Mart, Inc. bankruptcyefile@bradshawlaw.com,
               goetz.jeffrey@bradshawlaw.com;cromer.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
              Jeffrey W Courter    on behalf of Creditor    Associated Wholesale Grocers, Inc. jwc@nyemaster.com,
               mks@nyemaster.com
              John E Waters    on behalf of Creditor    Iowa Department of Revenue IDRBankruptcy@iowa.gov

```
District/off: 0863-4          User: mrw                    Page 2 of 2                  Date Rcvd: Jan 15, 2015
                              Form ID: NTCBDBK             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John J Cruciani    on behalf of Creditor    Associated Wholesale Grocers, Inc.
               john.cruciani@huschblackwell.com, susan.timper@awginc.com
              Joseph A Peiffer    on behalf of Creditor    Commerce Bank joep@drpjlaw.com,
               laurie@drpjlaw.com;jpeiffer.ecf@gmail.com
              Joseph A Peiffer    on behalf of Creditor    Merchants Capital Resources, Inc. joep@drpjlaw.com,
               laurie@drpjlaw.com;jpeiffer.ecf@gmail.com
              Joseph D Frank    on behalf of Creditor    PepsiCo, Inc. jfrank@fgllp.com
              Joseph D Frank    on behalf of Creditor    Frito-Lay North America, Inc. jfrank@fgllp.com
              Julie Johnson McLean    on behalf of Interested Party    West Coast Life Insurance Company
               juliemclean@davisbrownlaw.com
              Julie Johnson McLean    on behalf of Creditor    West Coast Life Insurance Company
               juliemclean@davisbrownlaw.com
              Kristina M Stanger    on behalf of Creditor    Associated Wholesale Grocers, Inc.
               kmstanger@nyemaster.com
              Latonia C Williams    on behalf of Creditor    UnitedHealthcare Insurance Company
               lwilliams@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
              Lisa E Dade    on behalf of Interested Party    UMB Bank, n.a. leppsdade@spencerfane.com,
               ccarpenter@spencerfane.com;lwright@spencerfane.com
              Mark D Walz    on behalf of Creditor    Brixmor GA Haymarket Square LLC markwalz@davisbrownlaw.com,
               markwalz@davisbrownlaw.com
              Mark D Walz    on behalf of Creditor    Brixmor Property Group, Inc. markwalz@davisbrownlaw.com,
               markwalz@davisbrownlaw.com
              Mark D Walz    on behalf of Creditor    Anderson Erickson Dairy markwalz@davisbrownlaw.com,
               markwalz@davisbrownlaw.com
              Mark T Benedict    on behalf of Creditor    Associated Wholesale Grocers, Inc.
               mark.benedict@huschblackwell.com
              Matthew J Gartner    on behalf of Creditor    Associated Wholesale Grocers, Inc.
               matthew.gartner@huschblackwell.com
              Miranda L Hughes    on behalf of Creditor    Voss Distributing L.L.C hughes@brownwinick.com,
               tingle@brownwinick.com
              Peter J Rolwes    on behalf of Creditor    Iowa Beverage Systems, Inc. prolwes@hudsonlaw.net,
               kscigliano@hudsonlaw.net
              Richard S Lauter    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               rlauter@freebornpeters.com, bkdocketing@freebornpeters.com
              Richard W Ward    on behalf of Creditor    Dr Pepper Snapple Group rwward@airmail.net
              Robert C Gainer    on behalf of Creditor    KLK Holdings, Inc. d/b/a Level 10
               rgainer@cutlerfirm.com, cbauman@cutlerfirm.com
              Roger A Stong    on behalf of Debtor    Foods, Inc. roger.stong@crowedunlevy.com
              Ronald C Martin    on behalf of Creditor    Commerce Bank ronm@drpjlaw.com,
               susan@drpjlaw.com;rmartin.ecf@gmail.com
              Ronald C Martin    on behalf of Creditor    Merchants Capital Resources, Inc. ronm@drpjlaw.com,
               susan@drpjlaw.com;rmartin.ecf@gmail.com
              Sara E Bauer    on behalf of Creditor    Johnson Brothers Wine Co. s.bauer@gurstel.com
              Sarah M Olson    on behalf of Creditor    Thrifty Drug Stores, Inc. solson@fredlaw.com
              Thomas L Flynn    on behalf of Creditor    Holmes Murphy & Associates, Inc.
               tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com
              Thomas R Fawkes    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               tfawkes@freeborn.com, bkdocketing@freeborn.com
              Timothy J Van Vliet    on behalf of Creditor    Keck, Inc. d/b/a Keck Energy tim@dsmialaw.com
              Tonita M Helton    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               thelton@freeborn.com, bkdocketing@freeborn.com
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                             TOTAL: 55
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

In the Matter of:  Case No. 14–02689–als11

Foods, Inc.

Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

**Notice of Bar Date for Objections (RE: related document(s)268 Motion for Administrative Expenses filed by Creditor Holmes Murphy & Associates, Inc.) Objections Due By 2/5/2015. (mrw)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Anita L. Shodeen
United States Bankruptcy Judge