**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Lead Case No.   14-02689-als11 |
| | ) Affiliated Cases: 14-02690-als11 |
| **FOODS, INC. dba DAHL'S FOODS** | )                           14-02691-als11 |
| | ) |
| Debtor and Debtor in Possession | ) Chapter 11 (Jointly Administered) |
| | ) |
| 4343 Merle Hay Rd. | ) Hon. Anita S. Shodeen |
| Des Moines, IA  50310 | ) |
| | ) **DEBTOR'S EMERGENCY MOTION FOR** |
| EIN: 42-0803702 | ) **MODIFICATION FOR CAUSE OF THE** |
| | ) **COURT'S ORDER APPROVING THE BID** |
| And Affiliated Cases | ) **PROCEDURES** |
| | ) |
| | ) Sale Hearing |
| | ) Date:  January 30, 2015 |
| | ) Time:  9:00 a.m. |
| | ) Courtroom:  1 |

COMES NOW Foods, Inc. dba Dahl's Foods ("Dahl's" or the "Debtor"), the Debtor and Debtor in Possession herein, by and through its duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and respectfully files this Emergency Motion for Modification for Cause of the Court's Order Approving the Bid Procedures (the "Motion"), and in support of this Motion, the Debtor would show this Honorable Court as follows:

1.  On December 3, 2014 at Docket Item 157, the Court entered an Order "(A) Approving the Bidding Procedures and Bid Protections, Including a Break-Up Fee, in Connection with the Auction and Sale of Assets and Scheduling an Auction and Sale Hearing; (B) Approving Assumption of Asset Purchase Agreement; (C) Approving Form and Manner of Notice; (D) Approving Procedures for Determining Cure Amounts; and (E) Granting Other Related Relief" (the "Order").

1

2. Paragraph 13 of the Order states "[t]he auction to conduct bidding with respect to the sale of the Assets, if necessary, shall have commenced by no later than January 19, 2015 and shall have been completed no later than January 21, 2015."

3. The auction commenced on January 19, 2015, per the Court's Order ("First Round Auction").

4. Not all of the Debtor's assets were sold at the First Round Auction on January 19, 2015.

5. The Debtor, in consultation with, and the consent of, the Official Committee of Unsecured Creditors ("Committee"), announced its intent to continue, rather than conclude, the First Round Auction on January 19, 2015, and to auction the remaining assets at a second round of the auction ("Second Round Auction"), to be held telephonically on Wednesday January 21, 2015, beginning at 2:00 p.m. The Debtor intended to conclude the Second Round Auction pursuant to the Court's Order by Wednesday January 21, 2015.

6. On Tuesday January 20, 2015, the Debtor, in consultation with the Committee, drafted the Second Round Auction and Bid Procedures, and circulated them to all the Qualified Bidders, Secured Creditors and other Interested Parties, specifically to deal with the special issues, requirements and concerns involved with the Second Round Auction Assets.

7. Immediately prior to the Second Round Auction, and in consultation with the Committee, the Debtor determined that because of the special and unique nature of the Second Round Auction Assets, additional matters, issues, concerns and requirements needed to be addressed in the Second Round Auction and Bid Procedures, and there was insufficient time prior to the 2:00pm commencement to deal with this in a comprehensive manner.

8. The Debtor timely commenced the 2:00 p.m. Second Round Auction, and

reviewed with all the conference call participants the fact that the previously circulated Second Round Auction & Bid Procedures needed amendment and revision, and that the Debtor, in consultation with the Committee, believed it was in the best interests of the Bankruptcy Estate to continue the Second Round Auction for approximately 24-48 hours, until Friday January 23, 2014.

9. The proposed modifications are in the nature of purchaser/bidder protections. The Debtor, in consultation with the Committee, believes modification of the Second Round Auction and Bid Procedures will enhance the auction process, generate a more robust auction environment, and be in the best interests of the Bankruptcy Estate.

10. Debtor's General Reorganization Counsel polled all the conference call participants regarding continuance of the Second Round Auction. The Committee supported the continuance, and the other parties either specifically consented or stated they had no objection to such a continuance.

11. Since Paragraph 13 of the pending Order provides for conclusion of the Auction by today, Wednesday January 21, 2015, the Debtor seeks modification of the Order so that the Second Round Auction can be continued, and conclude on Friday January 23, 2015. The Debtor is informed and believes and thereupon alleges that a short, 48-hour extension of the time to conclude Second Round Auction is in the best interests of the Bankruptcy Estate. A modification of the Order is substantially consented to by all Qualified Bidders, Secured Creditors and Interested Parties to the Second Round Auction, and therefore will not be of prejudice to anyone.

12. For good cause shown, the Debtor respectfully requests modification of the Court's Order Approving the Bid Procedures to extend the date in which the auction must be

completed to January 23, 2015.

      13.    Because the Order requires the Auction be completed by today, January 21, 2015, the Debtor requests expedited relief in this Motion on an emergency basis.

WHEREFORE, the Debtor respectfully requests the Court enter an Order modifying the Order Approving Bid Procedures as prayed for above and for such other and further relief as may be just and equitable under the circumstances.

Dated: January 21, 2015

/s/     Jeffrey D. Goetz
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel for
Foods, Inc., Dahl's Food Mart, Inc., and
Dahl's Holdings I, LLC
Debtors and Debtors in Possession

## VERIFICATION

I, Jeffrey D. Goetz, Esq., declare as follows:

I am the duly-employed General Reorganization Counsel for the Debtors herein. The matters stated in this Verification are true and correct and within my own personal knowledge and belief. If called as a witness, I could and would competently testify hereto.

I declare under penalty of perjury under the laws of the United States and the laws of the State of Iowa that the foregoing is true and correct and is executed this 21st day of January, 2015.

Dated: January 21, 2015

/s/ Jeffrey D. Goetz, Esq.
Jeffrey D. Goetz, Esq.

CERTIFICATE OF SERVICE: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.
/s/     Barbara Warner