# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Lead Case No.    14-02689-als11 |
| | ) | Affiliated Cases: 14-02690-als11 |
| **FOODS, INC. dba DAHL'S FOODS** | ) | 14-02691-als11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chapter 11 (Jointly Administered) |
| | ) | |
| 4343 Merle Hay Road | ) | Hon. Anita L. Shodeen |
| Des Moines, IA  50310 | ) | |
| | ) | **WITNESS AND EXHIBIT LIST** |
| EIN:  42-0803702 | ) | |
| | ) | Date: January 30, 2015 |
| _____ | ) | Time: 10:00 p.m. |
| | ) | Courtroom 1 |
| And Affiliated Cases | ) | |
| _____ | ) | |

COMES NOW Foods, Inc. dba Dahl's Foods, and files its Witness and Exhibit List as follows:

<u>Witnesses</u>

1. Craig Moore

2. Dean Longnecker

3. David Schoeder

<u>Exhibits</u>

1. Second Amended Associated Wholesale Grocer's Asset Purchase Agreement

2. Kum & Go Asset Purchase Agreement

3. Hy-Vee Asset Purchase Agreement

4. Second Auction Bid Procedures

5.  Asset Purchase Agreements from the purchasers of prescriptions and pharmaceutical

    inventory[1]

6.  Financial documents regarding cure amount objections.[2]

DATED:  January 23, 2015

                                    /s/     Jeffrey D. Goetz, Esq.
                                    Jeffrey D. Goetz, Esq., IS #9999366
                                    Bradshaw Fowler Proctor & Fairgrave P.C.
                                    801 Grand Avenue, Suite 3700
                                    Des Moines, IA  50309-8004
                                    515/243-4191
                                    515/246-5808 FAX
                                    goetz.jeffrey@bradshawlaw.com

                                    General Reorganization Counsel for
                                    Foods, Inc. dba Dahl's Foods, Debtor and Debtor
                                    In Possession

CERTIFICATE OF SERVICE

    This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                    /s/     Barbara Warner

---

[1] The Debtor has not yet received the Asset Purchase Agreements from the purchases of prescriptions and pharmaceutical inventory.  These will be provided upon receipt.
[2] The Debtor has not yet received the Financial Documents.  This will be provided upon receipt.