## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Lead Case No.    14-02689-als11 |
| | ) | Affiliated Cases:    14-02690-als11 |
| FOODS, INC. d/b/a DAHL'S FOODS | ) | 14-02691-als11 |
| | ) | |
|     Debtors and Debtors in Possession | ) | Chapter 11 Cases (Jointly Administered) |
| | ) | |
| 4343 Merle Hay Road | ) | Hon. Anita L. Shodeen |
| Des Moines, IA 50310 | ) | |
| | ) | |
| EIN:  42-0803702 | ) | |
| _____ | ) | |
| | ) | **PROPOSED AGENDA FOR SALE** |
| | ) | **HEARING –** |
| And Affiliated Cases | ) | **JANUARY 30, 2015 AT 10:00 A.M.** |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

    COME NOW Foods, Inc. d/b/a Dahl's Foods, Dahl's Food Mart, Inc., and Dahl's Holdings I, LLC, the debtors and debtors in possession herein (collectively, "Dahl's" or the "Debtors"), by and through its General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and hereby respectfully submit the following proposed agenda for the hearing in the above-referenced matter which is scheduled for Friday, January 30, 2015, at 10:00 a.m., United States Courthouse, Courtroom 1, Annex, 110 East Court Avenue, Des Moines, Iowa 50309:

I.     **Uncontested, Agreed, Or Settled Matters**

    1.     **Motion to Sell 8700 Hickman Real Property** – Debtors' Motion for Order (i) Authorizing Sale of Real Estate, Buildings, and Fixtures Free and Clear of Liens, Claims and Encumbrances and (ii) Approving Amended Asset Purchase Agreement with the Stalking Horse [Docket No. 248]

    *Responses filed: None*

    *Reply filed: None*

    *Related pleadings: None*

    *Status:*     *No responses were filed with respect to this Motion.  The Debtors will submit a proposed order to the Court with respect to this matter and submit*

*the relevant Asset Purchase Agreement to the Court at or before the Sale Hearing.*

II. **Contested Matters**

2. **Stalking Horse Sale Motion** – Debtors' Motion for Order Approving Auction Procedures; Approving Cost and Expense Reimbursement; Prescribing Manner of Notice; and Authorizing Sale of Assets Free and Clear of Liens, Claims and Encumbrances, Subject to Higher or Better Offer [Docket No. 19]

   *Responses filed:*

   **Sale Objections**

   *(a) West Coast Life Insurance Company's Objection To Debtors' Motion For Order Approving Auction And Bidding Procedures; Approving Cost And Cost And Expense Reimbursement; Prescribing Manner Of Notice; And Authorizing Sale Of Assets Free And Clear Of Liens, Claims And Encumbrances, Subject To Higher Or Better Offers* [Docket No 96] (the "West Coast Life Sale Objection")

   *Status:* Unresolved. Awaiting separate order approving sale of EP True Real Property Kum & Go.

   *(b) Commerce Bank's Objection To Debtors' Motion For Order Approving Auction And Bidding Procedures; Approving Cost And Cost And Expense Reimbursement; Prescribing Manner Of Notice; And Authorizing Sale Of Assets Free And Clear Of Liens, Claims And Encumbrances, Subject To Higher Or Better Offers* [Docket No 98] (the "Commerce Sale Objection")

   *Status:* Unresolved – Parties seek Court's approval of consensual continuance of issues related to adequate protection until the hearing, if any, set to consider a motion to assume and assign the pertinent agreement pursuant to designation rights.

   *(c) Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Approval of Auction and Bidding Procedures* [Docket No. 102] (the "Committee Sale Objection")

   *Status:* Resolved at previous hearing

   *(d) Merchants Capital Resources, Inc.'s Objection To Debtors' Motion For Order Approving Auction And Bidding Procedures; Approving Cost And Cost And Expense Reimbursement; Prescribing Manner Of Notice; And Authorizing Sale Of Assets*

2

*Free And Clear Of Liens, Claims And Encumbrances, Subject To Higher Or Better Offers* [Docket No 103] (the "Merchants Sale Objection")

    *Status:* Unresolved – Parties seek Court's approval of consensual continuance of issues related to adequate protection until the hearing, if any, set to consider a motion to assume and assign the pertinent agreement pursuant to designation rights.

