**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Foods, Inc.** | Case No. **14-02689-als11 (lead case)** |
| Debtor | |
| **Dahls Food Mart, Inc.** | Case No. **14-02690-als11** |
| Debtor | |
| **Dahls Holdings I, LLC** | Case No. **14-02691-als11** |
| Debtor | |

January 30, 2015 Hearing on:
**Motion to Sell Free & Clear Pursuant to Section 363(f) (#19) and Objections (##262, 263, 266)**

Appearances were noted on the record.

Witnesses:

Shannon Woods
David Schoeder
Craig Moore

Exhibits:

Debtor:   Exhibits 1-28
AWG:      Exhibit A

**ORDER**
(date entered on docket: January 30, 2015)

Based upon the filed documents, representations of counsel and the record the Court hereby FINDS that:

1. The necessary elements to obtain final approval of the sale pursuant to 11 U.S.C. section 363 have been established.

2. Service of the Motion and Notices were proper.

3. The bidding procedures previously approved by the Court were properly followed.

4. There was no collusion related to the auction process.

5. The objection filed at docket number 263 remains outstanding on the issue of adequate assurance of future payments that is relevant to any assumption or assignment of the lease which relates to the Debtor's Motion regarding Cure Amounts filed at docket number 217.

**It is hereby ORDERED that:**

1. The Motion to Sell Free and Clear Pursuant to Section 363(f) is approved pending receipt, final review and entry of the Orders detailing the terms of sale.

2. Proposed orders involving the sales to AWG, Kum and Go and HyVee shall be submitted no later than February 4, 2015.

3. If not resolved by closing on the 11 U.S.C. section 363 sale Brixmoor's objection shall be scheduled for hearing on March 20, 2015.

4. Today's record shall constitute the Court's findings and conclusions pursuant to Bankruptcy Rules 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: