**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Foods, Inc.** | Case No. **14-02689-als11 (lead case)** |
| Debtor | |
| **Dahls Food Mart, Inc.** | Case No. **14-02690-als11** |
| Debtor | |
| **Dahls Holdings I, LLC** | Case No. **14-02691-als11** |
| Debtor | |

January 30, 2015 Hearing on:
**Motion to Sell Free & Clear Pursuant to Section 363(f) (#248) and Objections (#277)**

Appearances were noted on the record.

Witnesses:

Shannon Woods
David Schoeder
Craig Moore

Exhibits:

Debtor:   Exhibits 1-28

**ORDER**
(date entered on docket: January 30, 2015)

Based upon the filed documents and representations made on the record the Court hereby FINDS:

1. The objection filed at docket number 277 relates to cure amounts for leased vehicles and is unrelated to the sale of the real estate.

2. The Debtor anticipates filing amendments to its schedules to address the leased vehicles.

3. No objections were filed to this sale.

**It is hereby ORDERED that:**

1. The Motion to Sell Free and Clear pursuant to 11 USC section 363 is granted subject pending receipt, final review and entry of a final Order detailing the terms of sale.

2. A proposed final order shall be submitted no later than February 3, 2014.

3. Today's record constitutes the Court's findings and conclusions pursuant to Bankruptcy Rules 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: