IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **FOODS, INC.,** | ) | Case No. 14-02689-11 |
| an Iowa corporation, | ) | (Jointly Administered) |
| | ) | |
| **DAHL'S FOOD MART, INC.,** | ) | Case No. 14-02690-11 |
| an Iowa corporation, | ) | (Jointly Administered) |
| | ) | |
| **DAHL'S HOLDINGS I, LLC,** | ) | Case No. 14-02691-11 |
| an Iowa limited liability company | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**WITHDRAWAL OF ASSOCIATED WHOLESALE GROCERS' LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO CURE AMOUNTS AND ADEQUATE PROTECTION RELATED TO THE ASSUMPTION AND ASSIGNMENT OF ASSOCIATED WHOLESALE GROCERS' AGREEMENTS**

COMES NOW Associated Wholesale Grocers, Inc. ("AWG"), by and through its undersigned counsel, and hereby files its *Withdrawal of its Limited Objection and Reservation of Rights with Respect to Cure Amounts and Adequate Protection Related to the Assumption and Assignment of Associated Wholesale Grocers' Agreements*, and respectfully states as follows:

1. On January 12, 2015, AWG filed its *Limited Objection and Reservation of Rights with Respect to Cure Amounts and Adequate Protection Related to the Assumption and Assignment of Associated Wholesale Grocers' Agreements* [Docket No. 262] (the "Limited Objection") reserving various rights with respect to the assumption and assignment of the AWG Agreements[1] including: AWG's right to demand additional amounts due and owing under the AWG Agreements from the Debtors through the Closing Date (or other appropriate date, as

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Limited Objection.

applicable, under the Stalking Horse APA or otherwise) as Cure Amounts; AWG's right to claim the satisfaction of certain mechanics' liens amounts as Cure Amounts to the extent not satisfied by the Debtors or for any other amounts as may accrue with respect to the AWG Agreements in the interim; and the right to challenge the assumption and assignment of any AWG Agreements to any Winning Bidder other than AWG.

2. AWG believes that all of the stated issues have been resolved or will be resolved pursuant to the applicable purchase price adjustments pursuant to the Stalking Horse APA at Closing. Accordingly, AWG withdraws its Limited Objection.

Respectfully submitted,

*/s/ Mark T. Benedict*
Mark T. Benedict (admitted *pro hac vice*)
John J. Cruciani (admitted *pro hac vice*)
Matthew Gartner, ID #IS9997688 (admitted *pro hac vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Direct: 816.983.8000
Fax: 816.983.8080

-and-

Jeffrey W. Courter, ID #IS9998958
Kristina M. Stanger, ID #AT0000255
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-8048
Fax: (515) 283-8045
Email: jwc@nyemaster.com
       kmstanger@nyemaster.com

*Attorneys for Associated Wholesale Grocers, Inc.*

SLC-7438622-1