# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Lead Case No.   14-02689-als11 |
| | ) | Affiliated Cases:   14-02690-als11 |
| **FOODS, INC. fdba DAHL'S FOODS** | ) | 14-02691-als11 |
| | ) | |
| Debtors and Debtors in Possession | ) | Chapter 11 Cases (Jointly Administered) |
| | ) | |
| PO Box 1218 | ) | Hon. Anita L. Shodeen |
| Johnston, IA  50131 | ) | |
| | ) | **DEBTORS' MOTION FOR THE** |
| EIN:  42-0803702 | ) | **ENTRY OF AN ORDER APPROVING** |
| | ) | **REJECTION OF CERTAIN** |
| _____ | ) | **EXECUTORY CONTRACTS AND/OR** |
| | ) | **UNEXPIRED LEASES AND SETTING** |
| And Affiliated Cases | ) | **A BAR DATE FOR LEASE** |
| | ) | **REJECTION DAMAGE CLAIMS** |
| | ) | |
| | ) | |
| _____ | ) | No Hearing Set. |

COME NOW Foods, Inc. fdba Dahl's Foods, Dahl's Food Mart, Inc., and Dahl's Holdings I, LLC, the debtors and debtors-in-possession herein (collectively, "Dahl's" or the "Debtors"), by and through their duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and pursuant to § 365 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby move this Court (this "Motion") for entry of an order, authorizing Debtors to reject certain executory contracts and unexpired leases, and setting a bar date for rejection damage claims.  In support of this Motion, the Debtors state as follows:

## JURISDICTION AND VENUE

1.      On November 9, 2014 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  Subsequently, the Debtors filed motions to

1

jointly administer the cases pursuant to Rule 1015(b) of the Bankruptcy Rules.  On November 26, 2014, this Court entered its Order [Docket No. 140] authorizing the joint administration of the Debtors' bankruptcy cases.  The Debtors are duly operating as debtors in possession, pursuant to Bankruptcy Code §§ 1107 and 1108.  There is no motion or application pending for the appointment of a trustee or examiner.

2.        This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for relief sought herein include Section 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Bankruptcy Rules.

## FACTUAL BACKGROUND

3.        On November 9, 2014, the Debtors filed the *Debtors' Motion for Order (1) Approving Auction and Bidding Procedures; (2) Approving Cost and Cost and Expense Reimbursement; (3) Prescribing Manner of Notice; and (4) Authorizing Sale of Assets Free and Clear of Liens, Claims and Encumbrances, Subject to Higher or Better Offers* [Docket No. 19] (the "Sale Motion").

4.        On December 3, 2014, the Court entered an Order approving, among other things, the Bid Procedures governing the submission of competing bids for the Debtors' assets and approving the assumption of the Original APA [Docket No. 157] (the "Bid Procedures Order").

5.        Pursuant to the Bid Procedures Order, the Debtors conducted an auction for the sale of a substantial portion of its assets. Associated Wholesale Grocers, Inc. ("AWG") was the successful bidder at the auction.

6.        On February 3, 2015, the Court entered that certain *Nunc Pro Tunc Order Approving (A) the AWG Asset Purchase Agreement, (B) Authorizing (I) Sale of Substantially All of the Assets of the Debtors Outside the Ordinary Course of Business Free and Clear of Liens*

*and Interests, and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Purchaser and Establishing Cure Amounts With Respect Thereto, and (C) Granting Related Relief* [Docket Nos. 310, 314] (the "Sale Order") approving the sale of certain of Debtors' assets to AWG, or certain Ultimate Purchasers, pursuant to the Asset Purchase Agreement (the "APA") attached as Exhibit "A" to the Sale Order.

7.    The Sale Order also approved the Designation Rights (as defined in the APA) granted to AWG under the APA, pursuant to which AWG has the right to direct the Debtors to assume and assign or reject certain contracts or leases.  Under the terms of the APA, AWG can exercise the Designation Rights until the date which is ten (10) business days after the Closing Date.[1]

8.    The Debtors and AWG executed an Agreement to Extend Designation Period under Second Amended Asset Purchase Agreement (the "Agreement"), attached as Exhibit "A" on April 10, 2015.  The Agreement extended the Designation Period through April 17, 2015.

