## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Lead Case No.    14-02689-als11 |
| | ) | Affiliated Cases:    14-02690-als11 |
| FOODS, INC. d/b/a DAHL'S FOODS | ) | 14-02691-als11 |
| | ) | |
| Debtors and Debtors in Possession | ) | Chapter 11 Cases (Jointly Administered) |
| | ) | |
| 4343 Merle Hay Road | ) | Hon. Anita L. Shodeen |
| Des Moines, IA 50310 | ) | |
| | ) | |
| EIN: 42-0803702 | ) | **FIRST AMENDMENT TO DEBTORS'** |
| _____ | ) | **THIRD & FINAL SUPPLEMENTAL** |
| | ) | **MOTION FOR THE ENTRY OF AN** |
| | ) | **ORDER AUTHORIZING THE** |
| | ) | **DEBTORS TO ASSUME AND ASSIGN** |
| | ) | **CERTAIN EXECUTORY CONTRACTS** |
| | ) | **AND/OR UNEXPIRED LEASES** |
| And Affiliated Cases | ) | **PURSUANT TO 11 U.S.C. § 365** |
| | ) | |
| | ) | Date: August 14, 2015 |
| | ) | Time: 10:30 a.m. |
| _____ | ) | Courtroom 1 |

COME NOW Foods, Inc. d/b/a Dahl's Foods, Dahl's Food Mart, Inc., and Dahl's Holdings I, LLC, the debtors and debtors-in-possession herein (collectively, "Dahl's" or the "Debtors"), by and through their duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and hereby respectfully files the instant First Amendment to the Debtors' Third & Final Supplemental Motion for the Entry of an Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases Pursuant to 11 U.S.C. § 365 (the "Motion"), and would show this Honorable Court as follows:

1

1.  Exhibit "C" of the Motion is modified as follows:

| Contract Counterparty | Assumed Contracts | Cure Amount |
|---|---|---|
| Vital Support Systems, L.L.C.<br>Attn: Client Account Manager<br>11191 Aurora Avenue<br>Urbandale, IA 50322<br><br>TDS Hosted & Managed Services LLC<br>525 Junction Road<br>Madison, WI 53717<br>Attn: Legal Department<br><br>Stephen P. Fitzwell, Esq.<br>Sidley Austin, LLP<br>One South Dearborn St.<br>Chicago, IL 60603 | Master Services Agreement, Statement of Work, Statement of Work Exhibit A | $0 $17,740.20 |
| Qwest Corporation d/b/a CenturyLink QC<br>1801 California Street, Suite 900<br>Denver, CO 80202<br>Attn: Legal Department | CenturyLink Interstate Private Line and Advanced Network Services Agreement and Interstate Metro Ethernet Service Exhibit: Qwest Total Advantage Agreement: CenturyLink Line Volume Plan Acknowledgment Form: Qwest Total Advantage Agreement: CenturyLink Line Volume Plan Acknowledgment Form | $70,385.32 |
| Discover Financial Services<br>2500 Lake Cook Road<br>Riverwoods, IL 60015 | Merchant Services Agreement between Foods, Inc. dba Dahl's Foods and DFS Services LLC dated December 23, 2014, signed by Dean on January 12, 2015, but effective as of February 1, 2015 | $0 |

Date:  August 3, 2015

Respectfully submitted,

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

General Reorganization Counsel
for the Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/       Pamela Cromer*