**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Foods, Inc.** | Case No. **14-02689-als11 (lead case)** |
| Debtor | |
| **Dahls Food Mart, Inc.** | Case No. **14-02690-als11** |
| Debtor | |
| **Dahls Holdings I, LLC** | Case No. **14-02691-als11** |
| Debtor | |

**Debtors' Motion for the Entry of an Order Approving Rejection of Certain Executory Contracts and/or Unexpired Leases and Setting a Bar Date for Lease Rejection Damage Claims (#492)**

**ORDER**
(date entered on docket:  August 11, 2015)

There being no timely objections having been filed within the time period required by the Notice of Hearing (docket number 500) on the Debtors' Motion for the Entry of an Order Approving Rejection of Certain Executory Contracts and/or Unexpired Leases and Setting a Bar Date for Lease Rejection Damage Claims

**It is hereby ORDERED that:**

1. The Motion is granted.

2. As of the Rejection Effective Date as that term is defined in the Motion the debtors are authorized to reject the executory contracts and unexpired leases according to the terms and conditions set forth in the Motion.

3. The Debtors shall notify the counterparties to rejected executory contracts or leases that any claims for damages, if any, must file a proof of claim for such damages no later than September 14, 2015 and file a certificate of service.

4. The hearing scheduled for August 14, 2015 is canceled.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: