**IN THE UNITED STATES BANKRUPCTY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**FOODS, INC.**                                                                      **CASE NO.  14-2689-als11**

### ORDER ON DEADLINES, PROCEDURES AND FOR HEARING ON COMBINED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

(Date entered on the docket:  August 19, 2015)

1. Foods, Inc. (Debtor) filed a chapter 11 bankruptcy petition on November 9, 2014.

2. On August 17, 2015 the Court entered an Order allowing the Debtor to file a combined disclosure statement and plan.

3. The Second Amended Disclosure Statement and Second Modified Plan (disclosure statement and plan) were filed by the Debtor on August 18, 2015.

4. The Second Amended Disclosure Statement is ***conditionally*** approved.

5. The following procedures and deadlines are hereby established.

    a. The hearing on disclosure statement and plan will be combined as set permitted by 11 U.S.C. section 105(d)(2)(B).

    b. Not later than **AUGUST 25, 2015** the Debtor shall serve copies of the combined second amended disclosure statement and second amended modified plan of reorganization on all creditors and equity security holders and on the United States Trustee and a copy of this order. By the same date, the attorney for the debtor in possession shall provide a ballot conforming to the Official Bankruptcy Form 14 to all parties entitled to vote on the plan of reorganization.   A certificate of service indicating compliance shall be filed no later than **SEPTEMBER 4, 2015.**

    c. Any objections to the disclosure statement and plan of reorganization must be filed by **SEPTEMBER 25, 2015.**   Objections to the disclosure statement, if any, must be set forth separately from any objections to the plan.

    d. Ballots accepting or rejecting the plan of reorganization must be submitted to the attorney for the Debtor by **SEPTEMBER 25, 2015**.

    e. By **SEPTEMBER 30, 2015**, the attorney for the debtor in possession shall file a report on balloting.

6. The hearing on the disclosure statement and plan of reorganization will commence at **9:00 a.m. on OCTOBER 9, 2015** in Courtroom 1 at the U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa. (The confirmation portion of the hearing is an evidentiary hearing at which witnesses may testify. Furthermore, the debtor in possession shall provide a witness to testify regarding the 11 U.S.C. section 1129(a) requirements.)

7. If parties intend to rely upon exhibits at the time of the confirmation hearing, exhibits shall be exchanged and submitted by **OCTOBER 2, 2015**. Witness and Exhibit lists(s) must be filed with the Clerk of Court by the same date. Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov. The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list. Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters. If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters. The exhibits submitted will be identified, stored and utilized to designate the official record.

8. Any other pending matters may be scheduled simultaneously with the hearing on disclosure statement and plan confirmation for judicial economy and as deemed necessary.

                                              /s/ Anita L. Shodeen
                                              Anita L. Shodeen
                                              U.S. Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:

Electronic Filers