**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | |
| ) | Case No.     14-02689-als11 |
| FOODS, INC. d/b/a DAHL'S FOODS *et al.*, ) | |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| EIN: 42-0803702 ) | Hon. Anita L. Shodeen |
| ) | |
| ) | |
| ) | **NOTICE OF EFFECTIVE DATE** |
| ) | |

     **PLEASE TAKE NOTICE** that on October 9, 2015, the Honorable Anita L. Shodeen, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Iowa (the "*Court*"), entered an order (Docket No. 647) (the "*Confirmation Order*") confirming the *Debtor Foods, Inc. Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2015* (Docket No. 592) (with all supplements and exhibits thereto, the "*Plan*").[1]

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Article III.A of the Plan, the Effective Date of the Plan occurred on **November 6, 2015**, which is the date that is fourteen (14) days after the Confirmation Order became a final, non-appealable order.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Article V.B of the Plan, all proofs of claim with respect to Claims arising from the rejection of Executory Contracts must be filed with the Bankruptcy Court within thirty (30) days after the Effective Date, or **December 7, 2015**. The Claims of any Person arising from the rejection of Executory Contracts or unexpired leases that fails to timely file a proof of claim will be discharged under section 1141(d) of the Bankruptcy Code and forever barred from assertion against the Debtor or its assets.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Article II.G of the Plan, the deadline to file all objections to Claims shall be no later than sixty (60) days after the Effective Date, or **January 5, 2016**.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Article VI.P of the Plan, all Persons requesting payment of any Administrative Expense Claim, including but not limited to Professional Persons, must file applications for payment no later than thirty (30) days after the

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Confirmation Order. The summary of the Plan and the Confirmation Order set forth herein are for informational purposes only. In the event of any inconsistency between this Notice and the Plan and/or Confirmation Order, the Plan or Confirmation Order (as applicable) shall control in all respects.

Effective Date, or **December 7, 2015**. Any Administrative Expense Claims for which applications are not timely filed in accordance herewith will be deemed discharged and barred from being asserted against the Debtor; *provided that* previously approved or Allowed applications for Administrative Expense Claims do not need to be re-filed.

Dated:  November 20, 2015     **BARRY A. CHATZ, NOT INDIVIDUALLY BUT SOLELY AS THE LIQUIDATING TRUSTEE OF THE FOODS, INC. LIQUIDATING TRUST**

By:   /s/ Devon J. Eggert
         His Counsel

Richard S. Lauter*
Devon J. Eggert*
Elizabeth L. Janczak*
FREEBORN & PETERS LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile:  312.360.6520
rlauter@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com

*Admitted pro hac vice