*(e) United States Trustee's Objection to Debtor's Motion For Debtor's Sale Free And Clear Of Liens* [Docket No 113] (the "UST Sale Objection")

    *Status:* Resolved at previous hearing

*(f)  Limited Objection Of PepsiCo Inc. To Debtors' Motion For Order Approving Auction And Bidding Procedures; Approving Cost And Expense Reimbursement; Prescribing Manner Of Notice; And Authorizing Sale Of Assets Free And Clear Of Liens, Claims And Encumbrances, Subject To Higher Or Better Offers* [Docket No. 266] (the "PepsiCo and Frito Lay Objection")

    *Status:* Resolved

**Cure/Assumption Objections**

*(g) Grayslake Eastwood, LLC and Eastwood Investors, LLC Objection To Cure Amount In Debtors' Notice Re: Cure Amounts To Assume And Assign Certain Executory Contracts And Unexpired Leases In Connection With Sale Of Assets* [Docket No. 261] (the "Grayslake Cure Objection")

    *Status:* Resolved

*(h) Limited Objection and Reservation of Rights with Respect to Cure Amounts and Adequate Protection Related to the Assumption and Assignment of Associated Wholesale Grocers' Agreements* [Docket No. 262] (the "AWG Limited Objection")

    *Status:* Moot/Resolved

*(i) Objection to Debtors' Motion for Order Approving Auction Procedures; Approving Cost and Expense Reimbursement; Prescribing Manner of Notice; and Authorizing Sale of Assets Free and Clear of Liens, Claims and Encumbrances, Subject to Higher or Better Offers* [Docket No. 263] (the "Brixmor Cure Objection")

3

> *Status:* Unresolved – Parties seek Court's approval of consensual continuance of issues related to cure amount and adequate protection until the hearing, if any, set to consider a motion to assume and assign the pertinent agreement pursuant to designation rights.

**(j)** *Commerce Bank's Objection to Debtor's Notice Re: Cure Amounts* [Docket No. 264] (the "Commerce Cure Objection")

> *Status:* Resolved

**(k)** *Verified Objection Of Merchants Capital Resources, Inc.'s To Debtor's Notice Regarding Cure Amounts to Assume and Assign Certain Executory Contracts and Unexpired Leases In Connection With the Sale of Assets* [Docket No. 265] (the "Merchants Cure Objection")

> *Status:* Resolved

**(l)** *Limited Objection and Reservation of Rights With Respect to Enterprise Fleet Management Master Equity Lease Agreement* [Docket No. 277] (the "Enterprise Cure Objection")

> *Status:* Resolved

Reply filed:    None.

Related pleadings:

**(m)** *Order (A) Approving the Bidding Procedures and Bid Protections, Including a Break-Up Fee, in Connection with the Auction and Sale of Assets and Scheduling an Auction and Sale Hearing; (B) Approving Assumption of Asset Purchase Agreement; (C) Approving Form and Manner of Notice; (D) Approving Procedures for Determining Cure Amounts; and (E) Granting Other Related Relief* (the "Bidding Procedures Order") (Docket No. 157).

**(n)** *Notice Re: Cure Amounts to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with Sale of Assets* and certain amendments and supplements thereto [Docket Nos. 217, 220, 223] (together, the "Cure Amount Notice")

**(o)** *Commerce Bank's Motion To Continue Hearing On Debtor's Notice Of Cure Amounts (Doc. 217), As Supplemented (Doc. 220), And Objections Thereto* [Docket No. 285] "Commerce Consent Motion to Continue")

4

*(p) Merchants Capital Resources, Inc.'s Motion To Continue Hearing On Debtor's Notice Of Cure Amounts (Doc. 217), As Supplemented (Doc. 220), And Objections Thereto* [Docket No. 286] "Merchants Consent Motion to Continue")

*(q) Consent Motion to Continue the Hearing Regarding the Objection to Debtors' Motion for Order Approving Auction Procedures; Approving Cost and Expense Reimbursement; Prescribing Manner of Notice; and Authorizing Sale of Assets Free and Clear of Liens, Claims and Encumbrances, Subject to Higher or Better Offers* [Docket No. 289]  (the "AWG/Brixmor Consent Motion to Continue")

*Status:*     This matter will be proceeding.

III.    **Matters Set for Status Hearing**

3.    **Status Conference** -- Notice and Order Regarding Courtroom Hearing on: Status Conference Pursuant to 11 U.S.C. Section 105(d) [Docket No. 256]

Date:  January 28, 2015

Respectfully submitted,

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel
for the Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/     Barbara  Warner*