9.    AWG has directed the Debtors to reject certain executory contracts and unexpired leases (the "Rejected Contracts"), as set forth on Exhibit "B" hereto.

## RELIEF REQUESTED

10.    By this Motion and for the reasons set forth herein, the Debtors seek relief pursuant to Bankruptcy Code sections 105 and 365 for the entry of an order authorizing the Debtors to reject the Rejected Contracts, with the rejection of each Contract being effective as of (a) the date of the completion of the applicable store liquidation and surrender of keys, or (b) relevant Closing Date with respect to the applicable Store associated with such Rejected Contract, as appropriate (the "Rejection Effective Date"), and setting the bar date for affected

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order or the APA, as applicable.

landlords to file a proof of claim for damages, if any, arising out of the rejection of the Rejected

Contracts for the date thirty (30) days after entry of an Order approving this Motion. A list of the

Rejected Contracts is attached hereto as Exhibit "B."

## I.    Rejection of the Rejected Contracts

11.    Section 365(a) of the Bankruptcy Code provides that the trustee or debtor-in-

possession may assume or reject any executory contract, subject to approval by the court.

11 U.S.C. § 365(a).  The purpose behind allowing the rejection of executory contracts is to

permit the debtor-in-possession to "relieve the bankruptcy estate of burdensome agreements

which have not been completely performed." *Stewart Title Guaranty Co. v. Old Republic

National Title Insurance Co.*, 83 F.3d 735, 741 (5th Cir. 1996).

12.    In considering a motion to assume or reject an executory contract, a bankruptcy

court "should examine [the] contract and the surrounding circumstances" and ascertain whether

the debtor has used its "best 'business judgment' to determine if [the contract] would be

beneficial or burdensome to the estate." *In re Gardinier, Inc.*, 831 F.2d 974, 976 n.2 (11th Cir.

1987) (*citing NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523 (1984) *and Group of Instit. Inv. v.

Chicago*, 318 U.S. 523, 550 (1943)); *see also In re Orion Pictures Corp.*, 4 F.2d 1095, 1099

(2d Cir. 1993).

13.    "The business judgment test affords the trustee or debtor-in-possession broad

discretion." *In re Orion*, 4 F.3d 1095, 1099 (2nd Cir. 1993).  In general, approval of the trustee

or debtor-in-possession's decision to reject is only withheld if the debtor's judgment is clearly

erroneous, a gross abuse of discretion, or is in bad faith. *Richmond Leasing Co. v. Capital Bank*,

NA, 762 F. 2d 1303, 1309 (5th Cir. 1985) (approval withheld only if clearly erroneous); *In re

Richmond Metal Finishers, Inc.*, 756 F.2d 1043, 1047 (4th Cir. 1984) (approval withheld only if

bad faith or gross abuse of discretion).

4

14.     As part of the sale of certain of its assets to AWG, the Debtors determined, in an exercise of their business judgment, to grant the Designation Rights to AWG, pursuant to which AWG may direct the Debtors to assume and assign or reject certain contracts and leases.  AWG has directed the Debtors to reject the Rejected Contracts in accordance with the Designation Rights granted to it under the APA and the Sale Order.

15.     Based on the foregoing, the rejection of the Rejected Contracts under Bankruptcy Code § 365(a) is a sound exercise of Debtor's business judgment and is in the best interest of Debtors' estate and creditors.

## II.      Bar Date for Claims Arising from Rejection of the Rejected Contracts

16.     Bankruptcy Code § 365(g) provides that the rejection of a contract constitutes a breach of the contract as of immediately before the date of the filing of the bankruptcy petition. Bankruptcy Rule 3002(c)(4) provides that a claim arising from the rejection of an executory contract or unexpired lease may be filed within such time as the Court may direct.  The allowance of claims for the rejection of an executory contract or unexpired lease is governed by Bankruptcy Code § 502.

17.     To expedite the efficient administration of Debtors' estate, the Debtors respectfully request  the Court set the bar date for affected Contract Counterparties to file a proof of claim for damages, if any, arising out of the rejection of the Rejected Contracts as the date thirty (30) days after entry of an Order approving this Motion.

18.     Debtors reserve all rights, claims, and defenses with respect to the allowance of any claim for damages arising out of the rejection of the Rejected Contracts.

**WHEREFORE**, the Debtors respectfully request that this Court consider this Motion without a hearing, or, in the event the Court deems a hearing necessary, set this Motion for hearing at its earliest convenience, and thereafter enter an order (i) authorizing the Debtors to

reject the Rejected Contracts, with the rejection of each Contract being effective as of the Rejection Effective Date, and (ii) setting a bar date for affected counterparties to file a proof of claim for damages, if any, arising out of the rejection of the Rejected Contracts as the date thirty (30) days after entry of an Order approving this Motion, and (iii) ordering such other and further relief as this Court deems just and appropriate.

Date: July 10, 2015

Respectfully submitted,

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel
for the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/     Barbara  Warner*

6

# Exhibit A

## AGREEMENT TO EXTEND DESIGNATION PERIOD UNDER SECOND AMENDED ASSET PURCHASE AGREEMENT

**THIS AGREEMENT TO EXTEND DESIGNATION PERIOD UNDER SECOND AMENDED ASSET PURCHASE AGREEMENT** is made effective as of April 10, 2015 (the "**Effective Date**"), by and among **FOODS, INC. D/B/A DAHL'S FOODS**, an Iowa corporation ("**Dahl's**"), **DAHL'S FOOD MART, INC.**, an Iowa corporation ("**DFMI**"), **DAHL'S HOLDINGS I, LLC**, an Iowa limited liability company, ("**Holdings**" and, together with **Dahl's** and **DFMI**, the "**Sellers**" as debtors-in-possession), and **ASSOCIATED WHOLESALE GROCERS, INC.**, a Kansas corporation ("**AWG**" or "**Buyer**").

WHEREAS Sellers filed voluntary petitions (the "**Petitions**") for reorganization relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq., as amended (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Southern District of Iowa (the "**Bankruptcy Court**") on November 9, 2014 (the "**Filing Date**") and have operated their businesses as debtors-in-possession (as defined in Section 1101 of the Bankruptcy Code), as authorized by Sections 1107 and 1108 of the Bankruptcy Code, since the Filing Date. Such cases are being administered under case nos. 14-02689-11, 14-02690-11, and 14-02691-11 (the "**Bankruptcy Cases**").

WHEREAS the Sellers and the Buyer entered into that certain Asset Purchase Agreement made effective as of November 9, 2014 by and among Foods, Inc. d/b/a Dahl's Foods, Dahl's Food Mart, Inc., Dahl's Holdings I, LLC, and Associated Wholesale Grocers, Inc. (as subsequently amended on January 6, 2015 and January 19, 2015, the "APA").

WHEREAS, on Feburary 3, 2015, the Bankrutpcy Court entered its Nuc Pro Tunc Order Approving (A) The AWG Asset Purchase Agreement, (B) Authorizing (I) Sale Of Substantially All Of The Assets Of The Debtors Outside The Ordinary Course Of Business Free And Clear Of Liens And Interests And (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases To Purchaser And Establishing Cure Amounts With Respect Thereto, And (C) Granting Related Relief [Docket No. 314] approving the APA and the related sale of certain of the Sellers' assets to Buyer.

WHEREAS pursuant to Section 2.3 of the APA, the Selllers granted Buyer certain Designation Rights[1] during the Designation Period.

WHEREAS the Designation Period will currently expire on April 10, 2015.

WHEREAS the Buyer and Seller have agreed to extend the Designation Period through and including April 17, 2015.

**NOW, THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties, intending to be legally bound, agree as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the APA.
SLC-7413198-1

The Designation Period under the APA is hereby extended through and including the date of April 17, 2015.

[Remainder of Page Intentionally Left Blank. Signature Page Follows.]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the Effective Date.

**SELLERS:**

**FOODS, INC. D/B/A DAHL'S FOODS**
an Iowa corporation, Debtor-in-Possession

By: _Dean Longnecker_
Name: _DEAN LONGNECKER_
Title: _CEO_

**DAHL'S FOOD MART, INC.,**
an Iowa corporation, Debtor-in-Possession

By: _Dean Longnecker_
Name: _DEAN LONGNECKER_
Title: _CEO_

-and-

**DAHL'S HOLDINGS I, LLC,**
an Iowa limited liability company, Debtor-in-Possession

By: _Dean Longnecker_
Name: _DEAN LONGNECKER_
Title: _CEO_

**BUYER:**

**ASSOCIATED WHOLESALE GROCERS, INC.**, a Kansas corporation

By: _David E. Smith_
Name: _DAVID E. SMITH_
Title: _EVP, DIVISION OPERATIONS_

**EXHIBIT B**

| | Date | Name of Contract / Vendor | Store Locations | Term / Expiration Date | | Comments |
|---|---|---|---|---|---|---|
| 1. | 06/18/09 | Addendum to National Account Services Master Service Agreement / ADP, Inc.^^ | | 5 years from first live payroll / Yearly auto renewal | | Payroll Services |
| 2. | 09/10/14 | Statement of Work for Outsourced Accounting/Payroll Services / FMS^^ | | | | Accounting/Payroll / Mark Lauten / 248-756-3750 / MarkL@fmssolutions.com |
| 3. | 09/29/14 | Services Agreement Addendum / FMS* | | | | BPO Outsourced Accounting service replacing existing Hosted Application Accounting service / Mark Lauten / 248-756-3750 / MarkL@fmssolutions.com |
| 4. | | Benefit Summary / United Healthcare Benefits Package | | | | |
| 5. | 01/03/13 | Agreement / Northland Productions, LLC^ | Merle Hay | 3 years/ 01/03/16 / Auto renewal yearly unless 90 days written notice | | Advertising display board/cases / Cindy North / 515-238-0082 |
| 6. | 07/10/14 | Retailer Satellite Communication Agreement / Mood Media Corporation; AWG^^^ | Euclid Ingersoll Beaver 86th St. / E. P. True 33rd St. | Expires 11/30/15 / Auto renewal yearly unless 90 days written notice | | Music services, audio-only commercial messages and programming |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | 06/28/14 | Retailer Agreement | | 3 years<br>06/28/17 | | Online grocery system |
| | | Grocery Shopping Network, Inc.;<br>AWG^^^ | | Auto Renewal<br>yearly unless 90<br>days written notice | | PC & Cash Savers |
| 8. | 03/05/13 | Commercial Service Agreement | Beaver<br>Ingersoll<br>Fleur<br>Merle Hay<br>Euclid<br>86th St.<br>15500<br><br>Prospect<br>E.P. True<br>8700<br>Ames<br>Waukee | 3 years<br>03/05/16 | | Lawn care services |
| | | TruGreen**** | | Auto renewal<br>yearly unless 90<br>days written notice | | Brenda Reedy<br>515-289-0002<br>BrendaReedy@truegreenmail.com |
| 9. | 04/08/14 | Proposal | | 1 year<br>04/08/15 | | Pest control services |
| | | Plunkett's Pest Control, Inc.^ | | | | Brady Glendening<br>877-571-7100 |
| 10. | 03/11/10 | Expressions from Hallmark | Fleur<br>Euclid<br>Ingersoll<br>Beaver<br>Merle Hay<br>15500<br>86th St.<br><br>Dahl's<br>Foods #1<br>Dahl's<br>Foods #4<br>Dahl's<br>Foods #17<br>Dahl's<br>Foods #20<br>Dahl's #21 | Term begins when<br>both parties have<br>executed the<br>agreement | | Personal expressions products |
| | | Hallmark Marketing Corporation* | | | | Judy Walberg (AR)<br>816-274-5395<br>Judy.walberg@hallmark.com |

| 11. | 10/01/13 | Select Service Agreement<br><br>Hussmann Services Corporation ^^ | Fleur Euclid Ingersoll Beaver Merle Hay 15500 86th St.<br><br>Ankeny 33rd St. 8700 E. P. True Prospect Ames | 1 year 09/30/14<br><br>Auto renewal yearly until terminated | | Refrigeration and HVAC service<br><br>John Davis 800-362-2500 John_s_davis@irco.com |
| | | | | | | |
| | | | | | | |
| 13. | 08/21/07 | MTM Network Participation Agreement<br>Outcomes Pharmaceutical Health Care, L.C.^^^ | Beaver Ingersoll Fleur 15500 Merle Hay Euclid 86th St.<br><br>Prospect 8700 33rd St. E.P. True Ankeny | | | Web-based access to medication therapy management |
| 14. | April 2014 | Master Network Agreement and W-9<br><br>Mirixa Corporation | | In effect when signed by both parties.<br><br>Terminate with 60 days written notice | | Deliver health related communications and health care programs |

3

| 15. | 03/22/06 | Business Associate Addendum | | | | |
| | | Ateb, Inc.^^^^ | | | | |
| 16. | 10/09/06 | Master License and Services Agreement | | 24 months<br><br>Auto renewal month to month unless 60 days written notice to terminate | | License to computer programs |
| | | Ateb, Inc.^^ | | | | |
| 17. | 12/14/07 | Retailer Patient Messaging Insertion Order | | | | Interactive voice response systems, electronic signature capture |
| | | Ateb, Inc. ^^ | | | | |
| 18. | 12/16/13 | Updated Novo Nordisk Refill Reminder Campaign | | Expires 12/31/14 | | Refill reminder based outbound calls |
| | | Ateb, Inc.^^ | | | | |
| 19. | 04/29/14 | Updated Mylan Specialty Refill Reminder Campaign | | Expires 12/31/14 | | Calls to EpiPen patients for prescription refill |
| | | Ateb, Inc.^^ | | | | |
| 20. | 11/20/14 | Appointment Agreement for Payment Services | Beaver Ingersoll Merle Hay Euclid Fleur 15500 86th St.<br><br>33rd St. E.P. True 8700 | (not legible) | | Payment services |
| | | CheckFreePay Companies; CheckFreePay Corporation of New York; CheckFreePay Corporation of California^^^ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 23. | 05/05/09 | Planned Maintenance Agreement<br>Cummins Central Power, LLC**** | 15500 Merle Hay Fleur 86th St.<br><br>E.P. True 33rd St. Ankeny 8700 | 1 year 05/05/10<br><br>Yearly auto renewal unless 30 days written notice | Operation and maintenance of standby power systems |
| 24. | 08/20/12 | Statement of Work<br>Call Center Services<br>Ivie & Associates, Inc.^^^^ | | Expires 12/31/13<br><br>Auto renewal yearly unless 60 days written notice | Customer/member inquiries regarding the Dahl's Foods My Ways To Save Club Program |
| 25. | 11/29/10 | Kronos Support Services Quote<br>Kronos Incorporated*** | | 01/01/11 to 03/25/12 | Time and attendance |
| 26. | 04/26/12 | Program Agreement<br><br>MIDAX, Inc.^^^ | Merle Hay Ingersoll | 3 years 04/26/15<br><br>Yearly auto renewal unless 30 days written notice | Maintain and operate the Midex Loyalty System Software; Fuel program |
| 27. | 06/01/12 | Delivered Chemical Agreement<br>Ryko Manufacturing Co.^ | Ingersoll Carwash | 2 years | Delivery of chemicals, maintaining chemical levels |

| 28. | 11/10/14 | Maintenance Agreement<br>M&M Sales Company | Merle Hay<br>Beaver<br>Euclid<br>Ingersoll<br>15500<br>86th St.<br>Fleur<br><br>33rd St.<br>8700<br>E.P. True | 1 year<br>11/10/15 | | Copier care plans; faxes, printers, all locations |
|---|---|---|---|---|---|---|
| 29. | 08/21/12 | Agreement<br><br>QuikTrip Corporation^ | | 2 years<br>08/21/14 | | My Ways To Save Club fuel discount |
| 30. | None | Hoodz<br>Hoodz Central of Iowa^ | | | | Kitchen exhaust cleaning system |
| 31. | 06/03/13 | Service Contract<br>Advanced Surfaces LLC^^ | 86th St.<br>15500 | 24 months<br>06/02/15<br><br>Can be terminated<br>without cause with<br>90 days written<br>notice | | Floor cleaning and maintenance, strip and wax, coating |
| 32. | 05/01/12 | Cash Register Sales Hardware<br>Maintenance Agreement<br>Cash Register Sales, Co. | | | | Cash register maintenance |
| 33. | 04/11/12 | WFMS – Pricing Terms<br>Wells Fargo Merchant Services,<br>L.L.C.^ | | | | Credit card processing fees |

6

| 35. | 07/23/12 | Compliance Validation Services for the Payment Card Industry Data Security Standard | | 3 years 07/23/15 | | Compliance validation services for payment card industry data security standard; PCI compliant |
| | | Trustwave Holdings, Inc.^^^^ | | Yearly auto renewal unless 90 days written notice | | |
| 36. | 04/08/13 | Schedule for ServiceElite | | 3 years 09/30/14 | | IBM Machine maintenance; Server for PDX system |
| | | International Business Machines Corporation** | | | | Expired |
| 37. | 01/14/11 | Passport Service Offering (PSO) Master Agreement; PSO Order Confirmation #20332; PSO Order Confirmation #18244 | Merle Hay Fuel Stores C-Store | 1 year Yearly auto renewal unless 30 days written notice | | Passport software coverage |
| | | Gilbarco Inc.^ | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 39. | 08/12/14 | Data Transfer Specifications between Pharmacies and Pleio<br><br>Pleio, Inc.^^^ | | 3 years<br>08/12/17<br><br>Yearly auto renewal unless 60 days written notice | Providing patient drug persistence and adherence support services |
| 40. | 02/04/14 | Services Agreement<br>eRx Network, L.L.C.^^^^<br>(Emdeon) | | 3 years<br><br>Yearly auto renewal unless 90 days written notice | Electronic and fax refill requests |
| 41. | 10/01/14 | Agreement<br>Centor, Inc.^^^ | | Expires 12/31/17<br><br>Yearly auto renewal unless 90 days written notice | Purchase of McKesson pharmacy products |
| 42. | 04/24/08 | License and Service Agreement<br>PDX, Inc.^^^ | | 3 years<br>04/24/11<br><br>Yearly auto renewal unless 90 days written notice | Pharmacy software |
| 43. | 12/11/12 | Amendment to License and Service Agreement<br>PDX, Inc.^^^ | | | Addition of PDX MTM Interface |
| 44. | 12/08/09 | Agreement for Services<br><br>National Health Information Network, Inc.^^^ | | 3 years<br>12/08/11<br><br>Yearly auto renewal unless 90 days written notice | Provides services to pharmacy companies that license PDX Pharmacy System |
| 45. | 11/02/10 | Amendment to Agreement for Services<br>National Health Information Network, Inc.^^^ | | | Addition of MedGuides $7.34 per store per month |
| 46. | 10/03/11 | Amendment to Agreement for Services<br>National Health Information Network, Inc.^^^ | | | Addition of Architext Soft Fonts/Graphic Warning Labels $11.92 per month per store |

8

| | | | | | |
|---|---|---|---|---|---|
| 47. | 11/03/11 | Amendment to Agreement for Services<br><br>National Health Information Network, Inc.^^^ | | | Addition of monthly subscription of D.0 Custom Claim Format Services at $6.00 pr store per month |
| 48. | 09/04/12 | Amendment to Agreement for Services<br><br>National Health Information Network, Inc.^^^ | | | |
| 49. | 11/16/10 | Retail Pharmacy Provider Agreement<br><br>Rx.com Pharmacy Benefit Coalition, LLC^^^^ | Merle Hay Beaver Ingersoll Fleur Euclid 86th St. 15500 33rd St. Ankeny E.P. True 8700 Prospect | 12 months 11/16/11<br><br>Yearly auto renewal unless 60 days written notice | | Provides prescription claims processing |
| 50. | 09/12/14 | Service Agreement<br><br>NDCHealth Corporation d/b/a RelayHealth^ | | 5 years 09/12/19<br><br>Auto 3 year renewal unless 90 days written notice | | Provide real-time electronic pharmacy claims transaction switching service |
| 51. | 10/31/12 | Amendment to Service Agreement<br>NDCHealth Corporation d/b/a RelayHealth^ | | | | Replaces Exhibit A in the Service Agreement dated 09/12/14 |
| 52. | 09/24/12 | Risk Evaluation and Mitigation Strategies (REMS) Amendment<br>NDCHealth Corporation d/b/a RelayHealth^ | | | | Risk evaluation and mitigation strategies for pharmaceutical manufacturers<br>Amendment to Service Agreement dated 09/12/14 |
| 53. | 02/04/15 | Statement of Work TIRF REMS Access Program<br>NDCHealth Corporation d/b/a RelayHealth^ | | | | Lists members of the TIRF REMS Access Program |
| 54. | 09/24/14 | Statement of Work Vivus Qsymia REMS Program | | | | Adds Vivus, Inc. to the Access Program |

|  |  | NDCHealth Corporation d/b/a RelayHealth^ |  |  |  |  |
|---|---|---|---|---|---|---|
| 55. | 01/20/15 | RelayEligibility – Commercial E1 Service Amendment |  | 3 years 01/20/18 |  | Adds RelayEligibility – Commercial E1 Service to the Agreement |
|  |  | NDCHealth Corporation d/b/a RelayHealth^ |  |  |  |  |
| 56. | 09/15/14 | Service Agreement | Beaver Ingersoll Merle Hay Euclid Fleur 86th St. 15500 | 1 year 09/15/15 Yearly auto renewal unless 30 days written notice |  | Provides pre and post editing services, AWP resubmission service, RxSafety Advisor basic, patient assistanceRx services, pharmacy network participation program, and prior auth plus |
|  |  | NDCHealth Corporation d/b/a RelayHealth^ | E.P. True 8700 33rd St. |  |  |  |
| 57. | 11/24/14 | Inmar Pharmacy Financal Management Agreement Carolina Coupon Clearing, Inc. d/b/a Caroline Services Company, Inc.^^ |  | 1 year Expires 11/23/15 Yearly auto renewal unless 120 days written notice |  | Process pharmacy receivables invoiced to 3rd party payers |

| 58. | 08/03/09 | Service Agreement<br>Aramark Uniform Services, Inc.^ | | Schedule not attached | | Deliveries of uniforms and apparel<br><br>Pam Morrison<br>515-299-2663<br>Pam. Morrison@uniform.aramark.com |
|---|---|---|---|---|---|---|
| 59. | 01/01/11 | Recyclable Material Purchase Agreement<br>International Paper Company^ | Merle Hay 15500 86th St.<br><br>8700 E.P. True Prospect Ames | 60 months 08/03/14<br><br>Option to renew for like term (60 days written notice to terminate) | | Buyer buys recyclable material (plastic & bailers)<br><br>Josh Helvig<br>515-265-0889 ext 255<br>Joshua.helvig@ipaper.com |
| 60. | 06/20/06 | Commercial Pest Management Agreement<br>Springer Pest Solutions^ | Agreement states service for "all locations" | 1 year 06/20/07<br><br>Auto renewal unless 30 days advance notice | | Pest control<br><br>Eddie Holman<br>515-262-9229<br>edholman@trustspringer.com |
| 61. | 03/04/12 | Service Description<br>Ankeny Sanitation^ | | 3 years 03/04/15<br><br>Auto renewal yearly unless 30 days written notice | | Solid waste collection and disposal<br><br>Andrew Larson<br>515-964-5229<br>Andrew@ankenysanitation.com |
| 62. | 01/01/14 | 2014-2019 Presenting Sponsorship Agreement<br>Science Center of Iowa^ | Merle Hay | 5 years 01/31/19 | | Addition and maintenance of a Dahl's Produce Market and Checkout to SCI's Small Discoveries Exhibit Program<br>Curt Simmons CEO<br>515-274-6868 ext 224<br>Curt.simmons@sciowa.org |
| 63. | 10/14/11 | TOMRA Reverse Vending Machine Lease Agreement | Fleur Merle Hay Ingersoll 15500 | 5 years | | Redemption of used beverage containers |

| | | TOMRA of North America, Inc. | 86th St.<br><br>8700<br>33rd St.<br>Ankeny | | | |
|---|---|---|---|---|---|---|
| 64. | 07/01/05 | Letter of Agreement<br><br>Global Spectrum, L.P.^^^ | Beaver<br>Ingersoll<br>Merle Hay<br>Euclid<br>Fleur<br>15500<br>86th St.<br><br>Prospect<br>8700<br>E. P. True<br>33rd St.<br>Ankeny<br>Ames | 5 years<br>06/30/10 | | Advertising at facility and facilities ticketing system |
| 65. | 06/26/13 | Master Equity Lease Agreement<br><br>Enterprise FM Trust ^^^^ | | Schedule not<br>attached | | Lease of vehicles |
| 66. | 08/10/11 | Data Purchase Agreement<br><br>SymphonyIRI Group, Inc. ^^^ | Merle Hay<br>Ingersoll | 1 year<br><br>Yearly auto<br>renewal unless 60<br>days written notice | | Monitor "Store Movement Data" |

| 67. | 01/09/14 | Merchant Agreement<br><br>Adrenaline Fundraising^ | Beaver Ingersoll Merle Hay Euclid Fleur 15500 86th St. 33rd St. E.P True 8700 | (not legible) | | Fundraising and promotion efforts on behalf of school organizations |
| 68. | 01/11 | National/Regional Chain Pharmacy Provider Agreement Unilateral Amendment 1 – 3 Humana Health Plan, Inc. | | | | Underwriting and/or administering current health plan |
| **II. EQUIPMENT LEASES** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 73. | 07/13/12 | Equipment Lease Contract for Leases Under $100,000; Change of Terms Lease Addendum Leased/Financed Equipment Insurance Requirement<br><br>Marlin Brothers Distributing** | Merle Hay | 24 months 07/13/14 | | Lease for Univex "food cutter" equipment; Picking up equipment<br><br>888-479-9111 Marlin Leasing Corp.<br>801-453-1722 Marlin Business Bank |

**STORE LOCATION KEY**                                      **ENTITY KEY**

| | | |
|---|---|---|
| Merle Hay | 4343 Merle Hay Drive, Des Moines, Polk County, Iowa 50310 | *Dahl's Food Markets, Inc. |
| Euclid | 1320 E. Euclid Avenue, Des Moines, Polk County, Iowa 50316 | **Dahl's Food Mart, Inc. |
| Ingersoll | 3425 Ingersoll Avenue, Des Moines, Polk County, Iowa 50312 | ***Dahl's Food Marts |
| Beaver | 1819 Beaver Avenue, Des Moines, Polk County, Iowa 50310 | ****Dahl's Food Stores |
| 86th St. | 5440 N.W. 86th Street, Johnston, Polk County, Iowa 50131 | ^Dahl's Foods |
| Fleur | 4121 Fleur Drive, Des Moines, Polk County, Iowa 50321 | ^^Dahl's Foods, Inc. |
| 15500 | 15500 W. Hickman Road, Clive, Dallas County, Iowa 50325 | ^^^Foods, Inc. |
| | | ^^^^ Foods, Inc. d/b/a Dahl's Foods |

| | |
|---|---|
| E. P. True | 5003 E.P. True Parkway, West Des Moines, Polk County, Iowa 50265 |
| 33rd St. | 3400 E. 33rd Street, Des Moines, Polk County, Iowa 50317 |
| 8700 | 8700 Hickman Road, Clive, Polk County, Iowa 50325 |
| Prospect | 1208 Prospect Avenue, West Des Moines, Polk County, Iowa 50265 |
| Ames | 3121 Grand Avenue, Ames, Story County, Iowa 50010 |
| Ankeny | 1802 N. Ankeny Boulevard, Ankeny, Polk County, Iowa 50023 |